B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Delaware | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>DBSI Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 82-0355037 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>1550 S. Tech Lane<br>Meridian, ID          ZIP CODE 83642 | Street Address of Joint Debtor (No. and Street, City, and State):<br>N/A<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Ada County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>-----------------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☒ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): DBSI Inc. |
|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |

| Location Where Filed: N/A | Case Number:<br>N/A | Date Filed:<br>N/A |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: see attached Schedule 1 | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s) (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X *[signature]*<br>Signature of Attorney for Debtor(s)<br><br>Michael R. Nestor, James L. Patton, Jr., Joseph M. Barry<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>Phone: 302-576-3572<br><br>11/10/2008<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *[signature]*<br>Signature of Authorized Individual<br>Douglas L. Swenson<br>Printed Name of Authorized Individual<br>Designated Officer<br>Title of Authorized Individual<br>11/10/2008<br>Date | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# SCHEDULE 1 TO VOLUNTARY PETITION

## *Note Regarding EIN Listed On Certain Debtors' Voluntary Petitions

The EIN listed on the voluntary petition for certain Debtors is the EIN for the entity that is responsible for that Debtor's taxable income. As certain Debtors are disregarded entities for tax purposes, those Debtors do not maintain their own EIN.

## Pending Bankruptcies Filed by Affiliates[1]

On the date hereof, unless otherwise noted, the debtor on the foregoing voluntary petition and each of the affiliated parties listed below filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Debtors"). Contemporaneously with the filings of these petitions, the Debtors filed a motion requesting joint administration of their chapter 11 cases.

DBSI 12 South Place LeaseCo LLC
DBSI 13000 Weston Parkway LeaseCo LLC
DBSI 14001 Weston Parkway LeaseCo LLC
DBSI 2001A Funding Corporation
DBSI 2001B Funding Corporation
DBSI 2001C Funding Corporation
DBSI 2005 Secured Notes Corporation
DBSI 2006 Secured Notes Corporation
DBSI 2008 Notes Corporation
DBSI 2nd Street Quad LeaseCo LLC
DBSI 700 Locust LeaseCo LLC
DBSI Abbotts Bridge LeaseCo LLC
DBSI Allison Pointe LeaseCo LLC
DBSI Amarillo Apartments LeaseCo LLC
DBSI Anna Plaza LeaseCo LLC
DBSI Arlington Town Square LeaseCo LLC
DBSI Arrowhead LeaseCo LLC
DBSI Avenues North Center LeaseCo LLC
DBSI Bandera Trails LeaseCo LLC
DBSI Battlefield Station LeaseCo LLC
DBSI Belton Town Center LeaseCo LLC
DBSI Breckinridge LeaseCo LLC
DBSI Brendan Way LeaseCo LLC
DBSI Brookfield Pelham LeaseCo LLC
DBSI Cambridge Place LeaseCo LLC
DBSI Carolina Commons LeaseCo LLC
DBSI Cedar East and Cypress LeaseCo LLC
DBSI Clear Creek Square LeaseCo LLC
DBSI Corporate Woods LeaseCo LLC
DBSI CP Clearwater LeaseCo LLC
DBSI CP Ironwood LeaseCo LLC
DBSI Cranberry LeaseCo LLC
DBSI Cross Pointe LeaseCo LLC
DBSI Crosstown Woods LeaseCo LLC
DBSI Daniel Burnham LeaseCo LLC
DBSI Decatur LeaseCo LLC
DBSI Eagles Landing LeaseCo LLC
DBSI Embassy Tower LeaseCo LLC
DBSI Executive Dr LeaseCo LLC
DBSI Executive Park LeaseCo LLC
DBSI Fairlane Green LeaseCo LLC
DBSI Fairway LeaseCo LLC
DBSI Florissant Market Place LeaseCo LLC
DBSI Gadd Crossing LeaseCo LLC
DBSI Ghent Road LeaseCo LLC
DBSI Grant Street Portfolio LeaseCo LLC
DBSI Green Street Commons Leaseco LLC
DBSI Guaranteed Capital Corporation
DBSI Hampton LeaseCo LLC
DBSI Hickory Plaza LeaseCo LLC

DBSI Highlands & Southcreek LeaseCo LLC
DBSI Houston Levee Galleria Leaseco LLC
DBSI Kemper Pointe LeaseCo LLC
DBSI Kenwood Center LeaseCo LLC
DBSI Keystone Commerce LeaseCo LLC
DBSI Lake Natoma LeaseCo LLC
DBSI Lamar LeaseCo LLC
DBSI Landmark Towers Leaseco LLC
DBSI Lifestyle Center LeaseCo LLC
DBSI Lincoln Park 10 LeaseCo LLC
DBSI Mansell Forest LeaseCo LLC
DBSI Mansell Place LeaseCo LLC
DBSI Master Leaseco, Inc.
DBSI Meadow Chase Apartments LeaseCo LLC
DBSI Megan Crossings LeaseCo LLC
DBSI Metropolitan Square LeaseCo LLC
DBSI Missouri LeaseCo LLC
DBSI Network LeaseCo LLC
DBSI North Logan Retail Center LeaseCo LLC
DBSI North Park LeaseCo LLC
DBSI North Stafford LeaseCo LLC
DBSI Northlite Commons II LeaseCo LLC
DBSI Northpark Ridgeland LeaseCo LLC
DBSI Northridge LeaseCo LLC
DBSI Oakwood Plaza LeaseCo LLC
DBSI Old National Town Center LeaseCo LLC
DBSI One Executive Center LeaseCo LLC
DBSI One Hanover LeaseCo LLC
DBSI Park Creek-Gainesville LeaseCo LLC
DBSI Parkway III LeaseCo LLC
DBSI Peachtree Corners Pavilion LeaseCo LLC
DBSI Phoenix Peak LeaseCo LLC
DBSI Pinehurst Square East LeaseCo LLC
DBSI Pinehurst Square West LeaseCo LLC
DBSI Plano Tech Center LeaseCo LLC
DBSI Portofino Tech Center LeaseCo LLC
DBSI Properties Inc.
DBSI Real Estate Funding Corporation
DBSI Realty Inc.
DBSI Republic LeaseCo LLC
DBSI Road 68 Retail Center LeaseCo LLC
DBSI Sam Houston Center Tech LeaseCo LLC
DBSI Sapphire Pointe LeaseCo LLC
DBSI Securities Corporation
DBSI Sherwood Plaza LeaseCo LLC
DBSI Shoppes at Misty Meadows LeaseCo LLC
DBSI Shoppes at Trammel LeaseCo LLC
DBSI Signature Place LeaseCo LLC
DBSI Silver Lakes Leaseco LLC
DBSI South 75 Center LeaseCo LLC

DBSI Southport Pavilion LeaseCo LLC
DBSI Spalding Triangle LeaseCo LLC
DBSI Spring Valley Road LeaseCo LLC
DBSI Springville Corner Leaseco LLC
DBSI ST Tower LeaseCo LLC
DBSI St. Andrews Place LeaseCo LLC
DBSI Stone Glen Village LeaseCo LLC
DBSI Stony Brook South LeaseCo LLC
DBSI Streetside at Towne Lake LeaseCo LLC
DBSI Topsham Fair Mall LeaseCo LLC
DBSI Torrey Chase LeaseCo LLC
DBSI Treasure Valley Business Center LeaseCo LLC
DBSI Trinity Ridge Business Center LeaseCo LLC
DBSI University Park LeaseCo LLC
DBSI Vantage Drive LeaseCo LLC
DBSI Watkins LeaseCo LLC
DBSI West Oaks Square LeaseCo LLC
DBSI Wilson Estates LeaseCo LLC
DBSI Winchester Office LeaseCo LLC
DBSI Windcom Court LeaseCo LLC
DBSI Wisdom Pointe LeaseCo LLC
DBSI Woodlands Medical Office I LeaseCo LLC
DBSI Woodside Center LeaseCo LLC
DBSI Inc.
DBSI-Discovery Real Estate Services LLC
DCJ Inc.
DBSI Draper LeaseCo LLC
FOR 1031 LLC
Spectrus Real Estate Inc.
DBSI Academy Park Loop LeaseCo LLC
DBSI Copperfield Timbercreek LeaseCo LLC
DBSI Corporate Center II LeaseCo LLC
DBSI Executive Plaza LeaseCo LLC
DBSI Lake Ellenor LeaseCo LLC
DBSI Northgate LeaseCo LLC
DBSI Two Notch Rd. LeaseCo LLC
DBSI Asset Management LLC
DBSI Shoppes at Trammel LLC
DBSI 2006 Land Opportunity Fund LLC
DBSI 2007 Land Improvement & Development Fund LLC
DBSI 2008 Land Option Fund LLC
DBSI Alma/121 Office Commons LLC
DBSI Cottonwood Plaza Development LLC
DBSI Draper Technology 21 LLC
DBSI Escala LLC
DBSI Short-Term Development Fund LLC
DBSI Telecom Office LLC
One Executive Tower LLC (filed on 11/6/08; assigned to the Honorable Peter J. Walsh)

---

[1] To the extent there is a discrepancy between the entities listed herein and the actual filing of a voluntary petition, the filing or non-filing of a voluntary petition shall control.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

DBSI, INC., *et al.*,[1]

    Debtors.

Chapter 11

Case No. _____

Joint Administration Requested

## CONSOLIDATED LIST OF CREDITORS HOLDING LARGEST 50 UNSECURED CLAIMS

    The above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors") filed a voluntary petition in this Court for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). This list of creditors holding the fifty (50) largest unsecured claims (the "Top 50 List") has been prepared, on a consolidated basis, from the Debtors' books and records as of November 7, 2008.

    The Top 50 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 50 List does not include: (1) persons who come within the definition of an "insider" set forth in section 101(31) of the Bankruptcy Code; or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the fifty (50) largest unsecured claims.

    The information presented in the Top 50 List shall not constitute an admission by, nor is it binding on, the Debtors. The information presented herein, including, without limitation (a) the failure of the Debtors to list any claim as contingent, unliquidated, disputed or subject to a setoff or (b) the listing of any claim as unsecured, does not constitute an admission by the Debtors that the secured lenders listed hold any deficiency claims, nor does it constitute a waiver of the Debtors' rights to contest the validity, priority, nature, characterization and/or amount of any claim.

---

[1] The last four digits of DBSI Inc.'s federal tax identification number are 5037. The mailing address for DBSI Inc. is 12426 West Explorer Drive, Suite 220, Boise, Idaho 83713. Due to the large number of Debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed noticing and claims agent at www.kccllc.net/dbsi, or by contacting the proposed undersigned counsel for the Debtors.

| | Name of creditor | Telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated disputed, or subject to setoff[2] | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 1. | Ms. Ellen Kwiatkowski-Schwinge | 402 Kilarney Pass Mundeleim, IL 60060 | TIC investment | | $26,743,328.00 |
| 2. | Mr. Michael Kanoff | 3500 Flamingo Drive Miami Beach, FL 33140 | TIC investment | | $18,696,689.00 |
| 3. | Mr. Harold Rubin | 100 North Street Teterboro, NJ 07608 | TIC investment | | $17,854,893.00 |
| 4. | Mr. Darrell Chadola | 140 West Hawthorne Street Fallbrook, CA 92028 | TIC investment | | $15,500,000.00 |
| 5. | Mr. Bill Ramsey | P.O. Box 690 Salinas, CA 93902 | TIC investment | | $14,608,484.40 |
| 6. | Mr. Frederick Nicholas | 3844 Culver Center Street Suite B Culver City, CA 90232 | TIC investment | | $14,250,863.00 |
| 7. | Mr. Peter Evans | 17046 Marina Bay Drive Hungtinton Beach, CA 92649 | TIC investment | | $7,317,633.15 |
| 8. | Mr. Jeffrey Johnston | 1751 Wst Citracado Parkway Clubhouse Escondido, CA 92029 | TIC investment | | $7,200,000.00 |
| 9. | Mr. Yim Chow | 702 Los Pinos Avenue Milpitas, CA 95035 | TIC investment | | $6,191,068.97 |
| 10. | Ms. Phyllis Chu | 3020 Gough Street San Francisco, CA 94123 | TIC investment | | $5,875,000.00 |
| 11. | Ms. Elizabeth Noonan | 316 Chapin Lane Burlingame, CA 94010 | TIC investment | | $5,395,000.00 |
| 12. | Mr. John Roeder | P.O. Box 23490 San Jose, CA 95153 | TIC investment | | $5,375,848.00 |

---

[2] As noted above, the Debtors reserve their rights to dispute the claims on this schedule on any basis.

| | Name of creditor | Telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated disputed, or subject to setoff[2] | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 13. | Mr. Jim Nicholas | 385 Hilcrest Road<br>Englewood, NJ 07632 | TIC investment | | $5,325,000.00 |
| 14. | Mr. Robert Markstein | 696 San Ramon Valley Boulevard, #347<br>Danville, CA 94526 | TIC investment | | $5,220,000.00 |
| 15. | Mr. Robert Angelo | 33316 S.E. 34th Street<br>Washougal, WA 98671 | TIC investment | | $4,542,500.00 |
| 16. | Mr. Henry Vara | 16960 Bohlman Road<br>Saratoga, CA 95070 | TIC investment | | $4,509,982.25 |
| 17. | Mr. Alan Destefani | P.O. Box 20968<br>Bakersfield, CA 93390 | TIC investment | | $4,500,000.00 |
| 18. | Mr. Kevin Pascoe | 9400 Etchart Road<br>Bakersfield, CA 93314 | TIC investment | | $4,476,000.00 |
| 19. | Ms. Martha Walker | 863 S. Bates Street<br>Birmingham, AL 48009 | TIC investment | | $4,324,349.14 |
| 20. | Ms. Tina Bernard | 19336 Collier Street<br>Tarzana, CA 91356 | TIC investment | | $4,277,596.51 |
| 21. | Mr. Paul Wendland | 1034 N. Datepalm Drive<br>Gilbert, AZ 85234 | TIC investment | | $4,208,999.99 |
| 22. | Mr. William Marvel | 492 Escondido Circle<br>Grand Junction, CO 81503 | TIC investment | | $3,579,289.75 |
| 23. | Mr. James Fritts | 309 W. Washington Street<br>Charlestown, WV 25414 | TIC investment | | $3,424,900.00 |
| 24. | Ms. Joanne Kresse | 5100 Figueroa Mountain Road<br>Los Olivios, CA 93441 | TIC investment | | $3,410,909.00 |
| 25. | Mr. John Baklayan | 16105 Whitecap Lane<br>Huntington Beach, CA 92649 | TIC investment | | $3,400,000.00 |

| | Name of creditor | Telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated disputed, or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 26. | Mr. Robert Rifkin | 697 Red Arrow Trail<br>Palm Desert, CA 92211 | TIC investment | | $3,360,000.00 |
| 27. | Mr. Gerald Keller | 12-161 Saint Andrews Drive<br>Ranco Mirage, CA 92270 | TIC investment | | $3,200,783.00 |
| 28. | Ms. Kristi Wells | 2860 Old Quarry Road<br>West Point, IA 92656 | TIC investment | | $3,120,000.00 |
| 29. | Mr. Michael Cooper | 6465 S. 3000 E<br>Suite 204<br>Salt Lake City, UT 84121 | TIC investment | | $3,000,000.00 |
| 30. | Ms. Gladys Esponda | P.O. Box 609<br>Buffalo, NY 82834 | TIC investment | | $3,000,000.00 |
| 31. | Mr. Arthur Hossenlopp | 228 18th Street<br>Ft. Madison, IA 52627 | TIC investment | | $3,000,000.00 |
| 32. | Mr. Richard Newman | 13679 Orchard Gate Road<br>Poway, CA 92064 | TIC investment | | $3,000,000.00 |
| 33. | Mr. Bernard Posner | 6222 Primrose Avenue<br>Los Angeles, CA 90068 | TIC investment | | $3,000,000.00 |
| 34. | Mr. Kent Schroeder | 5697 McIntyre Street<br>Golden, CO 80403 | TIC investment | | $3,000,000.00 |
| 35. | Mr. Bernhard Ineichen | 650 South Avenue, B122<br>Yuma, AZ 85346 | TIC investment | | $2,900,000.00 |
| 36. | Mr. Alan Sacks | 5 Horizon Road, #1407<br>Fort Lee, NJ 07024 | TIC investment | | $2,900,000.00 |
| 37. | Mr. Joseph Stokley | P.O. Box 1231<br>Bethel Island, CA 94511 | TIC investment | | $2,843,461.39 |
| 38. | Ms. JoAnn Pickett | 3769 E. 135th Drive<br>Thornton, CO 80241 | TIC investment | | $2,800,000.00 |
| 39. | Mr. Bill Hall | P.O. Box 16172<br>Lubbock, TX 79490 | TIC investment | | $2,740,593.64 |

| | Name of creditor | Telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated disputed, or subject to setoff[2] | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 40. | Mr. Max Buchmann | 14464 Rand Rail Drive El Cajon, CA 92021 | TIC investment | | $2,716,185.97 |
| 41. | Mr. Brian Schuck | 700 Maldonado Pensacola Beach, FL 32561 | TIC investment | | $2,701,027.00 |
| 42. | Mr. James Jensen | 2125 Cypress Point Discovery Bay, CA 94505 | TIC investment | | $2,616,648.89 |
| 43. | Mr. Robert Etzel | 2623 Avenue H Ft. Madison, IA 52627 | TIC investment | | $2,600,000.00 |
| 44. | Mr. Theodore Mintz | 751 Georgia Trail Lincolnton, NC 28092 | TIC investment | | $2,554,458.00 |
| 45. | Ms. Joyce Jongsma | 2012 E. Burrville Road Crete, IL 60417 | TIC investment | | $2,540,000.00 |
| 46. | Mr. Kent Wright | 2115 Marwood Circle Salt Lake City, UT 84124 | TIC investment | | $2,488,694.83 |
| 47. | Mr. James Veugeler | c/o George E. Veugeler Material Recovery Corp. 820 E. Terra Cotta Ave. Unit 116 Crystal Lake, IL 60014 | TIC investment | | $2,442,397.95 |
| 48. | Mr. Virgil Gentzler | 2707 Bressi Ranch Way Carlsbad, CA 92009 | TIC investment | | $2,427,301.71 |
| 49. | Ms. Karen Hughes | 1050 The Old Drive Pebble Beach, CA 93953 | TIC investment | | $2,417,886.00 |
| 50. | Mr. Robert Goldberg | PO Box 8807 Boise, ID 83707 | TIC investment | | $2,407,915.00 |

# DECLARATION CONCERNING THE DEBTORS' CONSOLIDATED LIST OF CREDITORS HOLDING THE 50 LARGEST UNSECURED CLAIMS

I, Douglas L. Swenson, Chief Executive Officer and President of DBSI Inc., an Idaho corporation, and the entity named as the debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing Consolidated List of Creditors Holding the 50 Largest Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Date: November 10, 2008

_____
Douglas L. Swenson
Chief Executive Officer and President
DBSI Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DBSI, INC., *et al.*,[1] | Case No. _____ |
| Debtors. | Joint Administration Requested |

**DEBTORS' OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)(1), 1007(a)(3) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors") state as follows:

1. Debtor[2] DBSI 2007 Land Improvement & Development Fund LLC owns 100% of the outstanding interests of each of the following Debtors: DBSI Alma/121 Office Commons LLC; DBSI Draper Technology 21 LLC; DBSI Escala LLC; and DBSI Telecom Office LLC.

2. Debtor DBSI Asset Management LLC owns 100% of the outstanding voting interests of Debtor DBSI 2008 Land Option Fund LLC.

---

[1] The last four digits of DBSI Inc.'s federal tax identification number are 5037. The mailing address for DBSI Inc. is 12426 West Explorer Drive, Suite 220, Boise, Idaho 83713. Due to the large number of Debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed noticing and claims agent at www.kccllc.net/dbsi, or by contacting the proposed undersigned counsel for the Debtors.

[2] The characterization herein of a particular entity as a "non-Debtor" or "Debtor" is intended to be used for reference purposes only and is not controlling as to whether that particular entity has in fact filed a voluntary petition with this Court.

3. Debtor DBSI Development Services LLC owns 100% of the outstanding voting interests of Debtors DBSI 2007 Land Improvement & Development Fund LLC and DBSI Short-Term Development Fund LLC.

4. Debtor DBSI Inc. owns 100% of the outstanding interests of each of the following Debtors:

| | |
|---|---|
| DBSI 12 South Place LeaseCo LLC | DBSI Lifestyle Center LeaseCo LLC |
| DBSI 13000 Weston Parkway LeaseCo LLC | DBSI Lincoln Park 10 LeaseCo LLC |
| DBSI 14001 Weston Parkway LeaseCo LLC | DBSI Mansell Forest LeaseCo LLC |
| DBSI 2001A Funding Corporation | DBSI Mansell Place LeaseCo LLC |
| DBSI 2001B Funding Corporation | DBSI Master Leaseco, Inc. |
| DBSI 2001C Funding Corporation | DBSI Meadow Chase Apartments LeaseCo LLC |
| DBSI 2005 Secured Notes Corporation | DBSI Megan Crossings LeaseCo LLC |
| DBSI 2006 Secured Notes Corporation | DBSI Metropolitan Square LeaseCo LLC |
| DBSI 2008 Notes Corporation | DBSI Missouri LeaseCo LLC |
| DBSI 2nd Street Quad LeaseCo LLC | DBSI Network LeaseCo LLC |
| DBSI 700 Locust LeaseCo LLC | DBSI North Logan Retail Center LeaseCo LLC |
| DBSI Abbotts Bridge LeaseCo LLC | DBSI North Park LeaseCo LLC |
| DBSI Academy Park Loop LeaseCo LLC | DBSI Northgate LeaseCo LLC |
| DBSI Allison Pointe LeaseCo LLC | DBSI Northlite Commons II LeaseCo LLC |
| DBSI Amarillo Apartments LeaseCo LLC | DBSI Northpark Ridgeland LeaseCo LLC |
| DBSI Anna Plaza LeaseCo LLC | DBSI Northridge LeaseCo LLC |
| DBSI Arlington Town Square LeaseCo LLC | DBSI Old National Town Center LeaseCo LLC |
| DBSI Arrowhead LeaseCo LLC | DBSI One Executive Center LeaseCo LLC |
| DBSI Asset Management LLC | DBSI One Hanover LeaseCo LLC |
| DBSI Avenues North Center LeaseCo LLC | DBSI Park Creek-Gainesville LeaseCo LLC |
| DBSI Bandera Trails LeaseCo LLC | DBSI Parkway III LeaseCo LLC |
| DBSI Battlefield Station LeaseCo LLC | DBSI Phoenix Peak LeaseCo LLC |
| DBSI Breckinridge LeaseCo LLC | DBSI Plano Tech Center LeaseCo LLC |
| DBSI Brendan Way LeaseCo LLC | DBSI Properties Inc. |
| DBSI Brookfield Pelham LeaseCo LLC | DBSI Real Estate Funding Corporation |
| DBSI Cambridge Place LeaseCo LLC | DBSI Realty Inc. |
| DBSI Carolina Commons LeaseCo LLC | DBSI Republic LeaseCo LLC |
| DBSI Cedar East and Cypress LeaseCo LLC | DBSI Road 68 Retail Center LeaseCo LLC |
| DBSI Clear Creek Square LeaseCo LLC | DBSI Sam Houston Tech Center LeaseCo LLC |
| DBSI Copperfield Timbercreek LeaseCo LLC | DBSI Sapphire Pointe LeaseCo LLC |
| DBSI Corporate Center II LeaseCo LLC | DBSI Sherwood Plaza LeaseCo LLC |
| DBSI Corporate Woods LeaseCo LLC | DBSI Shoppes at Misty Meadows LeaseCo LLC |
| DBSI CP Clearwater LeaseCo LLC | DBSI Shoppes at Trammel LLC |
| DBSI CP Ironwood LeaseCo LLC | DBSI Signature Place LeaseCo LLC |
| DBSI Cranberry LeaseCo LLC | DBSI South 75 Center LeaseCo LLC |
| DBSI Cross Pointe LeaseCo LLC | DBSI Southport Pavilion LeaseCo LLC |
| DBSI Crosstown Woods LeaseCo LLC | DBSI Spalding Triangle LeaseCo LLC |
| DBSI Daniel Burnham LeaseCo LLC | DBSI Spring Valley Road LeaseCo LLC |

| | |
|---|---|
| DBSI Decatur LeaseCo LLC | DBSI ST Tower LeaseCo LLC |
| DBSI Draper LeaseCo LLC | DBSI St. Andrews Place LeaseCo LLC |
| DBSI Eagles Landing LeaseCo LLC | DBSI Stone Glen Village LeaseCo LLC |
| DBSI Embassy Tower LeaseCo LLC | DBSI Stony Brook South LeaseCo LLC |
| DBSI Executive Dr LeaseCo LLC | DBSI Streetside at Towne Lake LeaseCo LLC |
| DBSI Executive Park LeaseCo LLC | DBSI Topsham Fair Mall LeaseCo LLC |
| DBSI Executive Plaza LeaseCo LLC | DBSI Torrey Chase LeaseCo LLC |
| DBSI Fairway LeaseCo LLC | DBSI Treasure Valley Business Center LeaseCo LLC |
| DBSI Gadd Crossing LeaseCo LLC | DBSI Trinity Ridge Business Center LeaseCo LLC |
| DBSI Ghent Road LeaseCo LLC | DBSI Two Notch Rd. LeaseCo LLC |
| DBSI Grant Street Portfolio LeaseCo LLC | DBSI University Park LeaseCo LLC |
| DBSI Guaranteed Capital Corporation | DBSI Vantage Drive LeaseCo LLC |
| DBSI Hampton LeaseCo LLC | DBSI Watkins LeaseCo LLC |
| DBSI Hickory Plaza LeaseCo LLC | DBSI West Oaks Square LeaseCo LLC |
| DBSI Highlands & Southcreek LeaseCo LLC | DBSI Wilson Estates LeaseCo LLC |
| DBSI Kemper Pointe LeaseCo LLC | DBSI Winchester Office LeaseCo LLC |
| DBSI Kenwood Center LeaseCo LLC | DBSI Windcom Court LeaseCo LLC |
| DBSI Keystone Commerce LeaseCo LLC | DBSI Wisdom Pointe LeaseCo LLC |
| DBSI Lake Ellenor LeaseCo LLC | DBSI Woodlands Medical Office I LeaseCo LLC |
| DBSI Lake Natoma LeaseCo LLC | DBSI Woodside Center LeaseCo LLC |
| DBSI Lamar LeaseCo LLC | Spectrus Real Estate Inc. |

5. Debtor DBSI Land Development LLC owns 100% of the outstanding voting interests of Debtor DBSI 2006 Land Opportunity Fund LLC.

6. Debtor DBSI Master Leaseco, Inc. owns 100% of the outstanding interests of each of the following Debtors:

| | |
|---|---|
| DBSI Belton Town Center LeaseCo LLC | DBSI Peachtree Corners Pavilion LeaseCo LLC |
| DBSI Fairlane Green LeaseCo LLC | DBSI Pinehurst Square East LeaseCo LLC |
| DBSI Florissant Market Place LeaseCo LLC | DBSI Pinehurst Square West LeaseCo LLC |
| DBSI Green Street Commons Leaseco LLC | DBSI Portofino Tech Center LeaseCo LLC |
| DBSI Houston Levee Galleria Leaseco LLC | DBSI Shoppes at Trammel LeaseCo LLC |
| DBSI Landmark Towers Leaseco LLC | DBSI Silver Lakes Leaseco LLC |
| DBSI North Stafford LeaseCo LLC | DBSI Springville Corner Leaseco LLC |
| DBSI Oakwood Plaza LeaseCo LLC | |

7. Debtor DBSI Realty Inc. owns 100% of the outstanding interests of Debtor DBSI-Discovery Real Estate Services LLC.

8. Debtor DBSI Short-Term Development Fund LLC owns 100% of the outstanding interests of Debtor DBSI Cottonwood Plaza Development LLC.

9. Debtor Spectrus Real Estate Inc. owns 100% of the outstanding interests of Debtor FOR 1031 LLC.

10. Debtor DBSI Inc.'s outstanding interests are owned by the following:

| Equity Holder | Address | Percentage Interest |
|---|---|---|
| Douglas L. Swenson | 12426 West Explorer Drive Suite 220 Boise, Idaho 83713 | 90.14% |
| Charles Hassard | 12426 West Explorer Drive Suite 220 Boise, Idaho 83713 | 4.06% |
| John Mayeron | 12426 West Explorer Drive Suite 220 Boise, Idaho 83713 | 4.06% |
| Thomas Var Reeve | 12426 West Explorer Drive Suite 220 Boise, Idaho 83713 | 1.24% |
| Gary Bringhurst | 12426 West Explorer Drive Suite 220 Boise, Idaho 83713 | 0.50% |

11. Debtor DBSI Securities Corporation's outstanding interests are owned by the following:

| Equity Holder | Address | Percentage Interest |
|---|---|---|
| Douglas L. Swenson | 12426 West Explorer Drive Suite 220 Boise, Idaho 83713 | 88.24% |
| Charles Hassard | 12426 West Explorer Drive Suite 220 Boise, Idaho 83713 | 5.88% |
| John Mayeron | 12426 West Explorer Drive Suite 220 Boise, Idaho 83713 | 5.88% |

12. Debtor DCJ Inc.'s outstanding interests are owned by the following:

| Equity Holder | Address | Percentage Interest |
|---|---|---|
| Douglas L. Swenson | 12426 West Explorer Drive Suite 220 Boise, Idaho 83713 | 88.24% |
| Charles Hassard | 12426 West Explorer Drive Suite 220 Boise, Idaho 83713 | 5.88% |
| John Mayeron | 12426 West Explorer Drive Suite 220 Boise, Idaho 83713 | 5.88% |

5

DB02:7534069.2

# DECLARATION CONCERNING DEBTORS' OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)(1), 1007(a)(3) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

      I, Douglas L. Swenson, Chief Executive Officer and President of DBSI Inc., an Idaho corporation, and the entity named as the debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing Debtors' Ownership Statement Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Date: November 10, 2008

                                                 _____
                                                 Douglas L. Swenson
                                                 Chief Executive Officer and President
                                                 DBSI Inc.

# RESOLUTIONS OF THE BOARD OF DIRECTORS OF
# DBSI INC.

WHEREAS, the board of directors (the "Board") of DBSI Inc. (the "Company"), an Idaho corporation, has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's products and services, the real estate investment industry and credit market conditions; and

WHEREAS, the Board has received, reviewed and considered the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Title 11 of the United States Code;

NOW, THEREFORE, BE IT RESOLVED that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, stockholders and other interested parties, that a voluntary petition (the "Petition") be filed by the Company under the provisions of Chapter 11 of Title 11 of the United States Code; and it is further

RESOLVED, that the Company shall be, and it hereby is, directed and authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action which they deem reasonable, advisable, expedient, convenient, necessary or proper to obtain such relief; and it is further

RESOLVED, that Douglas L. Swenson and any officer of the Company designated by Douglas L. Swenson (collectively, the "Designated Persons"), be and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company (i) to execute and verify the Petition as well as all other ancillary documents and to cause the Petition to be filed with the United States Bankruptcy Court for the District of Delaware and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents, and (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and it is further

RESOLVED, that the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway") be, and hereby is, authorized and empowered to represent the Company as its general bankruptcy counsel and to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the bankruptcy case; and in connection therewith, the Designated Persons be and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Young Conaway; and it is further

RESOLVED, that the law firm of Foley & Lardner ("Foley") be, and hereby is, authorized and empowered to represent the Company, as special counsel in connection with entity governance and securities law issues and related matters in connection with any case commenced by the Company under the Bankruptcy Code; and in connection therewith, the Designated Persons be and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy case, and to cause to be filed an appropriate application for authority to retain the services of Foley; and it is further

RESOLVED, that Kurtzman Carson Consultants LLC ("KCC") be, and hereby is, authorized and empowered to serve as the notice, claims, solicitation and balloting agent in connection with the bankruptcy case commenced by the Company under the Bankruptcy Code; and in connection therewith, the Designated Persons be and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the bankruptcy case, and to cause to be filed an appropriate application for authority to retain the services of KCC; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to employ any other individual and/or firm as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and in connection therewith, the Designated Persons be and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy case, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to obtain post-petition financing according to terms negotiated, or to be negotiated, by the management of the Company, including under debtor-in-possession credit facilities or relating to the use of cash collateral; and to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements; and in connection therewith, to the extent authorized by the Board of Directors, the officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to secure the payment and performance of any post-petition financing by (i) pledging or granting liens mortgages on, or security interest in, all or any portion of the Company's assets, including all or any portion of the issued and outstanding capital stock, partnership interests, or membership interests of any subsidiaries of the Company, whether now owned or hereafter acquired, and (ii) entering into or causing to be entered into such security agreements, pledge agreements, control agreements, intercreditor agreements, mortgages, deeds of trust and other

agreements as are necessary, appropriate or desirable to effectuate the intent of, or matters reasonably contemplated or implied by, this resolution in such form, covering such collateral and having such other terms and conditions as are approved or deemed necessary, appropriate or desirable by the officer executing the same, the execution thereof by such officer to be conclusive evidence of such approval or determination; and it is further

RESOLVED, that the Designated Persons be, and each of them acting alone is, hereby authorized, directed and empowered from time to time in the name and on behalf of the Company, to (a) take such further actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as such officer may deem necessary, advisable or proper to carry out the intent and purpose of the foregoing resolutions, including the execution and delivery of any security agreements, pledges, financing statements and the like, and (b) perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall approve, and the performance or execution thereof by such officer shall be conclusive evidence of the approval thereof by such officer and by the Company; and it is further

RESOLVED, that the Designated Persons be, and each of them acting alone is, hereby authorized, directed and empowered from time to time in the name and on behalf of the Company, to adopt resolutions and otherwise exercise the rights and powers of the Company as such Designated Person may deem necessary, appropriate or desirable (i) as a member or manager (however denominated) of the direct and indirect subsidiaries of the Company that are limited liability companies (if any), (ii) as general partner or limited partner of the direct and indirect subsidiaries of the Company that are limited partnerships (if any), and (iii) as a stockholder of the direct and indirect subsidiaries of the Company that are corporations (if any); and that thereupon such resolutions shall be deemed adopted as and for the resolutions of eachsuch subsidiary of the Company; and it is further

RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such actions were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

# SECRETARIAL CERTIFICATE

The undersigned, Secretary of DBSI Inc. (the "Company"), an Idaho corporation, hereby certifies as follows:

1. I am duly qualified and elected Secretary of the Company and, as such, am familiar with the facts herein certified, and I am duly authorized to certify same on behalf of the Company.

2. Attached hereto is a true and complete copy of the Resolutions of the Board of Directors of the Company, duly adopted at a properly convened meeting of the Board of Directors on November __, 2008, by vote of the directors, in accordance with the bylaws of the Company.

3. Such resolutions have not been amended, altered, annulled, rescinded or revoked and are in full force and effect as of the date hereof. There exist no other subsequent resolutions of the Board of Directors of the Company relating to the matters set forth in the resolution attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the _____ day of November, 2008.

_____
Name: