November 14, 2008

Honorable Peter J. Walsh
U.S. Bankruptcy Court
For The District of Delaware
824 North Market St., 3rd Floor
Wilmington, Delaware 19801

Subject: Case No. 08-12687 (PJW) Debtors DBSI Inc.

Your Honor,

I am a 12% TIC in the Quorum Bldg. The motion for an order authorizing the debtors use of cash collateral, accompanied by an order for your signature is deceptive and misleading in that it does not disclose the NNN plus lease obligations of debtor DBSI Inc. The NNN plus lease and purchase transaction, states, "The lessee keeps the difference, if any, between the NNN plus lease payments and property operations and is <u>responsible for any deficit</u>".

Wall St. Journal reported in their C section, property report, November 12, 2008, the unique structure with master lease payments in which the investors were guaranteed their returns, backed by their total corporate balance sheet. A press release by DBSI affiliate Spectrus October 23, 2007 reported a SEC investigation led to discontinuance of the TIC business model referred to in paragraph 7, page 3, of the motion. On page 5, of events leading to the bankruptcy filing, and page 6, this action was discontinued as a result of the SEC intervention and is the primary reason for the failure of DBSI. (Ponzi like)

On October 27, 2008 Case No. CVOC 0820435 was filed in the Fourth Judicial District of the State of Idaho, alleging securities fraud, racketeering, and fraud in connection with a securities offering.

Your Honor, I bring these facts for your consideration, which have been omitted in the debtor's petition. I have been victimized, possibly along with thousands of TIC investors in the 237 properties valued at $2.4 billion.

The debtor is petitioning the court with unclean hands. As alleged in the Boise court complaint the fraud obtained the cash which the debtor now wants to keep in their web of corporation entities and officers personal assets.

Respectfully,

John Helstowski, Quorum TIC
P.O. Box 460399, Escondido, CA 92046