# 1031 EXCHANGE SOLUTIONS LLC
## MONTANA WEALTH MANAGEMENT LLC

2020 Charlotte St. • Bozeman, MT 59718 • (406) 586-0356 • FAX: (406) 582-1116 • Toll Free: 1-800-517-1031

November 21, 2008

**RECEIVED**
NOV 24 2008
JUDGE WALSH

Honorable Justice Peter J. Walsh
U.S. Bankruptcy Court for the District of Delaware
824 Market Street, 6th Floor
Wilmington, DE 19801-4937

Subject: DBSI Accountable Reserves

Dear Mr. Walsh,

I am writing this letter to you regarding DBSI's motion to use cash collateral/ accountable reserves for purposes of their bankruptcy reorganization. I am a CPA and registered securities representative who has sold to investors fractional interests in a number of DBSI master lease and land option tenant-in-common offerings.

I strongly believe that DBSI's claim to the accountable reserves is FALSE. DBSI has represented in the past that these reserves are specific to each property and should only be used for tenant improvements, leasing commissions and capital improvements for the respective property. Furthermore, DBSI has represented that the accountable reserves cannot be used for operations and that any unused reserves will be repaid to the Purchasers to the extent not used in the operation of the property. DBSI has made verbal claims as well that support the written claims in the Private Placement Memorandum (PPM). I have attached a copy of the Estimated Use Of Proceeds page of the PPM for a property named Pinehurst Square West in Bismarck, ND for your reference so you can see why investors and reps alike have relied on DBSI's representation that these reserves were to be set aside for use on behalf of the tenant-in-common investors/co-owners in the respective properties only.

In light of DBSI's present financial condition and their inability to perform on their master lease guarantee, these reserves are absolutely critical to help ensure the sustainable operating performance of the master lease properties. Without the reserves, countless properties are at risk along with the individual investors' capital that they have invested in them. I believe granting DBSI's motion to use this cash would greatly increase the risk to the individual investors in these properties.

Thank you for your time and consideration relative to this matter.

Sincerely,

Jack Sauther, CPA
Investment Advisor Representative

Securities and Investment Advisory Services offered through Independent Financial Group, LLC. Member NASD, SIPC

# ESTIMATED USE OF PROCEEDS

The following table sets forth certain information concerning the estimated use of proceeds of the Offering:

| Estimated Sources of Capital | Total | % of Total Capitalization | % of Equity |
|---|---|---|---|
| Equity | $6,355,000 | 43.66% | 100.00% |
| Debt | $8,200,000 | 56.34% | 0.00% |
| Investor Purchase Price | $14,555,000 | 100.00% | 100.00% |

| Sponsor Estimated Expenses Associated with Offering | Total | % of Total Capitalization | % of Equity |
|---|---|---|---|
| Selling Commissions and Expense Reimbursements[2] | $508,400 | 3.49% | 8.00% |
| Non-Accountable Marketing Allowance[3] | $127,100 | 0.87% | 2.00% |
| Non-Accountable Offering and Closing Costs[4] | $18,060 | 0.12% | 0.28% |
| Property Cost and Fees[5] | $12,891,440 | 88.57% | 73.82% |
| Accountable Reserves[6] | $960,000 | 6.60% | 15.11% |
| Non-Accountable Acquisition Related Expenses | $50,000 | 0.34% | 0.79% |
| Offering and Closing Expenses and Fees | $653,560 | 4.49% | 10.28% |
| Total Application of Capital | $14,555,000 | 100.00% | 100.00% |

[1] This table addresses the estimated use of proceeds for purposes of informing potential investors concerning the compensation and fees that the Company or its Affiliates will receive from this offering and the expenses of the Company or its Affiliates that it has incurred in this Offering. This table does not address the allocation for federal income tax purposes of the amount paid by a Tenant in Common for its Interest. Potential investor should discuss with their own tax advisors the tax treatment of the purchase of an Interest.

[2] DBSI Securities Corporation (a member of the FINRA and an Affiliate of the Company, DBSI Leaseco, DBSI Inc. and its Affiliates) will act as Managing Broker-Dealer. Offers and sales of Interests will be made on a "best efforts" basis by Selling Group Members. The Company will pay the Managing Broker-Dealer Selling Commissions and Expense Reimbursements of (a) up to 7% of the Gross Proceeds for Commissions, (b) up to 0.5% of the Gross Proceeds as a non-accountable marketing expense allowance and (c) up to 0.5% of the Gross Proceeds as non-accountable reimbursements for due diligence expenses, all of which may be re-allowed to the Selling Group Members. In addition, certain purchasers of Interests, including, but not limited to, Affiliates of the Company, may purchase their Interests net of Selling Commissions and Expense Reimbursements. Any Interests purchased by Affiliates will be for investment purposes only and not with a view toward resale.

[3] The Managing Broker-Dealer will receive a non-accountable marketing and due diligence allowance of 2.00% of the Gross Proceeds for wholesaling and marketing costs, a portion of which may be re-allowed to Selling Group Members.

[4] Affiliates of the Company will receive non-accountable fees in connection with the preparation of this Offering and closing the acquisition of the Property from the seller.

[5] Includes acquisition and closing fees payable to Affiliates of the Company of $606,293 due diligence and investment analysis costs and fees payable to Affiliates of the Company of $253,147 and estimated loan fees of $82,000. See "Acquisition Terms and Financing" and "Compensation to the Company, DBSI Leaseco, DBSI Inc., DBSI Securities Corporation and its Affiliates."

[6] Accountable reserves for tenant improvements, leasing commissions and capital improvements cannot be used for operations, and will be repaid to the Purchasers to the extent not used in the operation of the Property. A portion of the Reserves may be allocated to the Lender to cover reserves required by the Lender.