William A. & Christine M. Powers
182 Forrest Avenue
Shirley, New York 11967
(631) 281-1933

November 23, 2008

Justice Peter J. Walsh
U.S. Bankruptcy Court for the District of Delaware
824 Market Street – 6th Floor
Wilmington, Delaware 19801-4937

Re: DBSI et al. Bankruptcy

Dear Justice Walsh,

My husband and I are creditors of DBSI. We are average individuals who have chosen to invest in a Tenant-In-Common (TIC) property sponsored by DBSI. After very careful consideration and due largely to the reputation of our financial advisor, Paul White, we chose this company for it's years of experience and Mr. White's recommendation. We have entrusted to them a very substantial portion of our retirement savings, which now is in jeopardy. The cash flow produced by this investment is a large percentage of our retirement income.

We ask that you please take into consideration how your rulings on this bankruptcy proceeding will affect the investors such as ourselves, particularly in the matter of Master Leases and Reserve Accounts. Please order the Master Leases to be ASSIGNED, NOT CANCELLED. Please investigate what happened to our reserves and assure that they are returned for their proper purpose.

Thank you for your kind consideration in the very urgent situation.

Sincerely,

Christine M. Powers