

**Cypress & Forbes** Asset Management Company

PMB 337
Post Office Box 4100
Del Mar, California 92014
Telephone 858.509.0048
Facsimile 858.509.0985
E-Mail: rez@san.rr.com

<u>*SENT VIA UPS OVERNIGHT DELIVERY*</u>

November 22, 2008

Justice Peter J. Walsh
U.S. Bankruptcy Court for the District of Delaware
824 Market Street, 6th Floor
Wilmington, DE 19801-4937

REFERENCE: DBSI et al. Bankruptcy – North Park III Office Park, Omaha, NE

Dear Justice Walsh,

My family limited liability company, Santa Margarita Investments, LLC, is an owner of real estate sold to me by DBSI and therefore a creditor. In April 2007, my wife and I used this DBSI vehicle in an IRC 1031 exchange to defer capital gains taxes and invested approximately $425,000. into the purchase of a Tenancy-in-Common interest in the North Park III Office Park in Omaha, NE. Prior to our investment, I flew from our home in San Diego, CA to Omaha, NE to tour the property, take photos and complete other "Due Diligence" studies like meeting with the local market experts at CB Richard Ellis | Mega about current office market leasing trends, absorption etc.

According to DBSI's salesperson's representations, marketing literature and statements contained in each Sponsored property's Private Placement Memorandum (**PPM**) filed with the SEC as well as some State authorities, there were funds collected at closing which are the asset of the investors and **NOT** DBSI. This money was supposed to be <u>safely</u> held in "Reserve" for our benefit to be utilized for the purposes of "leasing commissions, tenant improvements and capital improvements including repairs and replacement". According to their sales representations these funds "cannot be used to fund operations during the term". Furthermore they agreed that: "Any remaining accountable reserves at the time of the termination of the master Lease will be repaid to the Purchasers".

Upon information and my belief, these funds have not been utilized as stated above, were not maintained in a separate account for my benefit, may have been comingled with other funds and are no longer attainable to my detriment. DBSI had a fiduciary, moral and ethical responsibility to protect our money. Our money may have been utilized for other purposes, loaned or possibly spirited out of the company which is a violation of their fiduciary responsibility to hold and protect my money for my benefit.

Recently, DBSI has attempted to hold our property, controlled by DBSI's Master Lease, as "hostage" to <u>force</u> us and other TIC owners to pay a minimum of $40,000 or 75% of annual Master Lease to allow us the right to assign crucial real estate management duties that they can no longer perform, to another property manager of our choice. In addition, DBSI <u>threatened</u> that if we do not agree to their demands that they will cancel the Master Lease and notify our North Park III Office Park tenants that they no longer have a valid lease. This will

# Cypress & Forbes Asset Management Company

Honorable Justice Peter J. Walsh
November 22, 2008
Page 2



cause us a financial hardship that we cannot afford. Furthermore, DBSI has demanded that we relinquish DBSI and all other DBSI associated parties from any previous and future wrong doing or liability. My wife and I do not wish to relinquish our rights as a creditor to do absolve them of their fiduciary responsibilities to us.

Besides our missing reserve account money, DBSI has recently taken in money from our North Park III Office Park property (i.e. rental income and other expenses paid by tenants) and not paid property expenses. Without immediate intervention and attending to a number of upcoming lease renewals, this office park will deteriorate further. **Please be aware that CSG Systems, Inc. whose 61,000 square foot leases expires on April 30, 2009. The CSG Systems, Inc. tenancy represents approximately 60% in the office park.** Should our TIC group lose this valued tenant who has been located in the park since 1996, the North Park III Office Park could face a probable foreclosure by the Lender and my family limited liability company could lose our entire principal amount of $425,000.

At the time, my wife and I made our DBSI investment purchase, we planned to use the monthly DBSI Master Lease guaranteed rent payments paid to each TIC investor, in our case approximately $2,325.56 each month, to partially pay for tuition for our college sophomore son at the University of Arizona in Tucson, AZ. We also were using the balance of this income for our daughter's tuition at Cathedral Catholic High School in San Diego, CA. Once our children's educational needs had concluded, we had hoped that monthly income stream and the principal equity investment could be used for our upcoming retirement needs in 2020. In short, this DBSI bankruptcy has caused great strain on meeting the current needs of our children's education and caused our family great emotional distress!

I beg you to please order a forensic accounting of my missing reserve money commencing from the time I purchased the property. Please also allow me and other property owners to request that you assign and <u>not cancel</u> the non-performing Master Lease to a new property manager that we have carefully selected. If you allow DBSI to cancel the Master Lease without lender pre-approval, an immediate foreclosure may be commenced and I may lose all of my investment. Please also issue an Order that DBSI is prohibited from communicating with my tenants because DBSI has threatened to notify them that they no longer have a valid lease which will cause my family LLC irreparable monetary harm.

Please do not hesitate to contact me if you would like for me to provide any further information.

Respectfully submitted,

*Robert E. Zolezzi*

Robert E. Zolezzi

REZ/mk