Laura McDougald Sutton
5031 Toftrees Drive
Arlington, TX 76016
817-446-1142

RECEIVED

NOV 24 2008

JUDGE WALSH

November 23, 2008

Justice Peter J. Walsh
U.S. Bankruptcy Court for the District of Delaware
824 Market Street 6th Floor
Wilmington, DE 19801-4937

REFERENCE: DBSI et al. Bankruptcy

Dear Justice Walsh,

I am an owner of real estate sold to me by DBSI and therefore a creditor. I have an interest in two TIC properties: Stone Oak Crossing and Haverford Place. I am 81 years old and counted on the income from these two properties as a key part of my monthly support. DBSI made many commitments to me and is now acting very cruel. A significant part of my savings is now tied up in these two TIC investments.

According to DBSI's salesperson's representations, marketing literature and statements contained in each Sponsored property's Private Placement Memorandum (**PPM**) filed with the SEC as well as some State authorities, there were funds collected at closing which are the asset of the investors and **NOT** DBSI. This money was supposed to be <u>safely</u> held in "Reserve" for my benefit to be utilized for the purposes of "leasing commissions, tenant improvements and capital improvements including repairs and replacement". According to their sales representations these funds "cannot be used to fund operations during the term". Furthermore they agreed that: "Any remaining accountable reserves at the time of the termination of the master Lease will be repaid to the Purchasers".

Upon information and my belief, these funds have not been utilized as stated above, were not maintained in a separate account for my benefit, may have been commingled with other funds and are no longer attainable to my detriment. DBSI had a fiduciary, moral and ethical responsibility to protect my money. My money may have been utilized for other purposes, loaned or possibly spirited out of the company which is a violation of their fiduciary responsibility to hold and protect my money for my benefit.

Recently, DBSI has attempted to hold my property, controlled by DBSI's Master Lease, as "hostage" to <u>force</u> me and other owners to pay a minimum of $40,000 or 75% of annual Master Lease to allow me the right to assign crucial real estate management duties that they can no longer perform, to another property manager of my choice. In addition, DBSI <u>threatened</u> that if I do not agree to their demands that they will cancel the Master Lease and notify my tenants that they no longer have a valid lease. This will cause me a financial hardship that I cannot afford. Furthermore, DBSI has <u>demanded</u> that I relinquish DBSI and all other DBSI associated parties from any previous and future wrong doing or liability. I do not wish to relinquish my rights as a creditor to do absolve them of their responsibilities to me.

Besides my missing reserve account money, DBSI has recently taken in money from my property (i.e. rental income and other expenses paid by tenants) and not paid property expenses or the mortgage. Without immediate intervention, my property will be foreclosed and I will lose all my investment. I can't imagine what I will do if my investments are lost. The money in these investments represents many years of efforts.

I beg you to please order a forensic accounting of my missing reserve money commencing from the time I purchased the property. Please also allow me and other property owners to request that you assign <u>not cancel</u> the non-performing Master Lease to a new property manager that we have carefully selected. If you allow DBSI to cancel the Master Lease without lender pre-approval, an immediate foreclosure may be commenced and I may lose all of my investment. Please also issue an Order that DBSI is prohibited from communicating with my tenants because DBSI has threatened to notify them that they no longer have a valid lease which will cause me irreparable monetary harm.

Please do not hesitate to contact me if you would like for me to provide any further information.

Sincerely,

Laura McDougald Sutton
Laura McDougald Sutton