

**Legacy Investment Advisors, LLC**

3295 Triangle Drive SE, Suite 105
Salem, OR 97302-4566

phone: (503) 371-7972
fax: (503) 371-7974

November 21st, 2008

Honorable Justice Peter J. Walsh
US Bankruptcy Court for the District of Delaware
824 Market Street, 6th Floor
Wilmington, DE 19801-4937



**RE: ACCOUNTABLE RESERVES ISSUE – Please stop the DBSI Motion to utilize cash collateral**

Dear Justice Walsh,

I am a securities broker who has sold investors interests in many DBSI Tenant-in-Common properties.

**I am writing to let you know that I believe it is wrong for DBSI to make any claim whatsoever to the accountable reserves of TIC property owners. Those reserves were represented by DBSI, both verbally and printed in the Private Placement Memorandum, as being available for expenses specific to that property.**

On page 34 of one recent Private Placement Memorandum (attached) for a property called DBSI Pinehurst Square East, it is represented that 6.60% or $1,540,000 of the total purchase price of $23,350,000 is held aside for accountable reserves. The footnote reads:

> Accountable reserves for tenant improvements, leasing commissions and capital improvements cannot be used for operations, and will be repaid to the Purchasers to the extent not used in the operation of the Property. A portion of the Reserves may be allocated to the Lender to cover reserves required the Lender.

That money is the property of each Tenant-in-Common investor for the expenses detailed in the footnote. It should be utilized only for costs related to tenant improvements, leasing commissions and capital improvements to that specific property which the investor purchased. **Any other use of that money is theft.**

Thank you for considering my above stated position as you oversee this bankruptcy proceeding.

Sincerely,

Chris Sayre-Smith
Registered Representative

Securities offered through KMS Financial Services, Inc.  2001 Sixth Avenue, Suite 2801, Seattle, WA 98121  (206) 441-2885  Member NASD, SIPC
Investment advice is offered by Chris Sayre-Smith and Stewart Hayes through KMS Financial Services, Inc.  Insurance advice is offered by Chris Sayre-Smith through his license with the state insurance departments.

*From DBSI Pinehurst Square East Private Placement Memorandum*

# ESTIMATED USE OF PROCEEDS

The following table sets forth certain information concerning the estimated use of proceeds of the Offering:

| Estimated Sources of Capital | Total | % of Total Capitalization | % of Equity |
|---|---|---|---|
| Equity | $10,150,000 | 43.47% | 100.00% |
| Debt | $13,200,000 | 56.53% | 0.00% |
| Investor Purchase Price | $23,350,000 | 100.00% | 100.00% |

| Sponsor Estimated Expenses Associated with Offering | Total | % of Total Capitalization | % of Equity |
|---|---|---|---|
| Selling Commissions and Expense Reimbursements[2] | $812,000 | 3.48% | 8.00% |
| Non-Accountable Marketing Allowance[3] | $203,000 | 0.87% | 2.00% |
| Non-Accountable Offering and Closing Costs[4] | $1,960 | 0.01% | 0.02% |
| Property Cost and Fees[5] | $20,743,040 | 88.84% | 74.32% |
| Accountable Reserves[6] | $1,540,000 | 6.60% | 15.17% |
| Non-Accountable Acquisition Related Expenses | $50,000 | 0.21% | 0.49% |
| Offering and Closing Expenses and Fees | $1,016,960 | 4.36% | 10.02% |
| Total Application of Capital | $23,350,000 | 100.00% | 100.00% |

---

[1] This table addresses the estimated use of proceeds for purposes of informing potential investors concerning the compensation and fees that the Company or its Affiliates will receive from this offering and the expenses of the Company or its Affiliates that it has incurred in this Offering. This table does not address the allocation for federal income tax purposes of the amount paid by a Tenant in Common for its Interest. Potential investor should discuss with their own tax advisors the tax treatment of the purchase of an Interest.

[2] DBSI Securities Corporation (a member of the FINRA and an Affiliate of the Company, DBSI Leaseco, DBSI Inc. and its Affiliates) will act as Managing Broker-Dealer. Offers and sales of Interests will be made on a "best efforts" basis by Selling Group Members. The Company will pay the Managing Broker-Dealer Selling Commissions and Expense Reimbursements of (a) up to 7% of the Gross Proceeds for Commissions, (b) up to 0.5% of the Gross Proceeds as a non-accountable marketing expense allowance and (c) up to 0.5% of the Gross Proceeds as non-accountable reimbursements for due diligence expenses, all of which may be re-allowed to the Selling Group Members. In addition, certain purchasers of Interests, including, but not limited to, Affiliates of the Company, may purchase their Interests net of Selling Commissions and Expense Reimbursements. Any Interests purchased by Affiliates will be for investment purposes only and not with a view toward resale.

[3] The Managing Broker-Dealer will receive a non-accountable marketing and due diligence allowance of 2.00% of the Gross Proceeds for wholesaling and marketing costs, a portion of which may be re-allowed to Selling Group Members.

[4] Affiliates of the Company will receive non-accountable fees in connection with the preparation of this Offering and closing the acquisition of the Property from the seller.

[5] Includes acquisition and closing fees payable to Affiliates of the Company of $974,027 due diligence and investment analysis costs and fees payable to Affiliates of the Company of $437,013 and estimated loan fees of $132,000. See "Acquisition Terms and Financing" and "Compensation to the Company, DBSI Leaseco, DBSI Inc., DBSI Securities Corporation and its Affiliates."

[6] Accountable reserves for tenant improvements, leasing commissions and capital improvements cannot be used for operations, and will be repaid to the Purchasers to the extent not used in the operation of the Property. A portion of the Reserves may be allocated to the Lender to cover reserves required by the Lender.