UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

December 9, 2008

Neil B. Glassman
Charlene D. Davis
Jamie L. Edmonson
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

David M. Bennett
Kevin Thomason
THOMPSON & KNIGHT, LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201-2513

Attorneys for TIC Group

James L. Patton, Jr.
Michael R. Nestor
Joseph M. Barry
Kenneth J. Enos
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Attorneys for the Debtors and
Debtors in Possession

Donald J. Detweiler
Sandra G. M. Selzer
Dennis A. Meloro
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street,
Suite 1200
Wilmington, DE 19801

Attorneys for the Official
Committee of Unsecured
Creditors

**Re: DBSI, Inc., et al.**
**Case No. 08-12687 (PJW)**

Dear Counsel:

    This is with respect to the TIC Group's motion to shorten notice (Doc. # 483).  For the reasons effectively set forth in the

Committee's objection (Doc. # 506), the motion is denied.  It seems to me that the TIC Group should be communicating with the Debtors and the Committee regarding the essential details arising out of the TIC's Group motion to compel.

                                        Very truly yours,

                                        Peter J. Walsh

PJW:ipm