# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DBSI, INC., *et al.*, | Case No. 08-12687 (PJW) <br> (Jointly Administered) |
| Debtors. | Related To: D.I. No. 362 |

### Limited Objection To Debtors' Application Pursuant To 11 U.S.C. 327(e) and 331 and Fed.R.Bankr.P. 2014 to Retain Foley & Lardner LLP As Special Corporate And Litigation Counsel

The Official Committee of Unsecured Creditors (the "*Committee*") of the above-captioned debtors and debtors-in-possession (collectively, the "*Debtors*"), by and through its undersigned counsel, hereby submits this limited objection (the "*Limited Objection*") to Debtors' Application Pursuant To 11 U.S.C. Section 327(e) And 331 And Fed. R. Bankr. P. 2014 To Retain Foley & Lardner LLP As Special And Litigation Counsel (the "*Foley Application*"; Docket No. 362). In support of this Limited Objection , the Committee respectfully states as follows:

### Limited Objection To Relief Requested

1. By the Foley Application, the Debtors seek to retain Foley & Lardner LLP ("*Foley*") as special corporate and litigation counsel pursuant to sections 327(e) and 331 of the United States Bankruptcy Code, 11 U.S.C. 101-1530 (the "*Bankruptcy Code*").

2. Section 327(e) permits a debtor, subject to court approval, to employ for a specified purpose an attorney that has represented the debtor, if such employment is in the best interest of the debtor's estates and, and if such attorney does not represent or hold an interest adverse to the debtor or the estate with respect to the matter on which such attorney is to be employed.

3. After careful review of Foley's Application, the Committee believes additional disclosure and/or information are required from Foley prior to the Court authorizing Foley's retention as 327(e) counsel.

4. The disclosures and/or information the Committee believes Foley should provide include:

    a. The specific "corporate and tax matters" (Foley Application at para 17) Foley has worked on for the Debtors since January, 2007;

    b. The nature, extent and scope of Foley's representation of "the Debtors with respect to the class action litigation Myles W. and Janelle S. Spann v. DBSI, Inc. *et. al.*, Case N CV OC 082035, pending in the District Court of the Fourth Judicial District of the State of Idaho, County of Ada" and whether Foley represents any other parties in such litigation;

    c. The amount of any payments received by Foley from the Debtors or the Debtors' non-debtor affiliates, within 90 days of the commencement of these bankruptcy cases; and

    d. Whether, as of the Petition Date, the Debtors owed Foley any outstanding amounts for any legal services provided to the Debtors, and if so, the amount owed to Foley as of the Petition Date.

5. Absent complete disclosure and understanding of Foley's pre-petition relationship with the Debtors, the Committee is not in a position to determine whether Foley "does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed."

6. The Committee reserves the right to assert any additional objection to the Foley Application pending receipt of the additional disclosures and information from Foley.

7. In addition the Committee respectfully requests the Foley confirm that it will (i) comply with the interim compensation procedures approved by this Court; and (ii) apply its pre-petition retainer, in the approximate amount of $726,000, to allowed post-petition fees and expenses approved by the Court, if and when such fees and expenses are approved by the Court.

## Conclusion

WHEREFORE, the Committee respectfully requests that the Court defer entry of any order authorizing the Debtors' retention of Foley & Lardner LLP, pending disclosure of the information requested by the Committee and confirmation that Foley will apply its pre-petition retainer, in the approximate amount of $726,000, to allowed post-petition fees and expenses approved by the Court, if and when such fees and expenses are approved by the Court.

Dated: December 15, 2008

GREENBERG TRAURIG, LLP

_____
Donald J. Detweiler (No. 3087)
Sandra G. M. Selzer (No. 4283)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
T (302) 661-7000
F (302) 661-7360
detweilerd@gtlaw.com

and

Michael H. Goldstein
Nathan A. Schultz
Adam M. Starr
Greenberg Traurig, LLP
2450 Colorado Avenue
Suite 400 East
Santa Monica, CA 90404
T (310) 586-7700
F (310) 586-7800

Attorneys for Official Committee of Unsecured Creditors