# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DBSI, INC., *et al.*,[1] | Case No. 08-12687 (PJW) |
| Debtors. | Jointly Administered |

## SUPPLEMENTAL AFFIDAVIT OF MICHAEL P. RICHMAN REGARDING RETENTION AND EMPLOYMENT OF FOLEY & LARDNER LLP AS SPECIAL CORPORATE AND LITIGATION COUNSEL FOR DEBTORS IN POSSESSION

STATE OF DELAWARE    )
                     ) ss.
COUNTY OF NEW CASTLE )

MICHAEL P. RICHMAN, being duly sworn, deposes and says:

1. I am a member of the Firm of Foley & Lardner LLP ("Foley" or the "Firm"), resident in the Firm's New York office located at 90 Park Avenue, New York, NY 10016-1314, and have been duly admitted to practice in the State of New York, the District of Columbia, the United States District Courts for the Southern and Eastern Districts of New York, the District of Arizona, the District of Colorado, the District of Columbia, the District of Connecticut, the Northern District of Illinois, and the Western District of Michigan. I have also been duly admitted to practice in the United States Courts of Appeal for the Second, Third, Ninth, and District of Columbia Circuits.

---

[1] The last four digits of DBSI Inc.'s federal tax identification number are 5037. The mailing address for DBSI Inc. is 12426 West Explorer Drive, Suite 220, Boise, Idaho 83713. Due to the large number of Debtors in these jointly administered cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.kccllc.net/dbsi, or by contacting the proposed undersigned counsel for the Debtors.

2. This supplemental affidavit (the "Supplement") is submitted in support of the Debtors' Application Pursuant to 11 U.S.C. §§ 327(e) and 331 and Fed. R. Bankr. P. 2014 to Retain Foley & Lardner LLP as Special Corporate and Litigation Counsel (the "Application", Docket No. 362), filed on December 1, 2008.[2]

3. This Supplement is intended to address issues raised by the Official Committee of Unsecured Creditors (the "Committee") in its Limited Objection to Debtors' Application Pursuant to 11 U.S.C. §§ 327(e) and 331 and Fed. R. Bankr. P. 2014 to Retain Foley & Lardner LLP as Special Corporate and Litigation Counsel (the "Limited Objection", Docket No. 614), filed on December 15, 2008.

4. The specific "corporate and tax matters" referenced in Paragraph 17 of the Application were limited to preparing tax opinions in connection with tenant in common and land option offerings, as well as drafting or reviewing several private placement memoranda relating to the land option program. Foley also worked on a proposed joint venture investment structure with the Debtors and a German institutional investor. Foley did not provide corporate or tax services to the Debtors on a general basis; instead, Foley's services were transaction specific.

5. With regards to the Class Action Litigation, the services provided by Foley included reviewing the complaint and advising the Debtors as to potential liability and the possible claim for insurance to cover such liability. The Debtors retained local Boise litigation counsel to assist with preparing the necessary court filings. Foley does not represent any other parties in the Class Action Litigation.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

6. Within the ninety (90) day period prior to the Petition Date, Foley received payments from the Debtors in the aggregate amount of $1,501,120.08. Out of this total amount, the sum of $774,284.53 was applied to outstanding invoices. The remaining sum of $726,835.55 is being held by Foley as the Prepetition Retainer. *See* Application ¶25. Attached as <u>Exhibit A</u> is a chart identifying the payments received from the Debtors within the ninety (90) day period prior to the Petition Date and the application of said payments.

7. As of the Petition Date, the Debtors owed Foley $48,164.45 for legal services provided to the Debtors. As reflected in the chart attached hereto as <u>Exhibit A</u>, this amount was paid on November 10, 2008 using funds that had been previously paid by the Debtors to Foley.

8. Foley will comply with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Docket No. 376), entered by this Court on December 2, 2008.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Michael P. Richman

Sworn to before me this 17th day of December, 2008.

_____
Notary Public
My Commission Expires: _____

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

| DATE | DEPOSITS | TRANSFERS WITHIN ACCTS | CHECKS TO PAY INVOICES | TOTAL |
|---|---|---|---|---|
| Direct Payments on invoices | | | | |
| 9/22/2008 | 44,498.55 | | (44,498.55) | - |
| | | | | |
| Acct #XXX4742 | | | | |
| 10/17/2008 W | 100,000.00 | | | 100,000.00 |
| 10/21/2008 | | | (100,000.00) | - |
| 10/23/2008 W | 200,000.00 | | | 200,000.00 |
| 10/27/2008 | | | (199,572.98) | 427.02 |
| 10/29/2008 W | 543,602.40 | | | 544,029.42 |
| 10/31/2008 | | | (205,839.41) | 338,190.01 |
| 10/31/2008 | | (338,190.01) | - | - |
| 11/7/2008 W | 250,000.00 | | | 250,000.00 |
| 11/7/2008 W | 75,000.00 | | | 325,000.00 |
| | | | | |
| Acct #XXX5004 | | | | |
| 10/31/2008 T | - | 338,190.01 | | 338,190.01 |
| 11/7/2008 | | | (176,209.14) | 161,980.87 |
| Acct #XXX4759 | | | | |
| 11/7/2008 W | 176,209.14 | | | 176,209.14 |
| 11/7/2008 W | 111,809.99 | | | 288,019.13 |
| 11/10/2008 | | | (48,164.45) | 239,854.68 |
| | 1,501,120.08 | - | (774,284.53) | 726,835.55 |