**EXHIBIT A**

# EXHIBIT A

| Trust Name | Master Tenant/Debtor |
|---|---|

**Midland Loan Services, Inc. as Special Servicer to:**

| | |
|---|---|
| U.S. Bank National Association as Trustee for the registered holders of Merrill Lynch Mortgage Trust 2008-C1, Commercial Mortgage Pass-Through Certificates, Series 2008-C1 | DBSI One Executive Center LeaseCo LLC<br>DBSI 2nd Street Quad LeaseCo LLC<br>DBSI-Park Creek-Gainesville LeaseCo LLC<br>DBSI Stony Brook South LeaseCo LLC<br>DBSI Houston Levee Galleria Leasco LLC<br>DBSI Landmark Towers Leaseco LLC<br>DBSI Green Street Commons Leaseco LLC<br>DBSI Master LeaseCo, Inc. |
| Bank of America, N.A., as successor by merger to LaSalle Bank National Association, as Trustee for the registered holders of ML-CFC Commercial Mortgage Trust 2007-7, Commercial Mortgage Pass-Through Certificates, Series 2007-7 | DBSI Cross Pointe LeaseCo LLC<br>DBSI Master LeaseCo, Inc. |
| Bank of America, N.A., as successor by merger to LaSalle Bank National Association, as Trustee for the registered holders of Banc of America Commercial Mortgage Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-2 | DBSI Cedar East and Cypress LeaseCo LLC |
| Wells Fargo Bank, N.A. as Trustee for the registered holders of Banc of America Commercial Mortgage Inc., Commercial Mortgage Pass-Through Certificates, Series 2006-1 | DBSI Sherwood Plaza LeaseCo LLC<br>DBSI Embassy Tower LeaseCo LLC<br>DBSI Mansell Forest LeaseCo LLC<br>DBSI Parkway III LeaseCo LLC<br>DBSI Northpark Ridgeland Leaseco, LLC |
| Bank of America, N.A., as successor by merger to LaSalle Bank National Association, as Trustee for the registered holders of Banc of America Commercial Mortgage Inc., Commercial Mortgage Pass-Through Certificates, Series 2006-5 | DBSI Wilson Estates LeaseCo LLC<br>DBSI East 21st Street Leaseco, Inc.<br>DBSI Woodside Center LeaseCo LLC<br>DBSI Northlite Commons II LeaseCo LLC<br>[Northpointe Tower, Kansas City, MO Master Tenant] |

| Trust Name | Master Tenant/Debtor |
|---|---|
| **Midland Loan Services, Inc. as Special Servicer to (con't.):** | |
| Wells Fargo Bank, N.A., as Trustee for the registered holders of Banc of America Commercial Mortgage Inc., Commercial Mortgage Pass-Through Certificates, Series 2007-3 | DBSI Master LeaseCo, Inc. <br> DBSI West Oaks Square LeaseCo LLC |
| Wells Fargo Bank, N.A., as Trustee for the registered holders of Banc of America Commercial Mortgage Inc., Commercial Mortgage Pass-Through Certificates, Series 2007-4 | DBSI Trinity Ridge Business Center LeaseCo LLC <br> DBSI Master LeaseCo, Inc. |
| Bank of America, NA, as successor by merger to LaSalle Bank National Association, as Trustee for the registered holders of GE Commercial Mortgage Corporation, Commercial Mortgage Pass-Through Certificates, Series 2005-C3 | DBSI Plano Tech Center LeaseCo LLC |
| [TRUSTEE], as Trustee for the registered holders of [JPMorgan Chase Commercial Mortgage Securities Corp. Commercial Mortgage Pass-Through Certificates, Series 2005-LDP1] | DBSI Daniel Burnham LeaseCo LLC <br> DBSI Decatur LeaseCo LLC |
| [TRUSTEE], as Trustee for the registered holders of [MSCI, Commercial Mortgage Pass-Through Certificates, Series, 2003-IQ4] | [Executive Tower, Omaha, NE Master Tenant] |
| **CWCapital Asset Management LLC as Special Servicer to:** | |
| Bank of America, NA, as successor by merger to LaSalle Bank National Association, as Trustee for the registered holders of Banc of America Commercial Mortgage, Inc., Commercial Mortgage Pass-Through Certificates, Series 2007-1 | DBSI Battlefield Station LeaseCo LLC |
| Wells Fargo Bank, N.A., as Trustee for the registered holders of Banc of America Commercial Mortgage, Inc., Commercial Mortgage Pass-Through Certificates, Series 2008-1 | DBSI Master LeaseCo, Inc. |

| Trust Name | Master Tenant/Debtor |
|---|---|
| Bank of America, NA, as successor by merger to LaSalle Bank National Association, as Trustee for the registered holders of Citigroup Commercial Mortgage Securities Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-C3 | DBSI Northridge LeaseCo LLC<br>DBSI Network LeaseCo LLC<br>DBSI Spring Valley Road LeaseCo LLC<br>DBSI Corporate Woods LeaseCo LLC |
| Wells Fargo Bank, N.A. as Trustee for the registered holders of Citigroup Commercial Mortgage Trust 2007-6, Commercial Mortgage Pass-Through Certificates, Series 2007-C6 | DBSI Bandera Trails LeaseCo LLC |
| Wells Fargo Bank, N.A. as Trustee for the registered holders of COBALT CMBS Commercial Mortgage Trust 2007-C2, Commercial Mortgage Pass-Through Certificates, Series 2007-C2 | DBSI Megan Crossings LeaseCo LLC<br>DBSI Master LeaseCo, Inc. |
| Wells Fargo Bank, N.A. as Trustee for the registered holders of COBALT CMBS Commercial Mortgage Trust 2007-C3, Commercial Mortgage Pass-Through Certificates, Series 2007-C3 | DBSI Treasure Valley Business Center LeaseCo LLC |
| Wells Fargo Bank, N.A. as Trustee for the registered holders of Deutsche Mortgage & Asset Receiving Corporation, COMM 2006-C7 Commercial Mortgage Pass-Through Certificates | DBSI Master LeaseCo, Inc.<br>DBSI Brendan Way LeaseCo LLC<br>DBSI Breckinridge LeaseCo LLC |
| Wells Fargo Bank, N.A. as Trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2006-C1 | DBSI Master LeaseCo, Inc.<br>DBSI Kenwood Center LeaseCo LLC |
| Wells Fargo Bank, N.A. as Trustee for the registered holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2007-C30 | DBSI Highlands & Southcreek LeaseCo LLC |

| Trust Name | Master Tenant/Debtor |
|---|---|
| Wells Fargo Bank, N.A. as Trustee for the registered holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2007-C32 | DBSI WoodlandsMedical Office I LeaseCo LLC<br>DBSI Master LeaseCo, Inc. |

**Orix Capital Markets, LLC as Special Servicer to:**

| | |
|---|---|
| Wells Fargo Bank, N.A. as Trustee for the registered holders of Banc of America Commercial Mortgage Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-4 | DBSI Lincoln Park 10 LeaseCo LLC<br>DBSI Master LeaseCo, Inc.<br>DBSI South 75 Center LeaseCo LLC<br>DBSI Executive Park LeaseCo LLC |

**J.E. Robert Company, Inc. as Special Servicer to:**

| | |
|---|---|
| Bank of America, N.A., as successor by merger to LaSalle Bank National Association, as Trustee for the registered holders of CitiGroup Commercial Mortgage Trust 2006-C4, Commercial Mortgage Pass-Through Certificates Series 2006-C4 | DBSI Spalding Triangle LeaseCo LLC |
| Wells Fargo Bank, N.A. as Trustee for the registered holders of JPMorgan Chase Commercial Mortgage Securities Corp. Commercial Mortgage Pass-Through Certificates, Series 2005-CIBC11 | DBSI CP Ironwood LeaseCo LLC<br>DBSI North Park LeaseCo LLC |
| Bank of America, N.A., as successor by merger to LaSalle Bank National Association, as Trustee for the registered holders of Deutsche Mortgage & Asset Receiving Corporation Commercial Mortgage Pass-Through Certificates, Series CD 2006-CD3 | DBSI 12 South Place LeaseCo LLC |