UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DBSI, INC., *et al.*,[1] | Case No. 08-12687 (PJW) |
| Debtors. | Jointly Administered |
| | Ref Docket No. 362 |

## ORDER AUTHORIZING THE RETENTION OF FOLEY & LARDNER LLP, PURSUANT TO 11 U.S.C. § 327(e) AND 331 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014, AS SPECIAL CORPORATE AND LITIGATION COUNSEL FOR THE DEBTORS

Upon consideration of the Application (the "Application"),[2] of the above-captioned debtors and debtors in possession (collectively the "Debtors") to retain Foley & Lardner LLP ("Foley") as special corporate and litigation counsel for the Debtors pursuant to 11 U.S.C. § 327(e) and 331; and upon consideration of the Declaration of Michael P. Richman Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure in Support of Application to Retain Foley & Lardner LLP as Debtors' Special Corporate and Litigation Counsel; and being informed that the United States Trustee's informal objections to the Application have been resolved; and the Court being satisfied that Foley does not represent or hold any interest adverse to the Debtors or to the Debtors' estates with respect to the matters on which Foley is to be employed; that Foley's limited employment as provided for herein is necessary and in the best interests of the Debtors' estates, creditors and other parties in interest; and notice of the

---

[1] The last four digits of DBSI Inc.'s federal tax identification number are 5037. The mailing address for DBSI Inc. is 12426 West Explorer Drive, Suite 220, Boise, Idaho 83713. Due to the large number of Debtors in these jointly administered cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.kccllc.net/dbsi, or by contacting the proposed undersigned counsel for the Debtors.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Application.

Application being sufficient and proper under the circumstances; and sufficient cause appearing therefore, it is hereby:

ORDERED, that:

1. The Application is GRANTED.

1. The Debtors, as debtor-in-possession, are authorized to employ and retain Foley under sections 327(e) and 331 of the Bankruptcy Code, as special counsel effective, *nunc pro tunc*, to the Petition Date to perform the services set forth herein.

2. <u>Scope of Special Counsel Services</u>. Foley is authorized to provide the following services as special corporate and litigation counsel:

    a. Advising the Debtors with respect to corporate, real estate, securities and tax matters;

    b. Advising and assisting the Debtors with respect to non-bankruptcy issues relating to the sale of their assets, including the negotiation and drafting of asset purchase and amended master lease agreements and related documents, working with the Debtors and their financial advisors or investment bankers to evaluate competing offers, preparation of closing documents and representing the Debtors at closing of such a sales;

    c. Representing the Debtors in all aspects of the Class Action Litigation as described above;

    d. Advising and assisting the Debtors with respect to any financing including debtor-in-possession or exit financing, including the negotiation of such financing, assisting the Debtors and their financial advisors and/or investment bankers in the evaluation of any financing offers, and preparation and negotiation of financing documentation, provided that Foley will perform such services only if Young Conaway cannot perform such services from a historical perspective or if such services relate to non-bankruptcy issues;

    e. Advising the Debtors with respect to non-bankruptcy issues relating to their business operations during bankruptcy; and

    f. Assisting the Debtors' general bankruptcy counsel with the formulation of a plan of reorganization provided that Foley will perform such services only if Young Conaway cannot perform such services from a historical perspective or if such services relate to non-bankruptcy issues.

3. Foley will not otherwise represent the Debtors before this Court or handle any bankruptcy matters for the Debtors (except to assist with corporate and transactional services authorized in paragraph 3 above).

4. Foley shall be authorized to retain its evergreen retainer, except that (i) such evergreen retainer must be drawn to $500,000.00 with respect to any fees/expenses approved by the Court from and after the date hereof and (ii) the Court shall revisit the authority of Foley to retain its evergreen retainer upon final disposition of the Debtors' PMB Assets.

5. Foley shall be compensated for providing the special counsel services set for in paragraph 3 above in accordance with the procedures set forth in section 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the District of Delaware, and such other procedures as may be ordered by this Court.

6. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: January 7, 2009

_____
Peter J. Walsh
United States Bankruptcy Judge