UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DBSI, INC., *et al.*,[1] | Case No. 08-12687 (PJW) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 1088, 1444, 1454, and 1456 |

## CERTIFICATION OF COUNSEL REGARDING SECOND MONTHLY FEE APPLICATION OF FOLEY & LARDNER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008

On January 9, 2009, the Debtors filed the *Second Monthly Fee Application of Foley & Lardner LLP as Special Counsel for the Debtors For Allowance of Compensation and Reimbursement of Expenses Incurred for the Period December 1, 2008 Through December 31, 2008* [Docket No. 1088] (the "Applications").

Subsequent to the filing of the Applications, the following objections were filed: *Objection of the Lenders (Wells Fargo Bank, N.A. and LaSalle Bank National Association) to the Fee Application of Foley & Lardner LLP* [Docket No. 1444]; *Objection of M&I Marshall & Ilsley Bank to Second Monthly Fee Application of Foley & Lardner, LLP* [Docket No. 1454]; and *Joinder by Wells Fargo Bank, N.A. and ING Clarion Capital Loan Services, LLC to Objection of the Lenders to the Fee Application of Foley & Lardner LLP* [Docket No. 1456] (collectively, the "Objections" and filed by the "Objecting Parties").

Since the commencement of these chapter 11 cases, the Court has entered orders authorizing the use of cash collateral. The Objections have been resolved by certifying that no

---

[1] The last four digits of DBSI Inc.'s federal tax identification number are 5037. The mailing address for DBSI Inc. is 12426 West Explorer Drive, Suite 220, Boise, Idaho 83713. Due to the large number of Debtors in these jointly administered cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the

payments of fees as requested in the Applications (or any subsequently filed fee applications) shall be paid or satisfied from the chapter 11 assessments collected pursuant to all orders authorizing the use of cash collateral in these cases or otherwise from the collateral (including the proceeds, products, offspring or profits of such collateral as provided in section 552(b) of the Bankruptcy Code) of the Objecting Parties absent further order of the Court. All rights of (i) the Objecting Parties to pursue the Objections and (ii) the Debtors to seek payment of fees and to contest such objections are hereby expressly reserved.

Dated: Wilmington, Delaware
January 29, 2009

FOLEY & LARDNER LLP
Michael P. Richman
111 Huntington Avenue
Boston, MA 02199
Telephone: (671) 342-4000
Facsimile: (617) 342-4001

- and -

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Attorneys for the Debtors and Debtors in Possession*

Debtors' noticing and claims agent at www.kccllc.net/dbsi, or by contacting the proposed undersigned counsel for the Debtors.