UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DBSI, INC., *et al.*,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 08-12687 (PJW)<br><br>Jointly Administered<br><br>Hearing Date: May 13, 2009 at 9:30 a.m. (ET)<br>Objection Deadline: April 1, 2009 at 4:00 p.m. (ET) |

**FIRST INTERIM QUARTERLY FEE
REQUESTS OF THE DEBTORS' PROFESSIONALS**

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; (III) COUNSEL TO THE DEBTORS' POST-PETITION LENDERS; AND (IV) THOSE PARTIES ENTITLED TO NOTICE PURSUANT TO BANKRUPTCY RULE 2002, IN ACCORDANCE WITH LOCAL RULE 2002-1(b).

        Pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 105(a) and 331 of the Bankruptcy Code [Docket No. 376] (the "Interim Compensation Order"), the professionals retained by the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby apply for interim quarterly allowance of compensation and reimbursement of expenses (the "Fee Request") for all interim applications filed during the previous quarterly period covering the period from November 10, 2008 through and including January 31, 2009. Summaries of the fees and expenses subject to this Fee Request are summarized in the attachments hereto.

---

[1] The last four digits of DBSI Inc.'s federal tax identification number are 5037. The mailing address for DBSI Inc. is 12426 West Explorer Drive, Suite 220, Boise, Idaho 83713. Due to the large number of Debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed noticing and claims agent at www.kccllc.net/dbsi, or by contacting the proposed undersigned counsel for the Debtors.

PLEASE TAKE NOTICE that pursuant to the Interim Compensation Order, the Debtors were authorized to pay on an interim basis 80% of the amount of compensation requested and 100% of the amount requested for reimbursement for expenses without further order from the Court upon the expiration of a 15-day objection period.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Fee Request are to be filed and served on the affected professional and the parties set forth in the Interim Compensation Order on or before **April 1, 2009 at 4:00 p.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Fee Request will be held before the Honorable Peter J. Walsh in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801, on **May 13, 2009 at 9:30 a.m. (ET)**.

Dated: Wilmington, Delaware
March 17, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Michael R. Nestor
James L. Patton, Jr. (No. 2202)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Robert F. Poppiti, Jr. (No. 5052)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6758
Facsimile: (302) 571-1253

*Attorneys for the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DBSI, INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 08-12687 (PJW)<br><br>Jointly Administered<br><br>Hearing Date: May 13, 2009 at 9:30 a.m. (ET)<br>Objection Deadline: April 1, 2009 at 4:00 p.m. (ET) |

## FIRST INTERIM FEE REQUEST
## OF YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of November 10, 2008 |
| Period for which compensation and reimbursement is sought: | November 10, 2008 through January 31, 2009 |

| Fee Application Filing Date Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date Docket No. | Amount of Fees Permitted to be Paid Per Interim Compensation Procedures (80%) | Amount of Expenses Permitted to be Paid Per Interim Compensation Procedures (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|
| 12/23/08 #807 | $525,690.00 | $43,811.70 | Objections filed | $420,552.00 | $43,811.70 | $105,138.00 |
| 01/27/09 #1483 | $634,838.00 | $128,028.36 | Objections filed | $507,870.40 | $128,028.36 | $126,967.60 |
| 02/18/09 #1824 | $596,148.50 | $87,457.35 | Objections filed | $476,918.80 | $87,457.35 | $1191,229.70 |
| Total | $1,756,676.50 | $259,297.41 | | $1,405,341.20 | $259,297.41 | $1,423,335.30 |

---

[1] The last four digits of DBSI Inc.'s federal tax identification number are 5037. The mailing address for DBSI Inc. is 12426 West Explorer Drive, Suite 220, Boise, Idaho 83713. Due to the large number of Debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed noticing and claims agent at http://www.kccllc.net/dbsi, or by contacting the proposed undersigned counsel for the Debtors.

DB02:7946776.1                                                                                   067799.1001

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DBSI, INC., *et al.*,[1]<br><br>                       Debtors. | Chapter 11<br><br>Case No. 08-12687 (PJW)<br><br>Jointly Administered<br><br>Hearing Date: May 13, 2009 at 9:30 a.m. (ET)<br>Objection Deadline: April 1, 2009 at 4:00 p.m. (ET) |

# FIRST INTERIM FEE REQUEST
# OF FOLEY & LARDNER LLP

| | |
|---|---|
| Name of Applicant: | Foley & Lardner LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of November 10, 2008 |
| Period for which compensation and reimbursement is sought: | November 10, 2008 through January 31, 2009 |

| Fee Application Filing Date Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date Docket No. | Amount of Fees Permitted to be Paid Per Interim Compensation Procedures (80%) | Amount of Expenses Permitted to be Paid Per Interim Compensation Procedures (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|
| 12/23/08 #806 | $305,954.50 | $4,754.86 | Objections filed | $244,763.60 | $4,754.86 | $61,190.90 |
| 01/09/09 #1088 | $314,858.25 | $7,464.56 | Objections filed | $251,886.60 | $7,464.56 | $62,971.65 |
| 03/17/09 #2615 | $172,204.50 | $3,285.46 | Obj. Dln. 04/01/09 | $137,763.60 | $3,285.46 | $34,440.90 |
| **Total** | **$793,017.25** | **$15,504.88** | | **$634,413.80** | **$15,504.88** | **$158,603.45** |

---

[1] The last four digits of DBSI Inc.'s federal tax identification number are 5037. The mailing address for DBSI Inc. is 12426 West Explorer Drive, Suite 220, Boise, Idaho 83713. Due to the large number of Debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed noticing and claims agent at www.kccllc.net/dbsi, or by contacting the proposed undersigned counsel for the Debtors.