# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

March 19, 2009

Michael R. Nestor
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**Re: DBSI, Inc., et al.**
**Case No. 08-12687**

Dear Mr. Nestor:

As a follow-up to an item covered in yesterday's hearing, I contacted Linda K. Cooper of the Stuart Maue firm regarding their availability to act as the fee examiner. Enclosed is a copy of a fax received from Ms. Cooper by which she furnished to me an affidavit and an order entered in the Tribune Company case (Case No. 08-13141(KJC)). Please communicate with Ms. Cooper to arrange for the filing of an appropriate affidavit in the DBSI case together with a proposed form of order.

If you have any problems that cannot be resolved with Ms. Cooper, please contact me immediately so that we can effect the fee examiner appointment as soon as possible.

Very truly yours,

Peter J. Walsh

PJW:ipm

Enc.

cc: Donald J. Detweiler
    Richard L. Schepacarter, Assistant U.S. Trustee
    Linda K. Cooper (w/o enclosure)