IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DBSI, INC., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 08-12687 (PJW)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 806, 807, 1026, 1036, 1037, 1043, 1044, 1046, 1088, 1444, 1454, 1456, 1483, 1601, 1608, 1696, 1698, 1824, 1859, 1861, 1869, 1873, 1875, 1876, 2211, 2221, 2224, 2238, 2398, 2493, 2495, 2499, 2500, 2615, 2616, 2826, 2827, 2896, 2897, 2898, 3037, 3139, 3199, 3200, 3247, 3248, 3297, 3300, and 3303 |

**CERTIFICATION OF COUNSEL REGARDING FEE APPLICATIONS OF
YOUNG CONAWAY STARGATT AND TAYLOR, LLP AS COUNSEL FOR
THE DEBTORS AND DEBTORS-IN-POSSESSION; FOLEY & LARDNER, LLP
AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION;
GREENBERG TRAURIG, LLP AS COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS; AND FTI CONSULTING, INC. AS FINANCIAL
ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), as counsel to the above-captioned debtors and debtors-in-possession (the "Debtors"), and Foley & Lardner, LLP ("Foley"), as special counsel to the Debtors, have filed the following fee applications on account of services rendered to the Debtors, together with reimbursement for actual and necessary expenses incurred in connection with those services (the "Young Conaway and Foley Applications"):

| Docket No. | Application | Date Filed |
|---|---|---|
| 806 | First Monthly Fee Application of Foley & Lardner LLP as Special Counsel for the Debtors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from | 12/23/2008 |

---

[1] The last four digits of DBSI Inc.'s federal tax identification number are 5037. The mailing address for DBSI Inc. is 12426 West Explorer Drive, Suite 220, Boise, Idaho 83713. Due to the large number of Debtors in these jointly administered cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.kccllc.net/dbsi, or by contacting the undersigned counsel for the Debtors.

| | November 10, 2008 through November 30, 2008 | |
|---|---|---|
| 807 | First Monthly Application of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period November 10, 2008 through November 30, 2008 | 12/23/08 |
| 1088 | Second Monthly Fee Application of Foley & Lardner LLP as Special Counsel for the Debtors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from December 1, 2008 through December 31, 2008 | 1/9/09 |
| 1483 | Second Monthly Application of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period December 1, 2008 through December 31, 2008 | 1/21/09 |
| 1824 | Third Monthly Application of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2009 through January 31, 2009 | 2/17/09 |
| 2615 | Third Monthly Fee Application of Foley & Lardner LLP as Special Counsel for the Debtors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from January 1, 2009 through January 31, 2009 | 3/17/09 |
| 2616 | First Interim Fee Request of Young Conaway Stargatt & Taylor, LLP | 3/17/09 |

Greenberg Traurig, LLP ("Greenberg"), as counsel to the Official Committee of Unsecured Creditors (the "Committee"), and FTI Consulting, Inc. ("FTI"), as financial advisor to the Committee, have filed the following fee applications on account of services rendered to the Committee, together with reimbursement for actual and necessary expenses incurred in connection with those services (the "Greenberg and FTI Applications, and together with the Young Conaway and Foley Applications, the "Applications"):

| Docket No. | Application | Date Filed |
|---|---|---|
| 1601 | First Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Incurred for the Period November 24, 2008 through December 31, 2008 | 2/2/09 |

| 1859 | First Monthly Application of Greenberg Traurig, LLP for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from November 21, 2008 to and including November 30, 2008 | 2/20/09 |
| 1861 | Second Monthly Application of Greenberg Traurig, LLP for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from December 1, 2008 to and including December 31, 2008 | 2/20/09 |
| 2398 | Second Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2009 through January 31, 2009 | 3/9/09 |
| 2826 | Third Monthly Application of Greenberg Traurig, LLP for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from January 1, 2009 to and including January 31, 2009 | 3/23/09 |
| 2827 | First Interim Application of Greenberg Traurig, LLP for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from November 21, 2008 to and including January 31, 2009 | 3/23/09 |
| 2897 | First Interim Application of FTI Consulting, Inc., for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period November 24, 2008 to and including January 31, 2009 | 3/24/09 |

The following objections (the "Objections") to the Applications have been filed:

| Docket No. | Objection | Date Filed |
| --- | --- | --- |
| 1026 | Objection of Dexia Real Estate Capital Markets to (i) First Monthly Fee Application of Foley & Lardner LLP as Special Counsel for the Debtors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from November 10, 2008 through November 30, 2008 [docket no. 806] and (ii) First Monthly Application of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of November 10, 2008 through November 30, 2008 [docket no. 807] | 1/6/09 |
| 1036 | Objection of the Lenders to the Fee Application of Foley & Lardner LLP | 1/7/09 |
| 1037 | Objection of the Lenders to the Fee Application of Young Conaway Stargatt & Taylor, LLP | 1/7/09 |
| 1043 | Limited Objection of the Special Servicers to First Monthly Application of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors and Debtors'-in-Possession for Allowance of | 1/7/09 |

|  | Compensation and Reimbursement of Expenses for the Period November 10, 2008 through November 30, 2008 |  |
|---|---|---|
| 1044 | Limited Objection of the Special Servicers to First Monthly Application of Foley & Lardner LLP, Special Counsel for the Debtors, for Compensation and Reimbursement of Expenses for the Period November 10, 2008 through November 30, 2008 | 1/7/09 |
| 1046 | Omnffius Objection of M&I to Professionals' Fee Applications [Docket Nos. 806 and 807) | 1/7/09 |
| 1444 | Objection of the Lenders to the Fee Application of Foley & Lardner LLP | 1/26/09 |
| 1454 | Objection of M&I Marshall & Ilsley Bank to the Second Monthly Fee Application of Foley & Lardner LLP as Special Counsel for the Debtors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from December 1, 2008 through December 31, 2008 [Docket No. 1088] | 1/26/09 |
| 1456 | Joinder by Wells Fargo Bank, N.A. and ING Clarion Capital Loan Services, LLC to Objection of the Lenders to the Fee Application of Foley & Lardner LLP [Docket No. 1444] | 1/26/09 |
| 1608 | Objection of the Lenders to the Fee Application of Young Conaway Stargatt & Taylor, LLP | 2/2/09 |
| 1696 | Second Omnibus Objection of M&I to Professionals' Fee Applications | 2/5/09 |
| 1698 | Joinder by Wells Fargo Bank, N.A. and ING Clarion Capital Loan Services, LLC to Objection of the Lenders [Docket No. 1608] to the Second Monthly Application of Young Conway Stargatt & Taylor, LLP [Docket No. 1483] | 2/5/09 |
| 1869 | Objection of the Lenders to the Fee Application of FTI Consulting | 2/23/09 |
| 1873 | Joinder by Wells Fargo Bank, N.A. and ING Clarion Capital Loan Services, LLC to Objection of the Lenders [Docket No. 1869] to the First Monthly Application of FTI Consulting [Docket No. 1601] | 2/23/09 |
| 1875 | Limited Objection of the Special Servicers to First Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period November 24, 2008 through December 31, 2008 | 2/23/09 |
| 1876 | Objection of Dexia Real Estate Capital Markets to First Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period November 24, 2008 through December 31, 2008 [Docket No. 1602] | 2/23/09 |
| 2211 | Objection of the Lenders to the Fee Application of Young Conaway Stargatt & Taylor, LLP | 3/4/09 |
| 2221 | Objection of Dexia Real Estate Capital Markets to Third Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, | 3/4/09 |

| | Counsel for the Debtors, for Compensation and Reimbursement of Expenses for the Period January 1, 2009 through January 31, 2009 [Docket No. 1824] | |
|---|---|---|
| 2224 | Objection of TIC Owner for Metro 13 and Metro 16 to Payment of Third Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP and all Future Fee Applications of Debtors' Professionals Until it is Determined that the Debtors are Administratively Solvent | 3/4/09 |
| 2238 | Joinder by Wells Fargo Bank, N.A. and ING Clarion Capital Loan Services, LLC to Objection of the Lenders [Docket No. 2211] to the Third Monthly Application of Young Conaway Stargatt & Taylor, LLP [Docket No. 1824] | 3/4/09 |
| 2493 | Omnibus Objection of the Lenders to the Fee Applications of Greenberg Traurig, LLP | 3/12/09 |
| 2499 | Objection of Wells Fargo Bank, N.A. and ING Clarion Capital Loan Services, LLC to First and Second Monthly Applications of Greenberg Traurig, LLP for Compensation and Reimbursement of Expenses | 3/12/09 |
| 2500 | Objection of Dexia Real Estate Capital Markets to First and Second Monthly Fee Applications of Greenberg Traurig, LLP, Counsel for the Committee, for Compensation and Reimbursement of Expenses for the Period November 21, 2008 through December 31, 2008 [Docket Nos. 1859 & 1861] | 3/12/09 |
| 2896 | Objection of Dexia Real Estate Capital Markets to Second Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period January 1, 2009 through January 31, 2009 [re: Docket No. 2398] | 3/24/09 |
| 2898 | Joinder by Wells Fargo Bank, N.A. and ING Clarion Capital Loan Services, LLC to Objection of the Lenders [Docket No. 2896] to the Second Monthly Fee Application of FTI Consulting, Inc. [Docket No. 2398] | 3/24/09 |
| 3199 | Objection of the Lenders to the Fee Application of Foley & Lardner LLP | 4/1/09 |
| 3200 | Objection of the Lenders to the First Interim Quarterly Fee Application of the Debtors' Professionals | 4/1/09 |
| 3247 | Omnibus Objection of the Lenders to the Fee Applications of Greenberg Traurig, LLP | 4/7/09 |
| 3248 | Objection of the Lenders to the Fee Application of Young Conaway Stargatt & Taylor, LLP | 4/7/09 |

| 3297 | Objection of Bank of America, National Association, Successor by Merger to LaSalle Bank National Association, as Trustee for the Registered Holders of GMAC Commercial Mortgage Securities Inc., Commercial Mortgage Pass-Through Certificates Series 2005-C1 to (i) the First Interim Application of Greenberg Traurig, LLP for Compensation and Reimbursement of Expenses, and (ii) the First Interim Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses | 4/13/09 |
|---|---|---|
| 3300 | Objection of Bank of America, National Association, Successor by Merger to LaSalle Bank National Association, as Trustee for the Holders of Bear Stearns Commercial Mortgage Securities Inc., Commercial Mortgage Pass-Through Certificates Series 2006-PWR13 to (i) the First Interim Application of Greenberg Traurig, LLP for Compensation and Reimbursement of Expenses, and (ii) the First Interim Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses | 4/13/09 |
| 3303 | Objection of LaSalle Bank National Association, as Trustee for the Registered Holders of GMAC Commercial Mortgage Securities Inc., Commercial Mortgage Pass-Through Certificates Series 2005-C1 to (i) the First Interim Application of Greenberg Traurig, LLP for Compensation and Reimbursement of Expenses, and (ii) the First Interim Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses | 4/13/09 |

Pursuant to various orders pertaining to the Debtors' use of cash collateral (the "Cash Collateral Orders") [Docket Nos. 54, 157, 294, 516, 518, 519, 677, 993, 1005, and 1016] the Court approved the Debtors' imposition of a monthly charge for each property owned by tenants-in-common and managed either directly or indirectly by a Debtor or Debtor-related entity ("TIC Property") in the amount o $5,000 for November and $7,500 for each month thereafter (the "Chapter 11 Cost Apportionment") to January 31 2009, to fund the Debtors' continued maintenance and management of the TIC Properties.

On March 31, 2009 the Court entered its *Order Pursuant to Sections 105, 363 and 364 of the Bankruptcy Code Authorizing and Approving Protocol for Allocation of Costs of Chapter 11 Cases* [Docket No. 3139] (the "Protocol Order") approving a protocol advanced by the Debtors for allocating the cost of the bankruptcy cases and estates and utilization of Chapter

DB02:8064336.1                                                           067799.1001

11 Apportionment Cost. In addition, the Debtors resolved issues raised by several parties (the "Resolutions"), which Resolutions were set forth on the record at the hearing to consider the Protocol Order. To the extent that the Objections assert that the Chapter 11 Cost Apportionment cannot be used by the Debtors, such issues have been resolved by the Protocol Order and the Resolutions, and the Debtors represent that they will comply with the same.

Dated: Wilmington, Delaware
April 17, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Kevin P. Garland (No. 5171)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Attorneys for the Debtors and Debtors in Possession*