**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| DBSI, INC., et al., | ) |
| | ) Case No. 08-12687 (PJW) |
| | ) |
| Debtors. | ) Jointly Administered |

## ORDER

For the reasons set forth in the Court's memorandum opinion of this date, the Court denies The Plaza at Ridgmar Trust's motion (Doc. # 1532) seeking relief from the automatic stay, the Court denies a portion of the administrative claims, and the Court requests the parties to provide additional information as to the remaining administrative claims either in the form of an agreed statement of facts or at an evidentiary hearing.

Peter J. Walsh
United States Bankruptcy Judge

Dated: July 7, 2009