UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DBSI, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-12687 (PJW)<br><br>Jointly Administered |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 4179

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Fourth Monthly Application of Foley & Lardner LLP, Special Counsel for the Debtors and Debtors-In-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period February 1, 2009 through February 28, 2009** (the "Application") has been received. The undersigned further certifies that a review of the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than 4:00 p.m. on August 20, 2009.

Pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 105(a) and 331 of the Bankruptcy Code [Docket No. 376], the Debtors are now authorized to pay 80% ($126,529.60) of requested interim fees ($158,162.00) and 100% of requested interim expenses ($541.46) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       August 25, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Michael R. Nestor
James L. Patton, Jr. (No. 2202)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Kenneth J. Enos (No. 4544)
Robert F. Poppiti, Jr. (No. 5052)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6758
Facsimile: (302) 571-1253

*Attorneys for the Debtors and Debtors in Possession*

---

[1] The last four digits of DBSI Inc.'s federal tax identification number are 5037. The mailing address for DBSI Inc. is 12426 West Explorer Drive, Suite 220, Boise, Idaho 83713. Due to the large number of Debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.kccllc.net/dbsi, or by contacting the undersigned counsel for the Debtors.