# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DBSI, INC., *et al.*,[1] | ) | Case No. 08-12687 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Ref. Docket Nos. 806, 1088, 2615, |
| | ) | 4179, 4180, 4181, 4182, 4184 |

## NOTICE OF SUPPLEMENT TO MONTHLY FEE APPLICATIONS

TO: FEE APPLICATION NOTICE PARTIES

The **Fifth through Eighth Monthly Applications of Foley & Lardner LLP, Special Counsel for the Debtors, for Compensation and Reimbursement of Expenses for the Periods of February 1, 2009 through June 30, 2009** (the "Applications") were filed with the United States Bankruptcy Court for the District of Delaware on August 5, 2009. The Applications did not include a summary chart of prior applications and this chart is attached hereto.

Dated: Wilmington, Delaware
       August 25, 2009

Stephen I. Burr
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 342-4000
Fax: (617) 342-4001

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Joseph M. Barry
James L. Patton, Jr. (No. 2202)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Robert F. Poppiti, Jr. (No. 5052)

---

[1] The last four digits of DBSI Inc.'s federal tax identification number are 5037. The mailing address for DBSI Inc. is 12426 West Explorer Drive, Suite 220, Boise, Idaho 83713. Due to the large number of Debtors in these jointly administered cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.kccllc.net/dbsi, or by contacting the undersigned counsel for the Debtors.

The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Attorneys for the Debtors and Debtors in Possession*

If this is not the first application filed, disclose the following for each prior application:

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed / Docket No. | Period Covered | Fees | Expenses | 80 % Fees | 100% Expenses |
| 12/23/08 #806 | 11/10/08-11/30/08 | $305,954.50 | $4,754.86 | $244,763.60 | $4,754.86 |
| 1/9/09 #1088 | 12/1/08-12/31/08 | $314,858.25 | $7,464.56 | $251,886.60 | $7,464.56 |
| 3/17/09 #2615 | 1/1/09-1/31/09 | $172,204.50 | $3,285.46 | $137,763.60 | $3,285.46 |
| 8/5/09 #4179 | 2/1/09-2/28/09 | $158,162.00 | $541.46 | Pending | Pending |
| 8/5/09 #4180 | 3/1/09-3/31/09 | $171,247.50 | $1,795.41 | Pending | Pending |
| 8/5/09 #4181 | 4/1/09-4/30/09 | $443,802.00 | $13,844.17 | Pending | Pending |
| 8/5/09 #4182 | 5/1/09-5/31/09 | $113,321.50 | $146.89 | Pending | Pending |
| 8/5/09 #4184 | 6/1/09-6/30/09 | $76,216.50 | $119.82 | Pending | Pending |

Dated: Wilmington, Delaware
August 25, 2009

Stephen I. Burr
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 342-4000
Fax: (617) 342-4001

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Joseph M. Barry
James L. Patton, Jr. (No. 2202)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Robert F. Poppiti, Jr. (No. 5052)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Attorneys for the Debtors and Debtors in Possession*