UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DBSI, INC., *et al.*,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 08-12687 (PJW)<br><br>Jointly Administered<br><br>**Hearing Date: TBD**<br>**Objection Deadline: October 5, 2009 at 4:00 p.m. (ET)** |

# AMENDED[2] SECOND INTERIM QUARTERLY FEE REQUESTS OF THE DEBTORS' PROFESSIONAL

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; (III) COUNSEL TO THE DEBTORS' POST-PETITION LENDERS; AND (IV) THOSE PARTIES ENTITLED TO NOTICE PURSUANT TO BANKRUPTCY RULE 2002, IN ACCORDANCE WITH LOCAL RULE 2002-1(b).

        Pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 105(a) and 331 of the Bankruptcy Code [Docket No. 376] (the "Interim Compensation Order"), the professionals retained by the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby apply for interim quarterly allowance of compensation and reimbursement of expenses (the "Fee Request") for all interim applications filed during the previous quarterly period covering the period from February 1, 2009 through and including April 30, 2009. Summaries of the fees and expenses subject to this Fee Request are summarized in the attachments hereto. In addition, updated miscellaneous category descriptions for this quarterly period are also attached hereto.

---

[1] The last four digits of DBSI Inc.'s federal tax identification number are 5037. The mailing address for DBSI Inc. is 12426 West Explorer Drive, Suite 220, Boise, Idaho 83713. Due to the large number of Debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.kccllc.net/dbsi, or by contacting the undersigned counsel for the Debtors.

[2] The only change from the originally filed application (docket no. 4418) is that there was a typo regarding the objection deadline.

ORLA_1415771.1

PLEASE TAKE NOTICE that pursuant to the Interim Compensation Order, the Debtors were authorized to pay on an interim basis 80% of the amount of compensation requested and 100% of the amount requested for reimbursement for expenses without further order from the Court upon the expiration of a 15-day objection period.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Fee Request are to be filed and served on the affected professional and the parties set forth in the Interim Compensation Order on or before **October 5, 2009 at 4:00 p.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Fee Request will be held before the Honorable Peter J. Walsh in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801, will be scheduled at a date and time to be determined.

Dated: September 23, 2009

Stephen I. Burr
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 342-4000
Fax: (617) 342-4001

-and-

/s/ Joseph M. Barry
YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Robert F. Poppiti, Jr. (No. 5052)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DBSI, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-12687 (PJW)<br><br>Jointly Administered<br><br>**Hearing Date: TBD**<br>**Objection Deadline: October 5, 2009 at 4:00 p.m. (ET))** |

# AMENDED[2] SECOND INTERIM FEE REQUEST
# OF FOLEY & LARDNER LLP

| | |
|---|---|
| Name of Applicant: | Foley & Lardner LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Court approved retention on the record at December 17, 2008 hearing |
| Period for which compensation and reimbursement is sought: | February 1, 2009 through April 30, 2009 |

| Fee Application Filing Date Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date Docket No. | Amount of Fees Permitted to be Paid Per Interim Compensation Procedures (80%) | Amount of Expenses Permitted to be Paid Per Interim Compensation Procedures (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|
| 8/5/09<br>4179 | $158,162.00 | $541.46 | 8/25/09<br>4283 | $126,529.60 | $541.46 | $31,632.40 |
| 8/5/09<br>4180 | $171,247.50 | $1,795.41 | 8/25/09<br>4284 | $136,998.00 | $1,795.41 | $34,249.50 |
| 8/5/09<br>4181 | $443,802.00 | $13,844.17 | Pending | $355,041.60 | $13,844.17 | $88,760.40 |
| **Totals** | **$773,211.50** | **$16,181.04** | | **$618,569.20** | **$16,181.04** | **$154,642.30** |

---

[1] The last four digits of DBSI Inc.'s federal tax identification number are 5037. The mailing address for DBSI Inc. is 12426 West Explorer Drive, Suite 220, Boise, Idaho 83713. Due to the large number of Debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.kccllc.net/dbsi, or by contacting the undersigned counsel for the Debtors.

[2] The only change from the originally filed application (docket no. 4418) is that there was a typo regarding the objection deadline.

ORLA_1415771.1

# **MISCELLANEOUS PROJECT TASK CODE CATEGORY DESCRIPTIONS**

Miscellaneous Category 1:
TIC Issues – (A) During the period November 2008 through January 2009, this work involved, but was not limited to, the preparation of a form of amended master lease for the 245 DBSI originated tenant in common offerings, circulating that form to counsel for the 4,500 investors in these offerings, responding to comments and questions from those counsel and coordinating the necessary steps for approval with bankruptcy counsel. (B) During the period February 2009-April 2009 this work also involved, but was not limited to, resolution and release of DBSI interests in TIC properties to allow TIC investors to assume control of their property, as well as transition issues relating to asset managers and property managers. It also involved responding to a wide variety of investor, lender, creditors' committee, U.S. Trustee and Judicial concerns about the status of operating accounts, bank reserves and "accountable reserves."

Miscellaneous Category 2:
Securities Issues – (A) During the period November 2008 through January 2009, this work involved, but was not limited to, the defaults by DBSI with respect to the master leases in the tenant in common offerings and other investment products led to inquiries from State and federal securities regulators. This work related primarily to responding to those inquiries. (B) During the period February 2009-April 2009 this work also involved, but was not limited to, advice concerning pending lawsuits brought by the Idaho Department of Finance and a class of investors, including responding to discovery requests, as well as legal research in response to Court inquiries, regulatory investigations and threatened claims relating to "accountable reserves."

Miscellaneous Category 3:
Prepetition Financing Issues – (A) During the period November 2008 through January 2009, this work involved, but was not limited to, third party debt on the underlying property where DBSI was the master lessee and also the guarantor of the debt. The approval of each of these lenders is required to implement the approval of the master lease amendment. This work related to providing the amended master lease to such lenders or their servicers, explaining the impact of the amendment on their rights to the collateral and responding to their questions or comments. DBSI also had a direct borrowing relationship with two financial institutions; M&I Bank and Dexia, where issues of the use of money in operating accounts have arisen. This work also involves determining rights to loan reserves. Finally, DBSI owns some 100 real estate assets not included in the tenant in common offerings, many of which involve prepetition debt where a DBSI entity is a direct borrower. Foley had to review the terms and status of that debt, particularly where the loans involve a continuing funding obligation for development work. (B) During the period February 2009-April 2009 this work also involved, but was not limited to, providing information to investors as to third party debt secured by their assets, and working with investors to remove DBSI from debt guarantees or other contingent liabilities.

Miscellaneous Category 4:
Non-TIC Issues – A) During the period November 2008 through January 2009 this work involved, but was not limited to, DBSI issued approximately 10 unsecured note offerings to some 2,500 individual investors, where the proceeds were lent to other DBSI entities which owned either leveraged real estate or early stage technology companies. Foley's services related to assessing the status of these assets and working with bankruptcy counsel on possible approaches to an orderly disposition of these assets. (B) During the period February 2009-April 2009 this work also involved, but was not limited to, internal investigations on behalf of DBSI's board of directors as to intra-company debt between debtor and non-debtor entities.