# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
|     DBSI, INC., et al.[1], | Case No.   08-12687 (PJW) |
|                      Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 4418 and 4424** |

## LIMITED PRELIMINARY OBJECTION & RESERVATION OF RIGHTS WITH RESPECT TO THE ALLOWANCE AND PAYMENT OF FOLEY & LARDNER INTERIM FEE APPLICATIONS

James R. Zazzali, as trustee for the debtors (the "Debtors") in the above-captioned chapter 11 cases, by and through his undersigned counsel, hereby submits this limited preliminary objection and reservation of rights with respect to certain Foley & Lardner monthly and interim fee applications, and respectfully states:

      1.      Beginning on November 10, 2008, the Debtors filed voluntary petitions for relief under 11 U.S.C. §§ 101, et seq., in the United States Bankruptcy Court for the District of Delaware (the "Court").

      2.      By Order dated December 2, 2008 ("Administrative Fee Order") [Docket No. 376], the Court approved procedures for the allowance of interim compensation and reimbursement of expenses of professionals. The Administrative Fee Order governs the filing of Monthly Fee Statements and Interim Fee Applications and the filing of objections thereto.

---

[1] The last four digits of DBSI Inc.'s federal tax identification number are 5037. The mailing address for DBSI Inc. is 12426 West Explorer Drive, Suite 220, Boise, Idaho 83713. Due to the large number of Debtors in these jointly administered cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.kccllc.net/dbsi, or by contacting the proposed counsel for the Chapter 11 Trustee at rfitzgerald@gibbonslaw.com

3. By Order dated August 5, 2009 ("August 5 Order") [Docket No. 4186], the Court placed certain limitations on the payment of professionals in the case.

4. By Notice of Appointment dated August 31, 2009 [Docket No. 4327], the United States Trustee for Region Three appointed James R. Zazzali the chapter 11 trustee in this case.

5. On September 8, 2009, the Trustee filed his Reservation of Rights of the Chapter 11 Trustee with Respect to the Allowance and Payment of Certain Monthly and Interim Fee Applications [Docket No. 4365] (the "Trustee's Reservation"), addressing Banducci Woodward Schwartzman, PLLC's second monthly application for allowance of compensation and reimbursement of expenses as counsel for the Debtors in the ordinary course of business and other applications for payment of professional fees then pending or thereafter filed.

6. In the Trustee's Reservation, counsel to the Trustee stated that

> Given his recent appointment, the Trustee has not yet had the opportunity to review the BWS Fee Application or any others that are pending. Moreover, the Trustee has not yet had an opportunity to review the Debtors' cash flow to determine whether the Debtors have the present ability to pay the compensation and expenses sought in the BWS Fee Application and any other pending fee application. Therefore, pending further order of the Court, the Trustee reserves all rights regarding the allowance and payment of the amounts requested in the BWS Fee Application and any other pending or hereafter filed applications for professional fees

7. On September 23, 2009, Foley & Lardner filed its Second Interim Quarterly Fee Request [Docket No. 4418] and its Amended Second Interim Quarterly Fee Request [Docket No. 4424] (the "Second Quarterly Interim Applications"). By consent of the parties, the hearing date on the Second Quarterly Interim Applications was adjourned to October 28, 2009 and the date for objections was adjourned to October 23, 2009.

8. In the course of taking control of the Debtors' affairs, the Trustee has reached agreement with Foley & Lardner and received assurances from Foley & Lardner that a

#1448051 v1
109401-67166

substantial number of documents will be produced to counsel to the Trustee relating to Foley & Lardner's representation of the Debtors prior to the appointment of the Trustee and prior to the commencement of the Chapter 11 cases.

9. It is expected that the documents Foley & Lardner has undertaken to produce will be relevant to the determination of the Second Quarterly Interim Applications and review of them will enable the Trustee to formulate a position on the Second Quarterly Interim Applications.

10. As of this date, Foley & Lardner has not produced the documents pursuant to its agreement with the Trustee.

11. On October 19, 2009, the Court Appointed Examiner, Joshua Hochberg, Esq., issued his final report (the "Examiner's Final Report") on the affairs of the Debtors.

12. Information provided in the Examiner's Final Report likely will be relevant to the Second Quarterly Interim Applications.

13. The Trustee and his counsel are currently reviewing the extensive and highly detailed Examiner's Final Report, but this review is not complete.

14. Notwithstanding the intervening period of 48 days since the Trustee's Reservation was filed during which the Trustee has been investigating the Debtors' affairs, this investigation is not complete and will take more time given the extremely complex nature of the Debtors' corporate structure and transactions and the disarray in which the Trustee has found corporate records.

15. Therefore, pending further order of the Court, and without limitation of the Trustee's Reservation previously made but instead expressly as a supplement thereto, the Trustee

#1448051 v1
109401-67166

hereby reserves all rights regarding the allowance and payment of the amounts requested in the Second Quarterly Interim Applications.

16. Subject to the foregoing reservation, the Trustee hereby makes this preliminary limited objection to the Second Quarterly Interim Applications on the grounds that the consideration and allowance of such Applications is premature in light of the fact that (i) Foley & Lardner has not yet produced documents per its agreement with the Trustee, (ii) the Examiner's Final Report has just recently been issued and analysis of the Final Report for information bearing on the Second Quarterly Interim Applications has not been completed, and (iii) the Trustee has not completed his analysis of the affairs of the Debtors as necessary to formulate a position regarding the Second Quarterly Interim Applications.

#1448051 v1
109401-67166

WHEREFORE, the Trustee respectfully requests that the Second Quarterly Interim Applications be denied without prejudice or, in the alternative, that the Court reserve judgment on them until such time as the Trustee can make a plenary objection or determine that he has no objection.

Dated: October 23, 2009

Respectfully submitted,

**GIBBONS P. C.**

By: s/ William R. Firth, III
William R. Firth, III, Esq. (Bar No. 4356)
1000 N. West Street, Suite 1200
Wilmington, DE 19801-1058
Telephone: (302) 295-4875
Facsimile: (302) 295-4876
E-mail: wfirth@gibbonslaw.com

-and-

E. Evans Wohlforth (admitted *pro hac vice*)
One Gateway Center
Newark, NJ 07102-5310
Telephone: (973) 596-4500
Facsimile: (973 596-0545
E-mail: ewohlforth@gibbonslaw.com

*Proposed Counsel to James R. Zazzali,
Chapter 11 Trustee*

#1448051 v1
109401-67166