**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DBSI, INC., et al.[1], | Case No. 08-12687 (PJW) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 4913, 4914, 4915, 4916** |

**OBJECTION & RESERVATION OF RIGHTS WITH RESPECT TO THE
ALLOWANCE AND PAYMENT OF FOLEY & LARDNER MONTHLY
FEE APPLICATIONS**

James R. Zazzali, as Chapter 11 trustee (the "Trustee") for the debtors (the "Debtors") in the above-captioned chapter 11 cases, by and through his undersigned counsel, hereby submits this objection and reservation of rights with respect to Foley & Lardner's Ninth, Tenth, Eleventh, and Twelfth Monthly Fee Applications [Docket Nos. 4913, 4914, 4915, and 4916], and respectfully states:

1. Beginning on November 6, 2008, the Debtors filed voluntary petitions for relief under 11 U.S.C. §§ 101, et seq., in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. By Order dated December 2, 2008 ("Administrative Fee Order") [Docket No. 376], the Court approved procedures for the allowance of interim compensation and reimbursement of expenses of professionals. The Administrative Fee Order governs the filing of Monthly Fee Statements and Interim Fee Applications and the filing of objections thereto.

---

[1] The last four digits of DBSI Inc.'s federal tax identification number are 5037. The mailing address for DBSI Inc. is 12426 West Explorer Drive, Suite 220, Boise, Idaho 83713. Due to the large number of Debtors in these jointly administered cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be by contacting counsel for the Chapter 11 Trustee at rfitzgerald@gibbonslaw.com.

3. By Order dated August 5, 2009 ("August 5 Order") [Docket No. 4186], the Court placed certain limitations on the payment of professionals in the case.

4. By Notice of Appointment dated August 31, 2009 [Docket No. 4327], the United States Trustee for Region Three appointed James R. Zazzali the Chapter 11 trustee in this case.

5. On September 8, 2009, the Trustee filed the Reservation of Rights of the Chapter 11 Trustee with Respect to the Allowance and Payment of Certain Monthly and Interim Fee Applications [Docket No. 4365] (the "Trustee's Reservation"), addressing Banducci Woodward Schwartzman, PLLC's second monthly application for allowance of compensation and reimbursement of expenses as counsel for the Debtors in the ordinary course of business and other applications for payment of professional fees then pending or thereafter filed.

6. In the Trustee's Reservation, counsel to the Trustee stated that

> Given his recent appointment, the Trustee has not yet had the opportunity to review the BWS Fee Application or any others that are pending. Moreover, the Trustee has not yet had an opportunity to review the Debtors' cash flow to determine whether the Debtors have the present ability to pay the compensation and expenses sought in the BWS Fee Application and any other pending fee application. Therefore, pending further order of the Court, the Trustee reserves all rights regarding the allowance and payment of the amounts requested in the BWS Fee Application and any other pending or hereafter filed applications for professional fees.

7. On September 23, 2009, Foley & Lardner filed its Second Interim Quarterly Fee Request [Docket No. 4418] and its Amended Second Interim Quarterly Fee Request [Docket No. 4424] (the "Second Quarterly Interim Applications"). By consent of the parties, the hearing date on the Second Quarterly Interim Applications was adjourned to October 28, 2009 and the date for objections was adjourned to October 23, 2009.

8. On October 23, 2009, the Trustee filed a limited preliminary objection to Foley & Lardner's Second Interim Quarterly Fee Request [Docket No. 4589]. In this objection, the

2

Trustee explained that in the course of taking control of the Debtors' affairs, the Trustee had reached agreement with Foley & Lardner and received assurances from Foley & Lardner that a substantial number of documents would be produced to counsel to the Trustee relating to Foley & Lardner's representation of the Debtors prior to the appointment of the Trustee and prior to the commencement of the Chapter 11 cases.

9. It was expected that the documents Foley & Lardner had undertaken to produce would be relevant to the determination of the Second Quarterly Interim Applications and review of them would enable the Trustee to formulate a position on the Second Quarterly Interim Applications.

10. On November 19, 2009, Foley & Lardner filed its Ninth, Tenth, Eleventh, and Twelfth Monthly Fee Applications [Docket Nos. 4913, 4914, 4915, and 4916].

11. As of this date, Foley & Lardner has produced in excess of 20,000 documents pursuant to its agreement with the Trustee, the vast majority of which were not received by the Trustee until November 10, 2009. Because of the size of the files containing these documents, and correspondingly, the length of time it took to upload these files into a viewable electronic format, these documents were not available for review until November 20, 2009. As a result, the majority of these documents have not yet been reviewed.

12. Foley & Lardner has yet to produce a substantial additional amount of documents constituting the majority of these documents in its possession that it agreed to produce.

13. Counsel to the Trustee has performed a partial and preliminary review of that portion of the documents they have received from Foley Lardner. Documents already inspected contain information that may furnish the basis for a substantive objection to the fee applications.

#1457473 v1
109401-67166

14. Because the Trustee's counsel has not had adequate time to review the significant number of documents that were recently produced by Foley & Lardner and because a significant amount of documents is still expected from Foley & Lardner, the Trustee's investigation is not complete and will take more time, especially given the extremely complex nature of the Debtors' corporate structure and transactions and the disarray in which the Trustee has found corporate records.

15. Therefore, pending further order of the Court, and without limitation of the Trustee's Reservation previously made but instead expressly as a supplement thereto, the Trustee hereby reserves all rights regarding the allowance and payment of the amounts requested in the Ninth, Tenth, Eleventh, and Twelfth Monthly Fee Applications [Docket Nos. 4913, 4914, 4915, and 4916].

16. Subject to the foregoing reservation, the Trustee hereby objects to the Ninth, Tenth, Eleventh, and Twelfth Monthly Fee Applications [Docket Nos. 4913, 4914, 4915, and 4916] on the grounds that the consideration and allowance of such Applications is premature in light of the fact that (i) Foley & Lardner has not yet produced the majority of the documents pursuant to its agreement with the Trustee, (ii) the Trustee has not had adequate time to review the significant amount of documents that were recently turned over by Foley & Lardner, (iii) several of the documents that the Trustee has reviewed present the possibility that the Trustee will make a substantive objection to these fee applications; and (iv) the Trustee has not completed his analysis of the affairs of the Debtors as necessary to formulate a position regarding these fee applications.

#1457473 v1
109401-67166

WHEREFORE, the Trustee respectfully requests that the Ninth, Tenth, Eleventh, and Twelfth Monthly Fee Applications be denied without prejudice or, in the alternative, that the Court reserve judgment on them until such time as the Trustee can make a plenary objection or determine that he has no objection.

Dated: December 4, 2009

Respectfully submitted,

**GIBBONS P. C.**

By: s/ William R. Firth, III
William R. Firth, III, Esq. (Bar No. 4356)
1000 N. West Street, Suite 1200
Wilmington, DE 19801-1058
Telephone: (302) 295-4875
Facsimile: (302) 295-4876
E-mail: wfirth@gibbonslaw.com

-and-

E. Evans Wohlforth (admitted *pro hac vice*)
One Gateway Center
Newark, NJ 07102-5310
Telephone: (973) 596-4500
Facsimile: (973 596-0545
E-mail: ewohlforth@gibbonslaw.com

*Counsel to James R. Zazzali, Chapter 11 Trustee*

#1457473 v1
109401-67166