# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DBSI, INC., <u>et</u> <u>al.</u>[1], | Jointly Administered |
| Debtors. | Case Nos. 08-12687 (PJW) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 8, 2010 AT 1:30 P.M. (ET)

**CONTINUED MATTERS**

1.  Interim Fee Requests

    Response deadline:   None

    Response deadline extensions:   None

    Related documents:   None

    Responses filed:

    (a) Reservation of Rights of the Chapter 11 Trustee with Respect to the Allowance and Payment of Certain Monthly and Interim Fee Applications [9/8/2009, Docket No. 4365]

    (b) Limited Preliminary Objection & Reservation of Rights with Respect to the Allowance and Payment of Foley & Lardner Interim Fee Applications [10/23/2009, Docket 4589]

    (c) Objection and Reservation of Rights with Respect to the Allowance and Payment of Foley & Lardner Monthly Fee Applications [12/4/2009, Docket No. 4954]

---

[1] The last four digits of DBSI Inc.'s federal tax identification number are 5037. The mailing address for DBSI Inc. is 12426 West Explorer Drive, Suite 220, Boise, Idaho 83713. Due to the large number of Debtors in these jointly administered cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained by contacting the counsel for the Chapter 11 Trustee at rfitzgerald@gibbonslaw.com

Status: Certain subject fee applications are under review by the Court approved fee examiner and the fee examiner has issued final reports for others. Hearings on the subject fee applications will be scheduled in accordance with the Court's Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professional and Consideration of Fee Applications (Docket No. 3358).

**CONTESTED MATTERS**

2. Trustee's Application for Entry of Order (a) Scheduling Pre-Hearing Matters Under Federal Rules of Bankruptcy procedure 7026, 9006, 9013, and 9014, Respecting Motion of the Chapter 11 Trustee for an Order Substantively Consolidating the Debtors' Chapter 11 Estates, and (b) Approving Notice to Creditors Under Federal Rule of Bankruptcy Procedure 9007  [1/26/2010, Docket No. 5124]

    Response Deadline:   February 5, 2010 @ 4:00 p.m.

    Response deadline extensions:   N/A

    Related documents:

    (a) Notice of Hearing on Trustee's Application for Entry of Order (a) Scheduling Pre-Hearing Matters Under Federal Rules of Bankruptcy Procedure 7026, 9006, 9013, and 9014, Respecting Motion of the Chapter 11 Trustee for an Order Substantively Consolidating the Debtors' Chapter 11 Estates, and (b) Approving Notice to Creditors Under Federal Rule of Bankruptcy Procedure 9007 [1/28/2010, Docket No. 5132]

    (b) Motion by the Chapter 11 Trustee for an Order Substantively Consolidating the Debtors' Chapter 11 Estates [1/19/2010, Docket No. 5094]

    (c) Declaration of Kevin Gannon with attached exhibits  [1/19/2010, Docket No. 5095]

    (d) Declaration of Mark B. Conlan in Support of Motion by the Chapter 11 Trustee for an Order Substantively Consolidating the Debtors' Chapter 11 Estates with attached exhibits  [1/19/2010, Docket Nos. 5096-5099]

    Responses filed:   None

#1470370 v1
109401-67166

Status: This matter is going forward.

Dated: February 3, 2010         **GIBBONS P.C.**

/s/ William Firth, III
William R. Firth, III, Esq. (Bar No. 4356)
1000 N. West Street, Suite 1200
Wilmington, DE 19801-1058
Telephone: (302) 295-4875
Facsimile: (302) 295-4876
E-mail: wfirth@gibbonslaw.com

-and-

Karen A. Giannelli, Esq. (admitted *pro hac vice*)
Geraldine E. Ponto, Esq. (admitted *pro hac vice*)
Mark B. Conlan, Esq. (admitted *pro hac vice)*
One Gateway Center
Newark, NJ 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: kgiannelli@gibbonslaw.com
         gponto@gibbonslaw.com
         mconlan@gibbonslaw.com

*Counsel to James R. Zazzali, Chapter 11 Trustee*