# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DBSI, Inc., et al.,[1] | Case No. 08-12687 (PJW) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT
## REGARDING SECOND INTERIM FEE REQUEST OF
## FOLEY & LARDNER LLP

Stuart Maue, fee examiner in this proceeding, submits this final report with respect to the Second Interim Fee Request of Foley & Lardner LLP for the period from February 1, 2009, through April 30, 2009 ("Application"), seeking approval of fees that total $773,211.50 and reimbursement of expenses that total $16,181.04.[2] Foley & Lardner LLP ("Foley") is special counsel to the Debtors.

### Background

1.     Stuart Maue reviewed the Application, including each of the billing and expense entries, for compliance with 11 U.S.C. § 330, Rule 2016–2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended February 1, 2009 ("Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines"), and legal precedence

---

[1] The last four digits of DBSI, Inc.'s federal tax identification number are 5037. The mailing address for DBSI, Inc. is 12426 West Explorer Drive, Suite 220, Boise, Idaho 83713. Due to the large number of Debtors in these jointly administered cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.kccllc.net/dbsi.

[2] Stuart Maue notes that on October 23, 2009, James R. Zazzali, trustee for the debtors, filed a Limited Preliminary Objection and Reservation of Rights With Respect to the Allowance and Payment of Foley & Lardner Interim Fee Applications. The Limited Preliminary Objection was made on the grounds that the consideration and allowance of Foley & Lardner applications "is premature in light of the fact that (i) Foley & Lardner has not yet produced documents per its agreement with the Trustee, (ii) the Examiner's Final Report has just recently been issued and the analysis of the Final Report for information bearing on the Second Quarterly Interim Applications has not been completed, and (iii) the Trustee has not completed his analysis of the affairs of the Debtors as necessary to formulate a position regarding Second Quarterly Interim Applications."

established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

2.      This report includes exhibits that detail and support the findings discussed below. Each time entry associated with a specific category, as well as a summary of the total hours and fees, are displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits. For purpose of context, the other tasks within the same entry are also displayed but not underlined.

3.      Stuart Maue's methodology for reviewing fees and expenses includes addressing the uncertainty of quantifying time resulting from block billing. Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry. As an alternative to discounting the entire amount billed for an entry that is block billed, Stuart Maue assigns an equal proportional amount of time to each of the tasks contained within the blocked entry. This methodology has been adopted by courts when evaluating fees and ruling on fee applications. *See ACLU v. Barnes,* 168 F.3d 423, 429 (11th Cir. 1999). Courts have found this proportional method of analyzing block billing a reasonable solution to the problem created by timekeepers who resort to this practice. The alternative to using proportionalized time is to question the blocked entry in its entirety.

4.      Stuart Maue prepared and submitted a preliminary report to Foley, and the firm provided a written response. After consideration of the firm's reply, Stuart Maue prepared this final report and submits the following findings and recommendations to the Court.

## Discussion of Findings

## Reconciliation of Fees and Expenses

5.      Stuart Maue recomputed the fees and expenses requested in the Application. The hours billed by each professional and paraprofessional were totaled and multiplied by the individual's hourly rate. The reconciliation of fees revealed that the fees requested were $1,420.50 more than the fees computed. The discrepancy is the result of task hours within four entries that did not equal the time billed for the entry as a whole. The discrepancy and the related entries were displayed in Exhibit A to

the preliminary report. The recomputation of expenses revealed no difference between the amounts requested and the amounts computed. The figures in this report and the accompanying exhibits are based upon the fees and expenses computed by Stuart Maue.

In response to the preliminary report, Foley agreed to a voluntary fee reduction in the amount of $1,420.50 resulting from the mathematical discrepancy displayed in Exhibit A attached hereto.

## Review of Fees

6.    **Firm Staffing.** The Guidelines in Section II.A.3 state that fee applications should identify the "names and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11." The Application provided the names, positions, and hourly rates of the Foley professionals and paraprofessionals who billed to this matter. The matter was staffed with 27 timekeepers, consisting of 11 partners, 2 senior counsel, 8 associates, 1 patent agent, 4 paralegals, and 1 litigation support specialist. A summary of hours and fees billed by each timekeeper is displayed in Exhibit B.

The firm billed a total of 1,402.00 hours with associated fees of $771,791.00.[3] The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 765.80 | 55% | $535,414.00 | 69% |
| Senior Counsel | 157.60 | 11% | 87,162.00 | 11% |
| Associate | 280.70 | 20% | 103,286.50 | 13% |
| Patent Agent | 130.30 | 9% | 29,317.50 | 4% |
| Paralegal | 60.00 | 4% | 14,673.00 | 2% |
| Litigation Support Specialist | 7.60 | * | 1,938.00 | * |
| TOTAL | 1,402.00 | 100% | $771,791.00 | 100% |

* Less than 1%

---

[3] This amount reflects the fees computed by Stuart Maue.

The blended hourly rate for the Foley professionals is $602.83 and the blended hourly rate for professionals and paraprofessionals is $550.49.

7. **Hourly Rate Increases.** Foley increased the hourly rates of 15 timekeepers between the first and second interim periods. The rate increases appear to have been effective on January 31, 2009. The Application to retain Foley states that hourly rates "may change from time to time in accordance with Foley's established billing practices and procedures, although such changes are normally contemplated only at Foley's fiscal year-end on January 31."

8. **Transient Timekeepers.** The activities of timekeepers whose participation appears to be limited and sporadic become questionable if the value of their involvement and necessity of their contribution is unclear. Seven Foley professionals and paraprofessionals billed fewer than 10.00 hours during this interim period. Stuart Maue recognizes that certain individuals have specialized knowledge or expertise and may be called upon to provide services to the case on a limited basis; however, it appears that some of the timekeepers had minimal involvement in the case and billed for activities that may have been performed by other timekeepers or timekeepers billing at a lower rate. Stuart Maue requested that Foley provide additional information regarding the role of the seven timekeepers identified as potentially transient billers displayed in Exhibit C to the preliminary report. The billing entries of the timekeepers total 25.40 hours and $12,824.50 in associated fees.

In response to the preliminary report, Foley stated that each of the timekeepers in question provided insight into a particular area and that the tasks performed could not have been completed any more efficiently by other firm personnel. Foley also noted that many of the timekeepers in question performed previous activities on the matter but were not required to perform substantial work during this time period. Given the additional information provided by the firm, Stuart Maue makes no recommendation for a fee reduction resulting from potentially transient timekeepers. Exhibit C is omitted from this report.

9.    **Complete and Detailed Task Descriptions.**    Local Rule 2016-2 (d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable, and necessary." The rules further provide that fee applications shall include complete and detailed activity descriptions and that each activity description shall include the nature and subject matter of the activity. Section II.D.5 of the Guidelines states that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." Contrary to the requirements of the Local Rules and the Guidelines, many activity descriptions in the Application were not sufficiently detailed.

a.    **Vaguely Described Conferences.**    Stuart Maue identified 21 billing entries for conferences that did not include the name of the person(s) to whom the communication was made and/or the subject or purpose of the communication. The entries, totaling 14.35 hours with $8,166.50 in associated fees, were displayed in Exhibit D to the preliminary report. Stuart Maue requested that in all future fee applications, time entries describing conferences contain the requisite detail.

In response to the preliminary report, Foley provided clarification regarding certain entries that lacked the requisite detail. The firm also stated that entries are not more detailed to avoid disclosing sensitive client information. While Stuart Maue does not recommend a fee reduction resulting from vaguely described conferences, we do advise Foley that it is not difficult to provide descriptive time entries while preserving confidentiality and sensitive information. The Local Rules and the Guidelines require certain detail, and the failure to comply in future applications may result in a recommendation for a fee reduction.

b.    **Other Vaguely Described Activities.**    Stuart Maue identified 94 additional tasks that did not include sufficient detail. The Application included several fee entries that used the phrases such as "attend to," "attention to" or "follow-up." Such descriptions do not provide sufficient detail or specify the nature of the activity (i.e., draft, revise, review, or research, etc.) performed by

the timekeeper. The vaguely described activities, totaling 47.20 hours with $26,489.50 in associated fees, were displayed in Exhibit E to the preliminary report.

Foley response was identical to the response provided for vaguely described conference. As above, though no fee recommendation is made, Foley is advised that the firm is subject to the Local Rules and the Guidelines and failure to comply may result in a fee reduction.

10. **Block Billing.** The Guidelines provide that "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." (Section II.D.5). The Application included eight entries that were block billed, totaling 20.80 hours with $7,320.00 in associated fees. The entries were displayed in Exhibit F to the preliminary report. Stuart Maue requested that the firm review the entries identified as block billed and take corrective action to ensure that future fee applications do not include this type of entry.

In response to the preliminary report, Foley stated the firm reviewed the time entries in question and will take corrective action to ensure that future fee applications contain no blocked entries. Stuart Maue makes no recommendation for a fee reduction resulting from block billing, and Exhibit F is omitted from this report.

11. **Conferences, Hearings, and Other Events.** Local Rule 2016-2 (d)(ix) provides that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role," and Section II.D.5 of the Guidelines states that "if more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." While it may be appropriate to have multiple attendees at some conferences, hearings or other events, the attendance of multiple professionals should be justified. *See In re Busy Beaver Bldg. Centers, Inc.*, 19 F.3d 833, 856 (3rd Cir. 1994).

a. **Nonfirm Conferences, Hearings, and Events.** Stuart Maue identified occasions when two or more timekeepers billed to attend the same nonfirm conference, hearing, or other event. Contrary to Local Rule 2016-2, neither the Application nor the activity descriptions

explained the role of each participant or the need for multiple attendees. The entries, 37.40 hours with $24,432.50 in associated fees, were displayed in Exhibit G to the preliminary report. In each instance where more than one timekeeper attended a nonfirm conference or event, we identified the timekeeper who appeared most responsible for the matter and/or the particular event (i.e., the attorney leading rather than observing a nonfirm conference). The potentially duplicative and unnecessary timekeepers' entries total 21.70 hours with $13,137.00 in associated fees and were highlighted in bold and marked with an ampersand [&] in the exhibit. Stuart Maue requested that the firm provide an explanation of the necessity of the multiple billers and their respective roles for each event attended by more than one timekeeper.

   In response to the preliminary report, Foley explained the need for individuals with varying areas of expertise to attend certain meetings. In consideration of the additional information provided by the firm, Stuart Maue makes no recommendation for a fee reduction resulting from multiple attendance at meetings. Exhibit G is omitted from this report.

   **b.**  **Intraoffice Conferences.** Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The fees billed by Foley for intraoffice conferences total 66.30 hours with $34,831.00 in associated fees, which computes to approximately 5% of the total fees requested in the Application. The entries were displayed in Exhibit H to the preliminary report. In some instances, two or more firm professionals and/or paraprofessionals billed to participate in or attend the same internal conference. The intraoffice conferences attended by more than one timekeeper total 38.80 hours with $20,284.00 in associated fees. The entries describing intraoffice conferences attended by two or more firm personnel were highlighted in bold and marked with an ampersand [&] in the exhibit. Stuart Maue requested that Foley provide a brief explanation for the necessity of more than one participant billing for the same intraoffice conference.

In response to the preliminary report, Foley explained the need for coordination among the different firm teams assigned to investigate the broad range of DBSI assets. The firm identified the team leaders and stated the internal communication ensured a consistent approach across all properties. Given the additional information provided by Foley, Stuart Maue makes no recommendation for a fee reduction resulting from internal communications. Exhibit H is omitted from this report.

12.    **Administrative Activities.**  Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm.  Similarly, activities relating to the training and assignment of tasks to staff members or the supervision of any administrative functions should be considered a cost of doing business and a factor considered in establishing the firm's hourly rates.  Also included in administrative tasks is time expended to review and edit firm time entries and invoices.  "Where the time entries require revision to conform to the court's standards, the editing services are administrative functions that are not compensable even if they are performed by a professional. *See In Re CF & I Fabricators of Utah,* 131 B.R. 474, 485 (D. Utah 1991).  Stuart Maue identified two entries described as administrative activities, totaling 0.60 hour with $272.00 in associated fees.

In response to the preliminary report, Foley agreed to a voluntary fee reduction in the amount of $272.00 resulting from the administrative activities displayed in Exhibit I to this report.

13.    **Clerical Activities.**  Clerical activities are tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries, or support personnel.  Clerical activities include, but are not limited to, filing, organizing and updating files, retrieving and distributing documents, checking the docket, calendaring events, scanning documents, and photocopying.  Some courts have determined that the performance of clerical or secretarial tasks by attorneys, accountants, paralegals, and other paraprofessionals generally constitutes nonbillable time and should be delegated to nonbilling staff members.  "Fees for services that are purely clerical, ministerial, or administrative

should be disallowed." *See Missouri v. Jenkins,* 491 U.S. 274, 288 fn.10, 109 S.Ct. 2463, 105 L.Ed.2d 229 (1989). In this Court, there has been a practice of recommending that clerical activities be paid at the rate of $80.00 per hour and it is Stuart Maue's intent to follow that practice in this case. The entries describing clerical activities were displayed in Exhibit J to the preliminary report and total 8.30 hours with $2,092.00 in associated fees.

In response to the preliminary report, Foley stated that the activities in question could not have been performed by non-attorney clerical staff. The firm then stated that other firms "farm out" this type of work and it would appear as an expense on their bill. It appears to Stuart Maue that Foley's two statements are inconsistent. If the work required the legal acumen of an attorney, it could not be sent out to a vendor. In addition, cost effective document production vendors do not charge rates in excess of $250.00 per hour, as Foley charged for this work. Finally, activities such as "Arranging for copying of disk with respect to response to government agency" and "set up telephonic appearance for S. Barbatano" do not require legal knowledge and training. Stuart Maue recommends a fee reduction in the amount of $1,428.00 resulting from adjusting the entries displayed in Exhibit J to the clerical rate of $80.00 per hour.

14. **Travel.** Local Rule 2016-2 (d)(viii) provides that nonworking travel time "may be billed at no more than 50% of regular hourly rates." The Application included three entries describing travel time, which were displayed in Exhibit K to the preliminary report and total 20.30 hours with $11,289.00 in associated fees. Stuart Maue requested that Foley provide specific information regarding the actual travel time for each of the three entries and a description of the specific work performed (if any) while in transit.

In response to the preliminary report, Foley stated the firm reviewed the three entries and agreed to bill one entry at 50% of the hourly rate. However, the firm did not provide any additional information or explanation regarding the other two travel entries, both of which specifically state the time consisted of non-working travel. Accordingly, Foley agreed to a voluntary fee reduction

in the amount of $3,219.75 resulting from an 8.10 hour time entry, and Stuart Maue recommends a further fee reduction of $2,424.75 resulting from the other two travel entries. The result is a total fee reduction in the amount of $5,644.50 resulting from a 50% reduction of the fees displayed in Exhibit K.

Review of Expenses

15. **Complete and Detailed Itemization of Expenses.** The Guidelines in Section II.E.3 provide that factors relevant to a determination that the expense is proper include "Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate, destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." Foley provided an itemization for the firm expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge. However, the out-of-town travel expenses were not sufficiently detailed. The firm twice combined charges for airfare and parking/taxi into a single expense entry. It was not possible to determine the amount incurred for the individual expenses or to determine whether the charges were appropriate and necessary, and supporting documentation for the expense charges was not included with the Application. The following table displays the expense entries that lack sufficient detail:

| Invoice Number | Date | Amount | Description |
|---|---|---|---|
| 31068764 | 04/09/09 | $1,573.80 | Transportation/Travel Expenses – Vendor: Stephen I. Burr-4/9/09-4/10/09 Attend Dbsi Board of Directors Meeting in Bouse, Id./taxi, Air Fare. |
| 31068764 | 04/09/09 | $1,410.40 | Transportation/Travel Expenses – Vendor: Kenneth R. Appleby-4/9/09 Travel To Boise, ID for Dbsi/parking, Air Fare, Service Fee. |

Stuart Maue requested that Foley provide an itemization of each charge. In response, Foley segregated the charges into airfare, ground transportation, and parking. In addition, the firm responded to a follow-up request and provided receipts and supporting documentation for the travel

costs. Given the additional information provided by Foley, Stuart Maue makes no recommendation for an expense reduction related to travel.

16. **Photocopies.** The firm requested reimbursement of $130.00 for duplication charges at a rate of $0.10 per page, in compliance with the Local Rule.

17. **Computer Assisted Legal Research.** Local Rule 2016-2 (e)(iii) provides that computer assisted legal research charges "shall not be more than the actual cost." The firm billed $11,848.34 for LEXIS/NEXIS and Westlaw, and the Application did not state the research was billed at actual cost. Foley responded by stating that the firm receives a discount from both Lexis and Westlaw to the benefit of the client, who is charged actual cost for the research services. Stuart Maue makes no recommendation for an expense reduction resulting from computer research charges.

18. **Facsimile.** Foley requested reimbursement for facsimile charges totaling $16.50 and billed at a rate of $0.50 per page, in compliance with the Local Rule.

19. **Overhead Expenses.** Section II.E.7 of the Guidelines provides that nonreimbursable overhead "includes, but is not limited to, word processing, proofreading, secretarial and other clerical services, rent, utilities, office equipment and furnishings, insurance, taxes, local telephones and monthly car phone charges, lighting, heating and cooling, and library and publication charges." Foley requested reimbursement of $7.00 for supplies. The description did not include sufficient information to determine the purpose of the charge.

| Invoice Number | Entry Date | Amount | Description |
|---|---|---|---|
| 31068764 | 04/07/09 | $7.00 | Supplies – J. Matt |

In response, Foley clarified the purpose and necessity of the charge. Stuart Maue makes no recommendation for an expense reduction.

## Conclusion

Stuart Maue submits this final report regarding the Application and the fees and expenses discussed above. Stuart Maue recommends the approval of fees in the amount of $764,446.50

($773,211.50 minus $8,765.00) and reimbursement of expenses in the amount of $16,181.04 for the period from February 1, 2009, through April 30, 2009. A summary of our findings is attached as Appendix A.

Respectfully submitted,

**STUART MAUE**

By: _____

John L. Decker, Esq.
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone:    (314) 291-3030
Facsimile:    (314) 291-6546
dbsibkr@smmj.com

**Fee Examiner**

# APPENDIX A

**FOLEY & LARDNER LLP**

## SUMMARY OF FINDINGS

### Second Interim Fee Request (February 1, 2009 through April 30, 2009)

#### A.    Amounts Requested and Computed

| | | |
|---|---|---|
| Fees Requested | $773,211.50 | |
| Expenses Requested | 16,181.04 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $789,392.54 |
| | | |
| Fees Computed | $771,791.00 | |
| Expenses Computed | 16,181.04 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $787,972.04 |
| | | |
| Discrepancy in Fees | $  1,420.50 | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | $  1,420.50 |

#### B.    Recommended Fee Allowance and Expense Reimbursement

| | | |
|---|---|---|
| Fees Requested | $773,211.50 | |
| *Agreed Reduction for Discrepancy in Fees* | | *($1,420.50)* |
| *Agreed Reduction for Administrative Activities* | | *(272.00)* |
| *Recommended Reduction for Clerical Activities* | | *(1,428.00)* |
| *Agreed Reduction for Travel* | | *(3,219.75)* |
| *Recommended Reduction for Travel* | | *(2,424.75)* |
| Subtotal | | *($8,765.00)* |
| | | |
| RECOMMENDED FEE ALLOWANCE | | $764,446.50 |
| | | |
| Expenses Requested | $16,181.04 | |
| | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 16,181.04 |
| | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $780,627.54 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 19th day of February, 2010.

Mr. Douglas L. Swenson
President
DBSI Inc.
12426 West Explorer Drive, Suite 220
Boise, ID 83713

Michael R. Nestor, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Richard Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

Donald J. Detweiler, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Michael H. Goldstein, Esq.
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400 East
Santa Monica, CA 90404

James R. Zazzali, Esq.
Gibbons, P.C.
One Gateway Center
Newark, NJ 07102-5310

Michael P. Richman, Esq.
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199



_____
John L. Decker, Esq.

Foley Lardner Final Report – Second Interim Fee Request
Case No. 08-12687 (PJW)

| Invoice Number | Entry Number | Timekeeper Name | Entry Date | Rate | Hours Billed | Hours Computed | Fees Billed | Fees Computed | Hour Difference | Fee Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overcharges** | | | | | | | | | | |
| 31068630 | 67 | Pravda | 02/11/09 | $795.00 | 1.50 | 0.70 | $ 1,192.50 | $ 556.50 | 0.80 | $ 636.00 |
| 31068757 | 165 | Peterson | 03/30/09 | $345.00 | 5.80 | 5.50 | 2,001.00 | 1,897.50 | 0.30 | 103.50 |
| 31068764 | 352 | Burr | 04/30/09 | $795.00 | 7.20 | 6.20 | 5,724.00 | 4,929.00 | 1.00 | 795.00 |
| | | | | | | | | **Total Overcharges** | 2.10 | **$ 1,534.50** |
| **Undercharges** | | | | | | | | | | |
| 31068764 | 83 | Tharpe | 04/06/09 | $570.00 | 5.20 | 5.40 | $ 2,964.00 | $ 3,078.00 | (0.20) | $ (114.00) |
| | | | | | | | | **Total Undercharges** | (0.20) | **$ (114.00)** |
| | | | | | | | | **Net Total Discrepancy** | 1.90 | **$ 1,420.50** |

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Foley & Lardner LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 9378 | Burr, Stephen I. | PARTNER | $397.50 | $795.00 | 310.30 | $241,839.00 |
| LLT | Tharpe, Lisa L. | PARTNER | $570.00 | $570.00 | 178.30 | $101,631.00 |
| 9622 | Appleby, Kenneth R. | PARTNER | $760.00 | $760.00 | 98.00 | $74,480.00 |
| 9010 | Manzi, James A. | PARTNER | $680.00 | $680.00 | 59.90 | $40,732.00 |
| TDN | Nelson, Terry D. | PARTNER | $590.00 | $590.00 | 67.90 | $40,061.00 |
| 9478 | Johnston, Pamela L. | PARTNER | $650.00 | $650.00 | 16.10 | $10,465.00 |
| MLP | Prager, Mark L. | PARTNER | $775.00 | $775.00 | 12.90 | $9,997.50 |
| 8996 | Pravda, Susan E. | PARTNER | $795.00 | $795.00 | 9.80 | $7,791.00 |
| SABA | Barbatano, Salvatore A. | PARTNER | $675.00 | $675.00 | 10.90 | $7,357.50 |
| 9008 | Kellogg, Jarvis P. | PARTNER | $680.00 | $680.00 | 0.90 | $612.00 |
| MASA | Salzberg, Mark A. | PARTNER | $560.00 | $560.00 | 0.80 | $448.00 |
| | No. of Billers for Position: 11 | Blended Rate for Position: | $699.16 | | 765.80 | $535,414.00 |
| | | | | | % of Total: 54.62% | % of Total: 69.37% |
| 5993 | Guerrero, Jaime B. | SENIOR COUNSEL | $560.00 | $560.00 | 102.90 | $57,624.00 |
| 5763 | Warren, Adria | SENIOR COUNSEL | $540.00 | $540.00 | 54.70 | $29,538.00 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $553.06 | | 157.60 | $87,162.00 |
| | | | | | % of Total: 11.24% | % of Total: 11.29% |
| 4282 | Shankar, Anil | ASSOCIATE | $340.00 | $340.00 | 88.30 | $30,022.00 |
| MPTO | Tomlinson, Michael P. | ASSOCIATE | $470.00 | $470.00 | 61.50 | $28,905.00 |
| 9795 | Peterson, Lars A. | ASSOCIATE | $345.00 | $345.00 | 51.50 | $17,767.50 |
| 9779 | Loew, Lauren M. | ASSOCIATE | $345.00 | $345.00 | 45.80 | $15,801.00 |
| 2040 | Dyer, Nicholas N. | ASSOCIATE | $310.00 | $310.00 | 24.60 | $7,626.00 |
| 9773 | Knight, C. Victoria | ASSOCIATE | $340.00 | $340.00 | 5.90 | $2,006.00 |
| 8780 | Navin, Rebecca A. | ASSOCIATE | $400.00 | $400.00 | 2.20 | $880.00 |
| 4817 | Rodriguez, Anthony M. | ASSOCIATE | $310.00 | $310.00 | 0.90 | $279.00 |
| | No. of Billers for Position: 8 | Blended Rate for Position: | $367.96 | | 280.70 | $103,286.50 |
| | | | | | % of Total: 20.02% | % of Total: 13.38% |

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 5981 | Maheshwari, Kumar K. | PATENT AGENT | $225.00 | $225.00 | 130.30 | $29,317.50 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $225.00 | | 130.30 | $29,317.50 |
| | | | | | % of Total: 9.29% | % of Total: 3.80% |
| 9463 | Gallivan, Kathleen C. | PARALEGAL | $270.00 | $270.00 | 23.20 | $6,264.00 |
| ATR | Recob, Ann T. | PARALEGAL | $250.00 | $250.00 | 21.20 | $5,300.00 |
| KEHA | Hall, Katherine E. | PARALEGAL | $215.00 | $215.00 | 10.70 | $2,300.50 |
| DAHA | Harris, Deborah A. | PARALEGAL | $165.00 | $165.00 | 4.90 | $808.50 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $244.55 | | 60.00 | $14,673.00 |
| | | | | | % of Total: 4.28% | % of Total: 1.90% |
| 6242 | Willoughby, Jeff E. | LIT SUPP SPEC | $255.00 | $255.00 | 7.60 | $1,938.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $255.00 | | 7.60 | $1,938.00 |
| | | | | | % of Total: 0.54% | % of Total: 0.25% |
| | Total No. of Billers: 27 | Blended Rate for Report: | $550.49 | | 1,402.00 | $771,791.00 |

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Gallivan, K | 1.50 | 405.00 |
| Johnston, P | 3.00 | 1,950.00 |
| Nelson, T | 9.85 | 5,811.50 |
| | 14.35 | $8,166.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Bankruptcy | 12.85 | 7,761.50 |
| General Real Estate | 1.50 | 405.00 |
| | 14.35 | $8,166.50 |

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MATTER NAME: Bankruptcy |
| 02/02/09 | Nelson, T | 1.80 | 0.80 | 472.00 | 0.90 | F | 1 | REVIEW JANUARY 30, 2009 LETTER FROM FINRA REQUESTING GENERAL ADVERTISING ITEMS(.9); |
| Mon | 31068630/6 | | | | 0.10 | F | 2 | FORWARD REQUEST TO W. THOMAS WITH E-MAIL REGARDING SAME(.1); |
| | | | | | 0.30 | F | 3 | CONFERENCE REGARDING STATUS OF CIVIL LAWSUIT UNDER BANKRUPTCY CODE (.3); |
| | | | | | 0.50 | F | 4 | CONFERENCE REGARDING SAME (.5). |
| | | | | | | | | MATTER NAME: Bankruptcy |
| 02/10/09 | Nelson, T | 0.60 | 0.30 | 177.00 | 0.30 | F | 1 | SEND E-MAIL TO W. THOMAS REGARDING RESPONSE TO FINRA AFTER REVIEWING STATUS OF RESPONSES (.3); |
| Tue | 31068630/48 | | | | 0.30 | F | 2 | CONFERENCE REGARDING STATUS OF FINRA SUBMISSIONS (.3). |
| | | | | | | | | MATTER NAME: Bankruptcy |
| 02/12/09 | Nelson, T | 1.00 | 0.20 | 118.00 | 0.80 | F | 1 | PREPARE LETTER TO FINRA RE: IN ANTICIPATION OF RECEIVING MATERIALS FROM W. THOMAS (.8 ); |
| Thu | 31068630/72 | | | | 0.20 | F | 2 | CONFERENCE REGARDING STATUS OF MATTERS (.2 ). |
| | | | | | | | | MATTER NAME: Bankruptcy |
| 02/13/09 | Nelson, T | 0.50 | 0.50 | 295.00 | | F | 1 | CONFERENCE REGARDING D. SWENSON'S E-MAILS AND REVIEW PRIOR TO FINRA SUBMISSION AND STATUS OF FILINGS. |
| Fri | 31068630/85 | | | | | | | |
| | | | | | | | | MATTER NAME: Bankruptcy |
| 02/18/09 | Nelson, T | 2.50 | 1.30 | 767.00 | 0.50 | F | 1 | REVIEW FAXED LETTERS FROM FINRA DATED FEBRUARY 17, 2009 (.5); |
| Wed | 31068630/100 | | | | 0.50 | F | 2 | CONFERENCE RESPONDING TO FINRA REQUEST FOR STATEMENT (.5); |
| | | | | | 0.80 | F | 3 | CONFERENCE REGARDING FINRA REQUIREMENTS AND CONTINUE WITH RESPONSE LETTERS (.8); |
| | | | | | 0.70 | F | 4 | SEND E-MAIL TO W. THOMAS REGARDING CERTAIN QUESTIONS CONTAINED WITHIN THE FINRA REQUEST LETTER (.7). |
| | | | | | | | | MATTER NAME: Bankruptcy |
| 02/23/09 | Nelson, T | 1.00 | 0.30 | 177.00 | 0.30 | F | 1 | CONFERENCE REGARDING FINRA PRODUCTION (.3); |
| Mon | 31068630/109 | | | | 0.40 | F | 2 | RESPOND TO FINRA REQUEST ON RECORD PRODUCTION (.4); |
| | | | | | 0.30 | F | 3 | PROVIDE E-MAIL TO FINRA REGARDING PRODUCTION DEMANDS AFTER W. THOMAS' STATUS REPORT OF SAME (.3). |
| | | | | | | | | MATTER NAME: General Real Estate |
| 02/24/09 | Gallivan, K | 3.10 | 1.50 | 405.00 | 1.50 | F | 1 | TELEPHONE CONFERENCE WITH E. GEORGE OF DWT (1.5); |
| Tue | 31069037/18 | | | | 1.60 | F | 2 | REVIEW YCST WEBSITE, DOWNLOAD AND FORWARD TITLE EXAMINATION REPORTS FOR APPROXIMATELY 30+ TIC PROPERTIES (1.6). |
| | | | | | | | | MATTER NAME: Bankruptcy |
| 02/27/09 | Nelson, T | 2.50 | 0.70 | 413.00 | 0.40 | F | 1 | RESPOND TO FINRA REQUEST FOR CONFERENCE CALL AND REVIEW OF RECORDS REQUEST STATUS (.4); |
| Fri | 31068630/130 | | | | 0.20 | F | 2 | CONFERENCE REGARDING STATUS OF E-MAIL RECORDS REQUEST (.2); |
| | | | | | 0.50 | F | 3 | CONFERENCES REGARDING FINRA REQUEST FOR STATEMENT FROM D. SWENSON ON RECORDS PROVIDED (.5); |
| | | | | | 0.40 | F | 4 | TELEPHONE CONFERENCE WITH FINRA REGARDING PROPOSED CALLS AND NEED FOR SAME (.4); |
| | | | | | 1.00 | F | 5 | REVIEW OF DOCUMENTS FORWARDED BY W. THOMAS FOR FINRA PRODUCTION REQUEST (1.0). |
| | | | | | | | | MATTER NAME: Bankruptcy |
| 03/18/09 | Nelson, T | 2.00 | 0.30 | 177.00 | 0.20 | F | 1 | REVIEW OF PRESS RELEASE FROM STATE OF IDAHO COUNSEL (.2); |
| Wed | 31068757/57 | | | | 0.70 | F | 2 | PREPARE E-MAIL TO M. NESTOR ON APPOINTMENT OF AN EXAMINER BY THE COURT (.7); |
| | | | | | 0.80 | F | 3 | REVIEW AND REVISE OUTLINE ON LEGAL MEMORANDUM REGARDING ACCOUNTABLE RESERVES (.8); |
| | | | | | 0.30 | F | 4 | CONFERENCE REGARDING SAME (.3). |
| | | | | | | | | MATTER NAME: Bankruptcy |
| 03/23/09 | Nelson, T | 1.70 | 1.00 | 590.00 | 1.00 | F | 1 | CONFERENCE REGARDING REVIEW OF GENERAL ADVERTISING ITEMS AND PROVIDE LETTER TO S. BRIDEN REGARDING SAME (1.0); |
| Mon | 31068757/77 | | | | 0.70 | F | 2 | REVIEW OF AND CONFERENCE REGARDING FAX LETTER FROM S. BRIDEN REGARDING DUE DILIGENCE FILING (.7). |

~ See the last page of exhibit for explanation

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| | | | | | | | | **MATTER NAME:** *Bankruptcy* |
| 03/25/09 | Nelson, T | 1.10 | 0.70 | 413.00 | 0.30 | F | 1 | CONFERENCE REGARDING GOVERNMENT AGENCY REQUESTS (.3): |
| Wed | 31068757/113 | | | | 0.40 | F | 2 | CONFERENCE REGARDING GENERAL SALES LITERATURE REVIEW AND RESPOND TO QUESTIONS REGARDING SAME (.4): |
| | | | | | 0.40 | F | 3 | TELEPHONE CONFERENCE WITH W. THOMAS ON RESPONDING TO GOVERNMENT AGENCY REQUESTS FOR INFORMATION (.4). |
| | | | | | | | | **MATTER NAME:** *Bankruptcy* |
| 03/27/09 | Nelson, T | 2.30 | 0.70 | 413.00 | 0.40 | F | 1 | CONFERENCE REGARDING LETTER TO GOVERNMENT AGENCY TO ACCOMPANY SALES MATERIALS AND REVIEW OF SAME (.4): |
| Fri | 31068757/148 | | | | 0.30 | F | 2 | SEND E-MAIL TO S. BRIDEN REGARDING CERTAIN MATTERS (.3): |
| | | | | | 0.40 | F | 3 | REVIEW GOVERNMENT AGENCY DECISION ADVANCED BY GOVERNMENT AGENCY IN DISCUSSION ABOUT GOVERNMENT'S AGENCY AUTHORITY TO REQUIRE INFORMATION FROM D. SWENSON (.4): |
| | | | | | 0.30 | F | 4 | CONFERENCE REGARDING GOVERNMENT AGENCY RESPONSE FORMULATION (.3): |
| | | | | | 0.60 | F | 5 | CONFERENCE CALL WITH GOVERNMENT AGENCY REPRESENTATIVES ON SUBMISSION OF DOCUMENTS (.6): |
| | | | | | 0.30 | F | 6 | SEND E-MAIL TO M. ELLISON REGARDING GOVERNMENT REQUEST (.3). |
| | | | | | | | | **MATTER NAME:** *Bankruptcy* |
| 04/02/09 | Nelson, T | 1.50 | 0.30 | 177.00 | 0.30 | F | 1 | CONFERENCE REGARDING REVIEW OF DUE DILIGENCE MATERIALS (.3): |
| Thu | 31068764/30 | | | | 0.70 | F | 2 | CONFERENCE CALL WITH GOVERNMENT AGENCY OFFICIALS REGARDING SUBMISSION OF DOCUMENTS (.7): |
| | | | | | 0.50 | F | 3 | CONFERENCES REGARDING GOVERNMENT AGENCY REQUESTS (.5). |
| | | | | | | | | **MATTER NAME:** *Bankruptcy* |
| 04/06/09 | Johnston, P | 0.70 | 0.70 | 455.00 | | F | 1 | DISCUSSION REGARDING THE EXAMINER COMING IN AND INFORMATION TO PROVIDE TO BANKRUPTCY COUNSEL. |
| Mon | 31068764/89 | | | | | | | |
| | | | | | | | | **MATTER NAME:** *Bankruptcy* |
| 04/06/09 | Nelson, T | 2.80 | 0.80 | 472.00 | 2.00 | F | 1 | WORK ON LETTER RESPONSE TO GOVERNMENT'S AGENCY REQUEST FOR DESCRIPTION OF DUE DILIGENCE ACTIVITIES OF BROKER-DEALER (2.0): |
| Mon | 31068764/81 | | | | 0.80 | F | 2 | CONFERENCE CALL REGARDING CERTAIN LEGAL ISSUES (.8). |
| | | | | | | | | **MATTER NAME:** *Bankruptcy* |
| 04/07/09 | Nelson, T | 1.80 | 0.70 | 413.00 | 0.80 | F | 1 | REVIEW AND REVISE LETTER TO S. BRIDEN TO ACCOMPANY FINRA SUBMISSION AND OFFICE CONFERENCE REGARDING STATUS OF REVIEW (.8): |
| Tue | 31068764/103 | | | | 0.30 | F | 2 | FURTHER CONFERENCE REGARDING STATUS OF FINANCIAL REVIEW (.3): |
| | | | | | 0.40 | F | 3 | CONFERENCE REGARDING REVIEW OF DUE DILIGENCE MATERIALS (.4): |
| | | | | | 0.30 | F | 4 | REVIEW AND REVISE LETTER TO FINRA REGARDING SAME (.3). |
| | | | | | | | | **MATTER NAME:** *Bankruptcy* |
| 04/08/09 | Johnston, P | 1.50 | 1.50 | 975.00 | | F | 1 | PREPARE FOR BOARD MEETING AND DISCUSS ISSUES TO PREPARE FOR REGARDING EXAMINER. |
| Wed | 31068764/116 | | | | | | | |
| | | | | | | | | **MATTER NAME:** *Bankruptcy* |
| 04/08/09 | Nelson, T | 2.80 | 0.70 | 413.00 | 0.30 | F | 1 | CONFERENCE REGARDING REVIEW OF DUE DILIGENCE MATERIALS (.3): |
| Wed | 31068764/126 | | | | 0.50 | F | 2 | REVIEW AND REVISE LETTER TO S. BRIDEN AND LEAVE MESSAGE FOR SAME (.5): |
| | | | | | 1.00 | F | 3 | REVIEW MATERIALS TO BE PRESENTED AT BOARD MEETING AND CONFERENCES REGARDING SAME (1.0): |
| | | | | | 0.40 | F | 4 | CONFERENCE REGARDING DVD MATERIALS FOR GOVERNMENT AGENCY AND CORRESPONDENCE REGARDING SAME (.4): |
| | | | | | 0.60 | F | 5 | REVIEW AND REVISE LETTER TO GOVERNMENT AGENCY IN LIGHT OF ARGUS SOFTWARE ISSUE (.6). |
| | | | | | | | | **MATTER NAME:** *Bankruptcy* |
| 04/13/09 | Nelson, T | 0.80 | 0.20 | 118.00 | 0.60 | F | 1 | REVIEW FAXED LETTER FROM GOVERNMENT AGENCY REGARDING REQUEST FOR RECORDS AND CONFERENCE REGARDING SAME (.6): |
| Mon | 31068764/182 | | | | 0.20 | F | 2 | OFFICE CONFERENCE REGARDING STATUS OF MEETING OF BOARD OF DIRECTORS (.2). |

~ See the last page of exhibit for explanation

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|------|------|------|------|------|---|---|------|
| | | | | | | | | *MATTER NAME: Bankruptcy* |
| 04/22/09 | Nelson, T | 1.20 | 0.35 | 206.50 | 0.50 | F | 1 | REVIEW PRIVILEGE CHART SENT TO GOVERNMENT AGENCY (.5); |
| Wed | 31068764/288 | | | | 0.35 | A | 2 | REVIEW EXAMINER'S NOTICE FOR ORDER APPROVING WORK PLAN AND BUDGET; |
| | | | | | 0.35 | A | 3 | OFFICE CONFERENCE REGARDING SAME (.7). |
| | | | | | | | | *MATTER NAME: Bankruptcy* |
| 04/27/09 | Johnston, P | 2.80 | 0.80 | 520.00 | 0.80 | F | 1 | DISCUSS MEMORANDUM AND ""NO COMMINGLING"" PHRASE (.8); |
| Mon | 31068764/329 | | | | 1.40 | F | 2 | REVIEW PPMS AND OTHER DOCUMENTS (1.4); |
| | | | | | 0.60 | F | 3 | PARTICIPATE IN CALL (.6). |
| Total | | | 14.35 | $8,166.50 | | | | |
| Number of Entries: | 21 | | | | | | | |

~ See the last page of exhibit for explanation

VAGUELY DESCRIBED CONFERENCES

Foley & Lardner LLP


SUMMARY OF HOURS AND FEES BY INDIVIDUAL


| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Gallivan, K | 1.50 | 405.00 |
| Johnston, P | 3.00 | 1,950.00 |
| Nelson, T | 9.85 | 5,811.50 |
| | 14.35 | $8,166.50 |


SUMMARY OF HOURS AND FEES BY MATTER


| MATTER NAME | HOURS | FEES |
|---|---|---|
| Bankruptcy | 12.85 | 7,761.50 |
| General Real Estate | 1.50 | 405.00 |
| | 14.35 | $8,166.50 |


(-) REASONS FOR TASK HOUR ASSIGNMENTS

A  Task Hours Allocated By Fee Auditor

F  FINAL BILL

EXHIBIT E
OTHER VAGUELY DESCRIBED ACTIVITIES
Foley & Lardner LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Hall, K | 0.20 | 43.00 |
| Loew, L | 1.30 | 448.50 |
| Pravda, S | 0.40 | 318.00 |
| Tharpe, L | 40.60 | 23,142.00 |
| Warren, A | 4.70 | 2,538.00 |
| | 47.20 | $26,489.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Bankruptcy | 47.20 | 26,489.50 |
| | 47.20 | $26,489.50 |

EXHIBIT E
OTHER VAGUELY DESCRIBED ACTIVITIES
Foley & Lardner LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MATTER NAME: Bankruptcy |
| 02/02/09 | Tharpe, L | 3.10 | 1.20 | 684.00 | 0.30 | F | 1 | COMMUNICATIONS WITH W. THOMAS REGARDING EMAIL ISSUES (.3); |
| Mon | 31068630/5 | | | | 0.40 | F | 2 | REVIEW EMAIL PROVIDED FOR PRODUCTION (.4); |
| | | | | | 0.50 | F | 3 | ATTENTION TO PREPARING EMAIL FOR PRODUCTION (.5); |
| | | | | | 0.50 | F | 4 | DRAFT CORRESPONDENCE TO M. SUSENS REGARDING PRODUCTION OF EMAIL (.5); |
| | | | | | 0.50 | F | 5 | REVIEW REGULATORY DOCUMENTS AND ATTEND TELECONFERENCE WITH S. ZEIG AND ` MR. NEIBERG REGARDING REGULATORY HISTORY (.5); |
| | | | | | 0.20 | F | 6 | FOLLOW-UP WITH T. NELSON REGARDING REGULATORY HISTORY (.2); |
| | | | | | 0.30 | F | 7 | ATTENTION TO COMMUNICATIONS WITH J. HAN REGARDING STATUS OF AGREEMENT (.3); |
| | | | | | 0.40 | F | 8 | ATTENTION TO COMMUNICATIONS WITH COUNSEL REGARDING STRATEGY FOR UPCOMING BANKRUPTCY ISSUES (.4). |
| | | | | | | | | MATTER NAME: Bankruptcy |
| 02/03/09 | Tharpe, L | 2.20 | 1.30 | 741.00 | 0.40 | F | 1 | PREPARING ADDITIONAL EMAIL FOR PRODUCTION TO REGULATORS (.4); |
| Tue | 31068630/16 | | | | 0.40 | F | 2 | ATTENTION TO COMMUNICATIONS WITH REGULATORS REGARDING EMAIL PRODUCTION (.4); |
| | | | | | 0.40 | F | 3 | ATTENTION TO COMMUNICATIONS WITH M. LEWIS REGARDING ADDITIONAL EMAIL ISSUES (.4); |
| | | | | | 0.50 | F | 4 | PREPARE FOR AND ATTEND TELECONFERENCE WITH W. THOMAS REGARDING EMAIL ISSUES, PRIVILEGE ISSUES, AND OTHER REGULATORY ISSUES (.5); |
| | | | | | 0.50 | F | 5 | ATTENTION TO COMMUNICATIONS WITH S. ZEIG REGARDING REGULATORY HISTORY (.5). |
| | | | | | | | | MATTER NAME: Bankruptcy |
| 02/04/09 | Tharpe, L | 4.00 | 0.70 | 399.00 | 0.60 | F | 1 | ATTEND CONFERENCE CALL WITH W. THOMAS AND M. ELLISON REGARDING INFORMATION NEEDED FOR BANKRUPTCY COURT MOTION (.6); |
| Wed | 31068630/21 | | | | 0.50 | F | 2 | ATTENTION TO COMMUNICATIONS WITH S. ZEIG REGARDING PREPARING MOTION TO BE FILED IN BANKRUPTCY COURT (.5); |
| | | | | | 1.80 | F | 3 | REVIEW AND ANALYZE CORRESPONDENCE BETWEEN DBSI AND GOVERNMENT AGENCY, LEGAL ANALYSIS, AND STATUTORY BASIS FOR DISCUSSION WITH REGULATORS (1.8); |
| | | | | | 0.50 | F | 4 | DRAFT MEMORANDUM TO S. ZEIG REGARDING CORRESPONDENCE WITH GOVERNMENT AGENCY (.5); |
| | | | | | 0.40 | F | 5 | ANALYSIS REGARDING ADDITIONAL INFORMATION NEEDED FOR MOTION (.4); |
| | | | | | 0.20 | F | 6 | ATTENTION TO COMMUNICATIONS WITH M. LEWIS REGARDING EMAIL PRODUCTIONS (.2). |
| | | | | | | | | MATTER NAME: Bankruptcy |
| 02/05/09 | Tharpe, L | 0.20 | 0.20 | 114.00 | | F | 1 | ATTENTION TO COMMUNICATIONS WITH A. CLEARY REGARDING EMAIL PRODUCTIONS. |
| Thu | 31068630/27 | | | | | | | |
| | | | | | | | | MATTER NAME: Bankruptcy |
| 02/06/09 | Tharpe, L | 0.30 | 0.30 | 171.00 | | F | 1 | ATTENTION TO COMMUNICATIONS WITH M. NEIBURG REGARDING EXTENSION OF TIME TO RESPOND TO IDAHO COMPLAINT FILED BY DEPARTMENT OF FINANCE AND REGARDING STATUS OF RESPONSE. |
| Fri | 31068630/35 | | | | | | | |
| | | | | | | | | MATTER NAME: Bankruptcy |
| 02/09/09 | Tharpe, L | 2.40 | 2.40 | 1,368.00 | 0.30 | F | 1 | ATTENTION TO COMMUNICATIONS WITH J. HAN REGARDING STATUS OF SETTLEMENT AGREEMENT (.3); |
| Mon | 31068630/39 | | | | 0.40 | F | 2 | ATTENTION TO COMMUNICATIONS WITH W. THOMAS REGARDING SETTLEMENT AGREEMENT (.4); |
| | | | | | 0.40 | F | 3 | ATTENTION TO EMAIL RECEIVED FROM CLIENT FOR PRODUCTION (.4); |
| | | | | | 0.50 | F | 4 | ATTENTION TO PREPARING EMAIL FOR PRODUCTION (.5); |
| | | | | | 0.50 | F | 5 | DRAFT CORRESPONDENCE REGARDING PRODUCTION OF EMAIL (.5); |
| | | | | | 0.30 | F | 6 | ATTENTION TO COMMUNICATIONS WITH A. CLEARY REGARDING REQUEST TO REPRODUCE CERTAIN EMAIL (.3). |

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 02/10/09 Tue | Tharpe, L 31068630/49 | 2.30 | 1.20 | 684.00 | 0.40 0.40 0.40 0.50 0.30 0.30 | F F F F F F | 1 2 3 4 5 6 | *MATTER NAME: Bankruptcy* COMMUNICATIONS WITH W. THOMAS REGARDING FINALIZING AGREEMENT WITH FINRA (.4); ATTENTION TO COMMUNICATIONS WITH J. HAN REGARDING STATUS OF AGREEMENT (.4); REVIEW AND SIGN AGREEMENT AND DRAFT CORRESPONDENCE TO J. HAN REGARDING AGREEMENT (.4); ATTENTION TO REVIEWING EMAIL FOR PRIVILEGE AND PRODUCTION (.5); FOLLOW-UP WITH T. NELSON REGARDING STATUS OF EMAIL PRODUCTION (.3); ATTENTION TO COMMUNICATIONS WITH M. ELLISON REGARDING STRATEGY GOING FORWARD (.3). |
| 02/12/09 Thu | Pravda, S 31068630/74 | 1.50 | 0.40 | 318.00 | 0.40 0.40 0.70 | F F F | 1 2 3 | *MATTER NAME: Bankruptcy* REVIEW CAPITAL STRUCTURE OF STELLAR TECHNOLOGY AFFILIATES (.4); ATTENTION TO DEBT STRUCTURES ON SAME (.4); CONFERENCE WITH A. WARREN REGARDING DEAL TERMS FOR WESTERN ELECTRONICS SALE (.7). |
| 02/12/09 Thu | Tharpe, L 31068630/71 | 0.50 | 0.50 | 285.00 | 0.30 0.20 | F F | 1 2 | *MATTER NAME: Bankruptcy* ATTENTION TO REVIEWING EMAIL OF D. SWENSON FOR PRODUCTION (.3); ATTENTION TO COMMUNICATIONS REGARDING STATUS OF FINRA INQUIRIES (.2). |
| 02/13/09 Fri | Tharpe, L 31068630/84 | 1.10 | 0.80 | 456.00 | 0.80 0.30 | F F | 1 2 | *MATTER NAME: Bankruptcy* ATTENTION TO REVIEWING EMAIL OF D. SWENSON FOR PRODUCTION (.8); FOLLOW-UP WITH T. NELSON REGARDING STATUS OF EMAIL AND DOCUMENT PRODUCTION (.3). |
| 02/16/09 Mon | Tharpe, L 31068630/91 | 1.40 | 1.40 | 798.00 | 0.40 0.50 0.50 | F F F | 1 2 3 | *MATTER NAME: Bankruptcy* ATTENTION TO EMAIL RECEIVED FROM DBSI FOR PRODUCTION TO FINRA (.4); ATTENTION TO PREPARING EMAIL FOR PRODUCTION (.5); ATTENTION TO DRAFTING CORRESPONDENCE TO FINRA REGARDING PRODUCTION (.5). |
| 02/17/09 Tue | Tharpe, L 31068630/95 | 0.80 | 0.80 | 456.00 | 0.40 0.20 0.20 | F F F | 1 2 3 | *MATTER NAME: Bankruptcy* ATTENTION TO COMMUNICATIONS WITH FINRA REGARDING EMAIL PRODUCTIONS (.4); ATTENTION TO COMMUNICATIONS WITH A. CLEARY REGARDING EMAIL ISSUES (.2); ATTENTION TO COMMUNICATIONS WITH FINRA REGARDING ADDITIONAL DOCUMENT REQUESTS (.2). |
| 02/18/09 Wed | Tharpe, L 31068630/99 | 0.90 | 0.30 | 171.00 | 0.30 0.30 0.30 | F F F | 1 2 3 | *MATTER NAME: Bankruptcy* REVIEW CORRESPONDENCE FROM FINRA REQUESTING INFORMATION (.3); ANALYSIS REGARDING RESPONDING TO REQUEST (.3); ATTENTION TO COMMUNICATIONS WITH FINRA REGARDING EMAIL ISSUES (.3). |
| 02/19/09 Thu | Tharpe, L 31068630/103 | 6.00 | 0.40 | 228.00 | 5.60 0.40 | F F | 1 2 | *MATTER NAME: Bankruptcy* REVIEW AND ANALYZE EMAIL FOR PRIVILEGE IN PREPARATION FOR PRODUCTION (5.6); ATTENTION TO COMMUNICATIONS WITH FINRA REGARDING EMAIL (.4). |
| 02/23/09 Mon | Tharpe, L 31068630/110 | 1.90 | 0.60 | 342.00 | 0.80 0.40 0.20 0.50 | F F F F | 1 2 3 4 | *MATTER NAME: Bankruptcy* PREPARING EMAIL FOR PRODUCTION TO FINRA (.8); ATTENTION TO COMMUNICATIONS WITH FINRA REGARDING EMAIL (.4); ATTENTION TO COMMUNICATIONS WITH A. CLEARY REGARDING REVIEW OF PRIVILEGE EMAIL (.2); FINALIZE REVIEW OF PRIVILEGE EMAIL FOR PRODUCTION (.5). |

~ See the last page of exhibit for explanation

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 02/24/09 Tue | Tharpe, L 31068630/113 | 2.20 | 0.50 | 285.00 | | | | *MATTER NAME: Bankruptcy* |
| | | | | | 0.50 | F | 1 | DRAFT CORRESPONDENCE TO FINRA REGARDING PRODUCTION OF EMAIL (.5); |
| | | | | | 0.80 | F | 2 | FINALIZE REVIEW OF EMAIL FOR PRODUCTION (.8); |
| | | | | | 0.30 | F | 3 | ATTENTION TO COMMUNICATIONS WITH A. CLEARY REGARDING STATUS OF EMAIL REVIEW (.3); |
| | | | | | 0.40 | F | 4 | REVIEW FINAL SETTLEMENT WITH FINRA (.4); |
| | | | | | 0.20 | F | 5 | ATTENTION TO COMMUNICATIONS WITH W. THOMAS AND M. ELLISON REGARDING SETTLEMENT AGREEMENT (.2). |
| 02/26/09 Thu | Tharpe, L 31068630/126 | 1.70 | 0.60 | 342.00 | | | | *MATTER NAME: Bankruptcy* |
| | | | | | 0.30 | F | 1 | COMMUNICATIONS WITH W. THOMAS AND A. CLEARY REGARDING ADDITIONAL EMAIL FOR PRODUCTION (.3); |
| | | | | | 0.40 | F | 2 | REVIEW EMAIL PRODUCED TO DATE (.4); |
| | | | | | 0.40 | F | 3 | ATTENTION TO COMMUNICATIONS WITH FINRA REGARDING ADDITIONAL EMAIL FOR PRODUCTION (.4); |
| | | | | | 0.40 | F | 4 | REVIEW REQUEST FOR PAYMENT FROM FINRA (.4); |
| | | | | | 0.20 | F | 5 | ATTENTION TO COMMUNICATIONS WITH M. ELLISON AND W. THOMAS REGARDING PAYMENT REQUEST (.2). |
| 02/27/09 Fri | Tharpe, L 31068630/131 | 1.90 | 0.80 | 456.00 | | | | *MATTER NAME: Bankruptcy* |
| | | | | | 0.60 | F | 1 | COMMUNICATIONS WITH A. CLEARY REGARDING STATUS OF EMAIL PRODUCTION AND REGARDING ADDITIONAL EMAIL REMAINING FOR PRODUCTION (.6); |
| | | | | | 0.50 | F | 2 | REVIEW RECENT CORRESPONDENCE WITH FINRA REGARDING REQUEST FOR DOCUMENTS AND CERTIFICATION OF PRODUCTION (.5); |
| | | | | | 0.40 | F | 3 | ATTENTION TO COMMUNICATIONS WITH T. NELSON REGARDING STRATEGY FOR RESPONDING TO REQUESTS (.4); |
| | | | | | 0.40 | F | 4 | ATTENTION TO COMMUNICATIONS WITH FINRA REGARDING REQUESTS FOR DOCUMENTS AND CERTIFICATION (.4). |
| 03/02/09 Mon | Tharpe, L 31068757/1 | 2.10 | 0.80 | 456.00 | | | | *MATTER NAME: Bankruptcy* |
| | | | | | 0.50 | F | 1 | REVIEW REGULATORY JURISDICTIONAL RULES AND DEFINITIONS AND REVIEW OUTSTANDING REQUESTS IN PREPARATION FOR CONFERENCE CALL WITH REGULATOR STAFF (.5); |
| | | | | | 0.80 | F | 2 | ATTEND CONFERENCE CALL WITH REGULATOR STAFF REGARDING OUTSTANDING REQUESTS FOR DOCUMENTS (.8); |
| | | | | | 0.30 | F | 3 | ATTENTION TO COMMUNICATIONS WITH T. NELSON REGARDING NEXT STEPS IN RESPONDING TO REQUESTS (.3); |
| | | | | | 0.50 | F | 4 | ATTENTION TO PREPARING EMAIL FOR PRODUCTION (.5). |
| 03/03/09 Tue | Tharpe, L 31068757/5 | 3.80 | 3.00 | 1,710.00 | | | | *MATTER NAME: Bankruptcy* |
| | | | | | 0.80 | F | 1 | ATTENTION TO LEGAL RESEARCH AND ANALYSIS REGARDING SEC LAWSUIT FILED AGAINST TIC SPONSOR (.8); |
| | | | | | 2.40 | F | 2 | ATTENTION TO REVIEWING SEC PRESS RELEASE, COMPLAINT, MOTION FOR TEMPORARY RESTRAINING ORDER, AND OTHER DOCUMENTS REGARDING SEC LAWSUIT (2.4); |
| | | | | | 0.60 | F | 3 | ATTENTION TO COMMUNICATIONS WITH COUNSEL REGARDING SEC LAWSUIT (.6). |
| 03/05/09 Thu | Tharpe, L 31068757/8 | 0.30 | 0.30 | 171.00 | | | | *MATTER NAME: Bankruptcy* |
| | | | | | | F | 1 | ATTENTION TO COMMUNICATIONS WITH REGULATORS REGARDING EMAIL PRODUCTION. |
| 03/06/09 Fri | Tharpe, L 31068757/11 | 3.20 | 0.90 | 513.00 | | | | *MATTER NAME: Bankruptcy* |
| | | | | | 1.10 | F | 1 | REVIEW AND ANALYZE CORRESPONDENCE FROM BANKRUPTCY COURT JUDGE WALSH (1.1); |
| | | | | | 1.20 | F | 2 | REVIEW AND ANALYZE RESPONSES TO CORRESPONDENCE FROM JUDGE WALSH (1.2); |
| | | | | | 0.50 | F | 3 | ATTENTION TO PREPARING EMAIL FOR PRODUCTION TO REGULATORS (.5); |
| | | | | | 0.40 | F | 4 | ATTENTION TO COMMUNICATIONS WITH REGULATORS REGARDING PRODUCTION OF EMAIL (.4). |

~ See the last page of exhibit for explanation

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| | | | | | | | | MATTER NAME: Bankruptcy |
| 03/18/09 | Tharpe, L | 3.10 | 1.70 | 969.00 | 0.40 | F | 1 | REVIEW AND ANALYZE PRESS RELEASE FROM COUNSEL FOR IDAHO DEPARTMENT OF FINANCE (.4); |
| Wed | 31068757/58 | | | | 0.70 | F | 2 | COMMUNICATIONS WITH DBSI REGARDING STRATEGIES FOR RESPONDING TO PRESS RELEASE (.7); |
| | | | | | 1.30 | F | 3 | ATTENTION TO DRAFTING MEMORANDUM REGARDING SCOPE OF WORK IN PREPARING DEFINITIVE DISCUSSION OF ACCOUNTABLE RESERVE ISSUE (1.3); |
| | | | | | 0.40 | F | 4 | ATTENTION TO REVISIONS TO DRAFT MEMORANDUM PER MR. T. NELSON (.4); |
| | | | | | 0.30 | F | 5 | FOLLOW-UP WITH MR. S. BURR REGARDING MEMORANDUM AND REGARDING COORDINATING RESPONSE TO PRESS RELEASE (.3). |
| | | | | | | | | MATTER NAME: Bankruptcy |
| 03/22/09 | Tharpe, L | 0.70 | 0.30 | 171.00 | 0.40 | F | 1 | COMMUNICATIONS WITH REGULATOR REGARDING STATUS OF EMAIL PRODUCTION (.4); |
| Sun | 31068757/73 | | | | 0.30 | F | 2 | ATTENTION TO COMMUNICATIONS WITH W. THOMAS AND A. CLEARY REGARDING STATUS OF PRIVILEGE REVIEW (.3). |
| | | | | | | | | MATTER NAME: Bankruptcy |
| 03/23/09 | Tharpe, L | 1.40 | 1.00 | 570.00 | 0.30 | F | 1 | ATTENTION TO COMMUNICATIONS WITH W. THOMAS REGARDING STATUS OF EMAIL PRODUCTION AND PRIVILEGE REVIEW (.3); |
| Mon | 31068757/81 | | | | 0.40 | F | 2 | REVIEW CORRESPONDENCE FROM REGULATOR REGARDING REQUEST FOR ADDITIONAL DOCUMENTS AND INFORMATION (.4); |
| | | | | | 0.30 | F | 3 | ATTENTION TO COMMUNICATIONS WITH T. NELSON REGARDING NEW REQUEST (.3); |
| | | | | | 0.40 | F | 4 | ATTENTION TO COMMUNICATIONS WITH S. BURR AND J. GUERRERO REGARDING REVIEW OF PPMS AND OTHER DOCUMENTS IN CONNECTION WITH PREPARING COMPREHENSIVE MEMORANDUM REGARDING ACCOUNTABLE RESERVES (.4). |
| | | | | | | | | MATTER NAME: Bankruptcy |
| 03/24/09 | Tharpe, L | 2.30 | 1.90 | 1,083.00 | 0.80 | F | 1 | ATTENTION TO ANALYSIS OF REDEMPTION RESERVE (.8); |
| Tue | 31068757/97 | | | | 0.80 | F | 2 | ATTENTION TO COMMUNICATIONS WITH COUNSEL REGARDING REDEMPTION RESERVE AND REGARDING PROPOSAL TO UPDATE BLOG WITH INVESTOR QUESTIONS (.8); |
| | | | | | 0.40 | F | 3 | REVIEW NEW REQUEST FOR DOCUMENTS AND INFORMATION FROM GOVERNMENT AGENCY (.4); |
| | | | | | 0.30 | F | 4 | ATTENTION TO COMMUNICATIONS WITH T. NELSON REGARDING SAME (.3). |
| | | | | | | | | MATTER NAME: Bankruptcy |
| 03/24/09 | Warren, A | 0.20 | 0.10 | 54.00 | 0.10 | F | 1 | ATTENTION TO STRUCTURING TREATMENT OF OPERATIONAL COMPANIES (.1); |
| Tue | 31068757/100 | | | | 0.10 | F | 2 | DUE DILIGENCE REGARDING SAME (.1). |
| | | | | | | | | MATTER NAME: Bankruptcy |
| 03/25/09 | Tharpe, L | 2.10 | 1.80 | 1,026.00 | 0.80 | F | 1 | ATTENTION TO COMMUNICATIONS WITH COUNSEL REGARDING DEVELOPMENTS IN REGULATORY INVESTIGATION (.8); |
| Wed | 31068757/123 | | | | 0.40 | F | 2 | ATTENTION TO COMMUNICATIONS WITH COUNSEL REGARDING PROPOSAL TO UPDATE BLOG TO RESPOND TO INVESTOR QUESTIONS (.4); |
| | | | | | 0.30 | F | 3 | ATTENTION TO COMMUNICATIONS WITH W. THOMAS REGARDING STATUS OF PRIVILEGE REVIEW (.3); |
| | | | | | 0.30 | F | 4 | ATTENTION TO PREPARATION OF MEMORANDUM DETAILING ACCOUNTABLE RESERVES ISSUE (.3); |
| | | | | | 0.30 | F | 5 | ATTENTION TO LEGAL RESEARCH REGARDING IMPACT OF ACCOUNTABLE RESERVES IN BANKRUPTCY CONTEXT (.3). |
| | | | | | | | | MATTER NAME: Bankruptcy |
| 03/26/09 | Tharpe, L | 2.00 | 1.20 | 684.00 | 0.80 | F | 1 | ATTENTION TO DISCUSSIONS WITH COUNSEL AND CLIENT REGARDING PROPOSAL TO UPDATE BLOG TO RESPOND TO INVESTOR QUESTIONS AND CONCERNS (.8); |
| Thu | 31068757/136 | | | | 0.80 | F | 2 | PREPARE FOR AND ATTEND CONFERENCE CALL WITH COUNSEL REGARDING UPDATE ON REGULATORY INQUIRY, ANNOUNCEMENT OF PRIORITIES OF ENFORCEMENT STAFF OF REGULATORS, AND REGARDING REDEMPTION RESERVES (.8); |
| | | | | | 0.40 | F | 3 | ATTENTION TO ORDER ENTERED BY BANKRUPTCY COURT REGARDING APPOINTMENT OF EXAMINER (.4). |

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 03/27/09 Fri | Tharpe, L 31068757/154 | 3.30 | 2.40 | 1,368.00 | 0.50 | F | 1 | MATTER NAME: Bankruptcy |
| | | | | | | | | ATTENTION TO COMMUNICATIONS WITH REGULATOR REGARDING REQUEST FOR ADDITIONAL DOCUMENTS (.5); |
| | | | | | 0.40 | F | 2 | ANALYSIS OF ISSUES SURROUNDING JURISDICTION OF REGULATOR TO REQUEST INFORMATION (.4); |
| | | | | | 0.40 | F | 3 | ATTENTION TO COMMUNICATIONS WITH BANKRUPTCY COURT REQUESTING INFORMATION REGARDING TAX OPINIONS AND CREDITORS' COMMITTEE ISSUES (.4); |
| | | | | | 0.50 | F | 4 | ATTENTION TO COMMUNICATIONS WITH REGULATORS REGARDING STATUS OF PENDING REQUEST (.5); |
| | | | | | 0.30 | F | 5 | ATTENTION TO COMMUNICATIONS WITH T. NELSON REGARDING STRATEGY FOR RESPONDING TO REGULATORS (.3); |
| | | | | | 0.50 | F | 6 | DRAFT CORRESPONDENCE CONFIRMING FOLEY & LARDNER LLP'S REPRESENTATION OF DBSI (.5); |
| | | | | | 0.20 | F | 7 | ATTENTION TO COMMUNICATIONS WITH W. THOMAS REGARDING STATUS OF PRIVILEGE REVIEW OF EMAILS (.2); |
| | | | | | 0.30 | F | 8 | ATTENTION TO COMMUNICATIONS WITH M. ELLISON REGARDING REGULATORY REQUEST REGARDING D. SWENSON (.3); |
| | | | | | 0.20 | F | 9 | ATTENTION TO CONTACTING COUNSEL FOR D. SWENSON (.2). |
| 03/30/09 Mon | Tharpe, L 31068757/163 | 2.30 | 1.90 | 1,083.00 | 0.80 | F | 1 | MATTER NAME: Bankruptcy |
| | | | | | | | | ATTENTION TO COMMUNICATIONS WITH C. O'NEILL AND S. BRIDEN REGARDING PENDING REGULATORY REQUESTS (.8); |
| | | | | | 0.40 | F | 2 | FOLLOW-UP WITH M. ELLISON AND T. NELSON (.4); |
| | | | | | 0.40 | F | 3 | ATTENTION TO STATUS OF SETTLEMENT DISCUSSIONS WITH TIC INVESTORS(.4); |
| | | | | | 0.40 | F | 4 | ATTENTION TO COMMUNICATIONS WITH BANKRUPTCY COUNSEL REGARDING STATUS OF VARIOUS BANKRUPTCY ISSUES (.4); |
| | | | | | 0.30 | F | 5 | ATTENTION TO COMMUNICATIONS WITH W. THOMAS REGARDING STATUS OF PRIVILEGE REVIEW OF EMAIL (.3). |
| 03/31/09 Tue | Tharpe, L 31068757/174 | 3.70 | 1.80 | 1,026.00 | 1.10 | F | 1 | MATTER NAME: Bankruptcy |
| | | | | | | | | REVIEW NUMEROUS DOCUMENTS RELATED TO RETAINED RESERVES AND TO SEC LAWSUIT AGAINST SUNWEST IN PREPARATION FOR CALL REGARDING STRATEGY SESSION (1.1); |
| | | | | | 0.80 | F | 2 | ATTEND STRATEGY SESSION CALL REGARDING RETAINED RESERVE ISSUES, STATUS OF REGULATORY MATTERS, AND STATUS OF ACCOUNTABLE RESERVES MEMORANDUM (.8); |
| | | | | | 0.70 | F | 3 | ATTENTION TO PREPARATION OF DISPOSITIVE MEMORANDUM REGARDING ACCOUNTABLE RESERVES ISSUE (.7); |
| | | | | | 0.80 | F | 4 | ATTENTION TO COMMUNICATIONS WITH COUNSEL REGARDING BANKRUPTCY ISSUES, INCLUDING APPOINTMENT OF EXAMINER AND SETTLEMENT DISCUSSIONS WITH TIC INVESTORS (.8); |
| | | | | | 0.30 | F | 5 | ATTENTION TO COMMUNICATIONS WITH W. THOMAS REGARDING RESPONDING TO ONGOING GOVERNMENT AGENCY INQUIRIES (.3). |
| 04/01/09 Wed | Tharpe, L 31068764/16 | 3.70 | 1.10 | 627.00 | 1.50 | F | 1 | MATTER NAME: Bankruptcy |
| | | | | | | | | PREPARE FOR AND ATTEND CONFERENCE CALL WITH M. ELLISON, T. BANDUCCI, R. RILEY, AND COUNSEL REGARDING STATUS OF REGULATORY MATTERS, STATUS OF BANKRUPTCY PROCEEDING, ANALYSIS OF LITIGATION AND REGULATORY EXPOSURE, STATUS OF ACCOUNTABLE RESERVES MEMORANDUM, AND OTHER ISSUES (1.5); |
| | | | | | 0.80 | F | 2 | ATTENTION TO PREPARING MEMORANDUM REGARDING ACCOUNTABLE RESERVES ISSUE (.8); |
| | | | | | 1.10 | F | 3 | ANALYSIS OF DOCUMENTS RELATING TO ACCOUNTABLE RESERVES ISSUES, INCLUDING BALANCE SHEET AND FINANCIAL DISCLOSURES (1.1); |
| | | | | | 0.30 | F | 4 | ATTENTION TO COMMUNICATIONS WITH COUNSEL FOR D. SWENSON REGARDING FINRA INQUIRY (.3). |
| 04/06/09 Mon | Loew, L 31068764/74 | 5.50 | 1.30 | 448.50 | 1.70 | F | 1 | MATTER NAME: Bankruptcy |
| | | | | | | | | RESEARCH CHOICE OF LAW APPROACHES FOR TORT CLAIMS, INCLUDING ELEMENTS AND APPLICABILITY OF EACH APPROACH FOR CHOICE OF LAW MEMORANDUM (1.7); |
| | | | | | 1.50 | F | 2 | DRAFT PORTION OF MEMORANDUM RELATING TO TORT CHOICE OF LAW APPROACHES AND IMPACT ON POTENTIAL CLAIMS (1.5); |
| | | | | | 0.50 | F | 3 | ANALYSIS OF CHOICE OF LAW PROVISIONS IN VARIOUS CONTRACTS FOR VARIOUS TRANSACTIONS (0.5); |
| | | | | | 0.50 | F | 4 | MEETING WITH M.TOMLINSON REGARDING SAME (.5); |
| | | | | | 1.30 | F | 5 | ATTENTION TO DRAFTING CHOICE OF LAW PROVISIONS PORTION OF MEMORANDUM (1.3). |
| 04/07/09 Tue | Warren, A 31068764/113 | 4.60 | 4.60 | 2,484.00 | | F | 1 | MATTER NAME: Bankruptcy |
| | | | | | | | | ATTENTION TO ANALYSIS OF DEBT AND EQUITY STRUCTURES. |

~ See the last page of exhibit for explanation

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 04/08/09 Wed | Tharpe, L 31068764/121 | 0.50 | 0.50 | 285.00 | 0.50 | F | 1 | MATTER NAME: Bankruptcy<br>ATTENTION TO COMMUNICATIONS WITH COUNSEL REGARDING DBSI BOARD MEETING PRESENTATION OUTLINE AND REVISIONS TO OUTLINE (.5). |
| 04/08/09 Wed | Tharpe, L 31068764/122 | 0.60 | 0.60 | 342.00 | 0.60 | F | 1 | MATTER NAME: Bankruptcy<br>ATTENTION TO COMMUNICATIONS WITH COUNSEL REGARDING PREPARATIONS FOR BOARD MEETING (.6). |
| 04/10/09 Fri | Tharpe, L 31068764/165 | 6.40 | 0.40 | 228.00 | 2.70 | F | 1 | MATTER NAME: Bankruptcy<br>REVIEW AND REVISE SECTION OF ACCOUNTABLE RESERVE MEMORANDUM REGARDING FORMAL AND INFORMAL TRUST AND FIDUCIARY RELATIONSHIPS (2.7); |
| | | | | | 1.20 | F | 2 | FOLLOW-UP LEGAL RESEARCH REGARDING FIDUCIARY DUTIES AND CONSTRUCTIVE TRUSTS (1.2); |
| | | | | | 0.80 | F | 3 | ATTENTION TO REVISING SECTION OF ACCOUNTABLE RESERVE MEMORANDUM REGARDING CHOICE OF LAW PROVISIONS (.8); |
| | | | | | 0.80 | F | 4 | REVIEW REVISED SECTIONS OF MEMORANDUM (.8); |
| | | | | | 0.40 | F | 5 | ATTENTION TO OUTCOME OF BOARD OF DIRECTORS MEETING (.4); |
| | | | | | 0.50 | F | 6 | REVIEW TRANSCRIPT OF BANKRUPTCY HEARING REGARDING PROPOSED SETTLEMENT WITH TIC INVESTORS (.5). |
| 04/13/09 Mon | Tharpe, L 31068764/178 | 5.50 | 0.30 | 171.00 | 4.80 | F | 1 | MATTER NAME: Bankruptcy<br>REVIEW AND REVISE LEGAL MEMORANDUM REGARDING ACCOUNTABLE RESERVE ISSUES (4.8); |
| | | | | | 0.30 | F | 2 | ATTENTION TO COMMUNICATIONS WITH CLIENT REGARDING REDEMPTION RESERVES ISSUE AND STRATEGY GOING FORWARD (.3); |
| | | | | | 0.40 | F | 3 | COMMUNICATIONS WITH J. GUERRERA REGARDING ACCOUNTABLE RESERVE MEMORANDUM (.4). |
| 04/16/09 Thu | Tharpe, L 31068764/221 | 4.10 | 1.10 | 627.00 | 2.20 | F | 1 | MATTER NAME: Bankruptcy<br>PREPARE FOR AND ATTEND CONFERENCE CALL REGARDING REVISING AND REWRITING ACCOUNTABLE RESERVES MEMORANDUM (2.2); |
| | | | | | 0.50 | F | 2 | ATTENTION TO BEGINNING REVISIONS AND REWRITES TO ACCOUNTABLE RESERVES MEMORANDUM (.5); |
| | | | | | 0.40 | F | 3 | REVIEW PROPOSED REVISIONS TO ACCOUNTABLE RESERVES MEMORANDUM (.4); |
| | | | | | 0.30 | F | 4 | ATTENTION TO COMMUNICATIONS WITH W. THOMAS REGARDING STATUS OF EMAIL PRIVILEGE REVIEW (.3); |
| | | | | | 0.30 | F | 5 | ATTENTION TO COMMUNICATIONS WITH S. BRIDEN REGARDING TIMELINE FOR PRODUCTION OF EMAIL (.3); |
| | | | | | 0.40 | F | 6 | REVIEW CORRESPONDENCE FROM REGULATORS REGARDING VARIOUS ISSUES REGARDING PRODUCTION OF DOCUMENTS (.4). |
| 04/20/09 Mon | Tharpe, L 31068764/258 | 1.20 | 1.20 | 684.00 | 0.80 | F | 1 | MATTER NAME: Bankruptcy<br>ATTENTION TO REVISIONS TO DRAFT MEMORANDUM REGARDING ACCOUNTABLE RESERVES ISSUES (.8); |
| | | | | | 0.40 | F | 2 | ATTENTION TO REVIEWING ADDITIONAL DOCUMENTS REGARDING REVISIONS TO MEMORANDUM (.4). |
| 04/22/09 Wed | Tharpe, L 31068764/289 | 4.60 | 1.60 | 912.00 | 1.80 | F | 1 | MATTER NAME: Bankruptcy<br>CONTINUE REVISING MEMORANDUM REGARDING ACCOUNTABLE RESERVE ISSUE (1.8); |
| | | | | | 0.70 | F | 2 | PREPARE FOR AND ATTEND CONFERENCE CALL WITH S. BARBATANO REGARDING ADDITIONAL REVISIONS TO ACCOUNTABLE RESERVES MEMORANDUM (.7); |
| | | | | | 1.30 | F | 3 | ATTENTION TO REVISING MEMORANDUM PER S. BARBATANO (1.3); |
| | | | | | 0.50 | F | 4 | REVIEW DRAFT PRIVILEGE LOG REGARDING EMAIL PRODUCED TO REGULATORS (.5); |
| | | | | | 0.30 | F | 5 | ATTENTION TO COMMUNICATIONS WITH REGULATORS REGARDING PRODUCTION OF PRIVILEGE LOG (.3). |
| 04/27/09 Mon | Hall, K 31068764/325 | 0.10 | 0.10 | 21.50 | | F | 1 | MATTER NAME: Bankruptcy<br>FOLLOW-UP ON STATUS OF EXCEL FILES FOR PREVIOUSLY FILED MONTHLY FEE STATEMENTS. |

~ See the last page of exhibit for explanation

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *MATTER NAME: Bankruptcy* |
| 04/27/09 | Tharpe, L | 4.70 | 0.80 | 456.00 | 1.80 | F | 1 | ADDITIONAL REVISIONS TO LEGAL MEMORANDUM REGARDING ACCOUNTABLE RESERVES ISSUE (1.8); |
| Mon | 31068764/334 | | | | 0.80 | F | 2 | PREPARATION OF CHRONOLOGY REGARDING ACCOUNTABLE RESERVES ISSUES (.8); |
| | | | | | 0.50 | F | 3 | REVIEW CORRESPONDENCE FROM REGULATOR REGARDING PRODUCTION OF EMAIL (0.5); |
| | | | | | 0.30 | F | 4 | COMMUNICATIONS WITH MR. W. THOMAS REGARDING COMMUNICATIONS WITH REGULATOR (.3); |
| | | | | | 0.50 | F | 5 | REVIEW ANALYSIS REGARDING ADDITIONAL INFORMATION TO BE DISCLOSED TO THE COURT (.5); |
| | | | | | 0.80 | F | 6 | ATTENTION TO ANALYSIS REGARDING ""NO COMMINGLING"" LANGUAGE (.8). |
| | | | | | | | | *MATTER NAME: Bankruptcy* |
| 04/29/09 | Hall, K | 0.20 | 0.10 | 21.50 | 0.10 | F | 1 | FOLLOW-UP ON STATUS OF MONTHLY FEE STATEMENTS IN EXCEL FORMAT TO BE PROVIDED TO FEE EXAMINER (.1); |
| Wed | 31068764/342 | | | | 0.10 | F | 2 | RECEIVE AND FORWARD SAME TO DEBTORS' COUNSEL FOR SUBMISSION TO FEE EXAMINER (.1). |
| Total | | | 47.20 | $26,489.50 | | | | |
| Number of Entries: | 45 | | | | | | | |

EXHIBIT E
OTHER VAGUELY DESCRIBED ACTIVITIES
Foley & Lardner LLP


SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Hall, K | 0.20 | 43.00 |
| Loew, L | 1.30 | 448.50 |
| Pravda, S | 0.40 | 318.00 |
| Tharpe, L | 40.60 | 23,142.00 |
| Warren, A | 4.70 | 2,538.00 |
| | 47.20 | $26,489.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Bankruptcy | 47.20 | 26,489.50 |
| | 47.20 | $26,489.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL

EXHIBIT I
ADMINISTRATIVE ACTIVITIES
Foley & Lardner LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Manzi, J | 0.20 | 136.00 |
| Shankar, A | 0.40 | 136.00 |
| | 0.60 | $272.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Bankruptcy | 0.60 | 272.00 |
| | 0.60 | $272.00 |

EXHIBIT I  PAGE 1 of 3

EXHIBIT I
ADMINISTRATIVE ACTIVITIES
Foley & Lardner LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *MATTER NAME: Bankruptcy* |
| 02/13/09 | Manzi, J | 1.90 | 0.20 | 136.00 | 0.30 | F | 1 | REVIEW PROPOSED REVISIONS TO ASSET PURCHASE AGREEMENT (.3): |
| Fri | 31068630/82 | | | | 0.10 | F | 2 | E-MAIL EXCHANGE REGARDING SAME WITH J. BARRY (.1); |
| | | | | | 0.50 | F | 3 | ANALYZE POTENTIAL SOLUTION TO PERCENTAGE INTEREST ERRORS (.5); |
| | | | | | 0.20 | F | 4 | DESCRIBE RESEARCH PROJECT TO V. KNIGHT AND A. RODRIQUEZ (.2): |
| | | | | | 0.30 | F | 5 | DISCUSS PROPOSED REVISIONS TO APA WITH J. BARRY (.3): |
| | | | | | 0.30 | F | 6 | FURTHER WORK ON STATE BY STATE REVIEW REGARDING ROUNDING ERROR RESOLUTION (.3): |
| | | | | | 0.20 | F | 7 | PHONE CALL WITH C. SANTANIELLO REGARDING ROUNDING ERROR (.2). |
| | | | | | | | | *MATTER NAME: Bankruptcy* |
| 04/17/09 | Shankar, A | 1.80 | 0.40 | 136.00 | 1.40 | F | 1 | CONDUCT PRELIMINARY REVIEW OF DDBS FOR RELEVANT TERMS AND CREATE SPREADSHEET TO CONTAIN NEW INFORMATION ( 1.4): |
| Fri | 31068764/236 | | | | 0.40 | F | 2 | ORGANIZE STAFF TO ASSIST WITH ENTERING DATA ( .4). |
| | | | | | | | | |
| Total | | | 0.60 | $272.00 | | | | |
| Number of Entries: | 2 | | | | | | | |

EXHIBIT I
ADMINISTRATIVE ACTIVITIES
Foley & Lardner LLP


SUMMARY OF HOURS AND FEES BY INDIVIDUAL


| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Manzi, J | 0.20 | 136.00 |
| Shankar, A | 0.40 | 136.00 |
| | 0.60 | $272.00 |


SUMMARY OF HOURS AND FEES BY MATTER


| MATTER NAME | HOURS | FEES |
|---|---|---|
| Bankruptcy | 0.60 | 272.00 |
| | 0.60 | $272.00 |


(-) REASONS FOR TASK HOUR ASSIGNMENTS
F    FINAL BILL

EXHIBIT I  PAGE 3 of 3

EXHIBIT J
CLERICAL ACTIVITIES
Foley & Lardner LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Hall, K | 0.60 | 129.00 |
| Recob, A | 0.10 | 25.00 |
| Willoughby, J | 7.60 | 1,938.00 |
| | 8.30 | $2,092.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Bankruptcy | 8.30 | 2,092.00 |
| | 8.30 | $2,092.00 |

EXHIBIT J
CLERICAL ACTIVITIES
Foley & Lardner LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 02/02/09 Mon | Willoughby, J 31068630/7 | 2.00 | 2.00 | 510.00 | | F | 1 | *MATTER NAME: Bankruptcy* PREPARE ELECTRONIC DATA FOR PRODUCTION AT ATTORNEY REQUEST. |
| 02/03/09 Tue | Willoughby, J 31068630/17 | 0.30 | 0.30 | 76.50 | | F | 1 | *MATTER NAME: Bankruptcy* PREPARE ELECTRONIC DATA FOR PRODUCTION AT ATTORNEY REQUEST. |
| 02/09/09 Mon | Willoughby, J 31068630/40 | 1.00 | 1.00 | 255.00 | | F | 1 | *MATTER NAME: Bankruptcy* PREPARE ELECTRONIC MEDIA FOR PRODUCTION AT ATTORNEY REQUEST. |
| 02/12/09 Thu | Willoughby, J 31068630/73 | 0.20 | 0.20 | 51.00 | | F | 1 | *MATTER NAME: Bankruptcy* PREPARE ELECTRONIC DATA FOR TRANSMITTAL AT ATTORNEY REQUEST. |
| 02/13/09 Fri | Willoughby, J 31068630/86 | 0.80 | 0.80 | 204.00 | | F | 1 | *MATTER NAME: Bankruptcy* PREPARE ELECTRONIC DOCUMENTS FOR ATTORNEY REVIEW. |
| 02/23/09 Mon | Willoughby, J 31068630/111 | 0.50 | 0.50 | 127.50 | | F | 1 | *MATTER NAME: Bankruptcy* PREPARE ELECTRONIC DATABASE SEARCHES IN PREPARATION FOR PRODUCTION OF ELECTRONIC DOCUMENTS. |
| 02/24/09 Tue | Willoughby, J 31068630/115 | 2.80 | 2.80 | 714.00 | | F | 1 | *MATTER NAME: Bankruptcy* PREPARE ELECTRONIC DOCUMENTS FOR PRODUCTION AT ATTORNEY REQUEST. |
| 04/06/09 Mon | Recob, A 31068764/82 | 0.10 | 0.10 | 25.00 | | F | 1 | *MATTER NAME: Bankruptcy* ARRANGING FOR COPYING OF DISK WITH RESPECT TO RESPONSE TO GOVERNMENT AGENCY. |
| 04/13/09 Mon | Hall, K 31068764/175 | 1.00 | 0.60 | 129.00 | 0.40 0.10 0.10 0.20 0.20 | F F F F F | 1 2 3 4 5 | *MATTER NAME: Bankruptcy* REVIEW COURT DOCKET FOR RECENT FILINGS AND PROVIDE ITEMS OF INTEREST TO S. BARBATANO (.4); RECEIVE REQUEST FROM S. BARBATANO FOR TELEPHONIC APPEARANCE ON APRIL 15 (.1); SEND EMAIL TO K. BECK INQUIRING AS TO PROCEDURES FOR TELEPHONIC APPEARANCE (.1); SET UP TELEPHONIC APPEARANCE FOR S. BARBATANO (.2); RECEIPT AND REVIEW OF CONFIRMATION FOR TELEPHONIC APPEARANCE AND FORWARD DIAL IN INSTRUCTIONS AND PARTICIPANT CODE INFORMATION TO S. BARBATANO (.2). |
| Total Number of Entries: 9 | | | 8.30 | $2,092.00 | | | | |

~ See the last page of exhibit for explanation

EXHIBIT J
CLERICAL ACTIVITIES
Foley & Lardner LLP


SUMMARY OF HOURS AND FEES BY INDIVIDUAL


| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Hall, K | 0.60 | 129.00 |
| Recob, A | 0.10 | 25.00 |
| Willoughby, J | 7.60 | 1,938.00 |
| | 8.30 | $2,092.00 |


SUMMARY OF HOURS AND FEES BY MATTER


| MATTER NAME | HOURS | FEES |
|---|---|---|
| Bankruptcy | 8.30 | 2,092.00 |
| | 8.30 | $2,092.00 |


(-) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL

| TIMEKEEPER NAME | HOURS | FEES AT FULL RATE | FEES AT HALF RATE |
|---|---|---|---|
| Burr, S | 20.30 | 11,289.00 | 5,644.50 |
|  | 20.30 | $11,289.00 | $5,644.50 |

| MATTER NAME | HOURS | FEES AT FULL RATE | FEES AT HALF RATE |
|---|---|---|---|
| Bankruptcy | 20.30 | 11,289.00 | 5,644.50 |
|  | 20.30 | $11,289.00 | $5,644.50 |

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | ~ | | DESCRIPTION |
|------|----------------|-------------|-------|------|---|---|-------------|
| 04/09/09 Thu | Burr, S 31068764/160 | 8.10 | 8.10 | 6,439.50 | F | 1 | *MATTER NAME: Bankruptcy*<br>WORKING TRAVEL TO CLIENT BOARD OF DIRECTORS MEETING - PREPARING MATERIALS FOR MEETING. |
| 04/09/09 Thu | Burr, S 31068764/161 | 6.90 | 6.90 | 2,742.75 | F | 1 | *MATTER NAME: Bankruptcy*<br>NON-WORKING TRAVEL RETURN FROM BOARD OF DIRECTORS MEETING. |
| 04/10/09 Fri | Burr, S 31068764/173 | 5.30 | 5.30 | 2,106.75 | F | 1 | *MATTER NAME: Bankruptcy*<br>NON-WORKING TRAVEL - RETURN FROM BOARD OF DIRECTORS MEETING. |
| Total<br>Number of Entries: 3 | | | 20.30 | $11,289.00 | | | |

~  See the last page of exhibit for explanation

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES AT FULL RATE | FEES AT HALF RATE |
|---|---|---|---|
| Burr, S | 20.30 | 11,289.00 | 5,644.50 |
| | 20.30 | $11,289.00 | $5,644.50 |

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES AT FULL RATE | FEES AT HALF RATE |
|---|---|---|---|
| Bankruptcy | 20.30 | 11,289.00 | 5,644.50 |
| | 20.30 | $11,289.00 | $5,644.50 |

(~) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL