**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DBSI, INC., et al. | ) Case No. 08-12687(PJW) |
| | ) |
| Debtors. | ) Jointly Administered |

## ORDER

For the reasons set forth in the Court's memorandum opinion of this date, the motions (Doc. ## 3562, 3564, 3567, and 4371.) of Bank of the Cascades for entry of orders lifting the automatic stay and for declaratory judgment are denied.

*/s/ Peter J. Walsh*

Peter J. Walsh
United States Bankruptcy Judge

Dated: May 12, 2010