IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                         )
In re                                        )    Chapter 11
                                         )
DBSI, INC., *et al.*,                  )    Case No. 08-12687 (PJW)
                                         )    Jointly administered
         Debtors.           )
_____ )

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on May 14, 2010, copies of the documents listed below were served on the parties listed on the attached service list in the manner indicated.

- First Request For Production Of Documents By Beth Mccaslin To The Official Committee Of Unsecured Creditors;

- First Request For Production Of Documents By F. Pelzer Lynah Jr., Trustee Of The F. Pelzer Lynah Jr. Revocable Trust Dtd 02 01 2006, To The Official Committee Of Unsecured Creditors;

- First Request For Production Of Documents By Allan F. & Joanne S. Lyons, Trustees Of The Allan & Joanne Lyons Trust U T A Dtd 8 7 00, To The Official Committee Of Unsecured Creditors;

- First Request For Production Of Documents By Lori Marlenee To James R. Zazzali, Chapter 11 Trustee For Estate Of DBSI, Inc., *et al*., Debtors;

- First Request For Production Of Documents By Charles F. & Joana Buckley, Trustees Of The Buckley Family Trust, To James R. Zazzali, Chapter 11 Trustee For Estate Of DBSI, Inc., *et al*., Debtors;

- First Request For Production Of Documents By James Brandt To James R. Zazzali, Chapter 11 Trustee For Estate Of DBSI, Inc., *et al*., Debtors;

- First Set Of Interrogatories By Beth Mccaslin To The Official Committee Of Unsecured Creditors;

- First Set Of Interrogatories By F. Pelzer Lynah Jr., Trustee Of The F. Pelzer Lynah Jr. Revocable Trust Dtd 02 01 2006, To The Official Committee Of Unsecured Creditors;

- First Set Of Interrogatories By Allan F. & Joanne S. Lyons, Trustees Of The Allan & Joanne Lyons Trust U T A Dtd 8 7 00, To The Official Committee Of Unsecured Creditors;

- First Set Of Interrogatories By Lori Marlenee To James R. Zazzali, Chapter 11 Trustee For Estate Of DBSI, Inc., *et al.*, Debtors;

- First Set Of Interrogatories By Charles F. & Joana Buckley, Trustees Of The Buckley Family Trust, To James R. Zazzali, Chapter 11 Trustee For Estate Of DBSI, Inc., *et al.*, Debtors; And

- First Set Of Interrogatories By James Brandt To James R. Zazzali, Chapter 11 Trustee For Estate Of DBSI, Inc., *et al.*, Debtors.

Dated: May 18, 2010　　　　　　　　　　STEVENS & LEE, P.C.

　　　　　　　　　　　　　　　　　　　　　/s/ *John D. Demmy*
　　　　　　　　　　　　　　　　　　　John D. Demmy (DE Bar No. 2802)
　　　　　　　　　　　　　　　　　　　1105 North Market Street, 7th Floor
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　Tel: (302) 425-3308
　　　　　　　　　　　　　　　　　　　Fax: (610) 371-8515
　　　　　　　　　　　　　　　　　　　E-Mail: jdd@stevenslee.com

　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　BEST & FLANAGAN LLP
　　　　　　　　　　　　　　　　　　　Patrick B. Hennessy (#124412)
　　　　　　　　　　　　　　　　　　　Bradley F. Williams (#027432X)
　　　　　　　　　　　　　　　　　　　225 South Sixth Street, Suite 4000
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402-4690
　　　　　　　　　　　　　　　　　　　Tel: (612) 339-7121
　　　　　　　　　　　　　　　　　　　Fax: (612) 339-5897

　　　　　　　　　　　　　　　　　　　Attorneys for certain creditors of DBSI 2008
　　　　　　　　　　　　　　　　　　　Development Opportunity Fund LLC

**Service List**

**VIA ELECTRONIC MAIL:**

Lucy Hermann
amigos@snowcrest.net

Nathan A. Schultz
schultzn@gtlaw.com

Brian Mcmahon
bmcmahon@gibbonslaw.com

Karen Giannelli
kgiannelli@gibbonslaw.com

**VIA HAND DELIVERY:**

William R. Firth, III
Gibbons P.C.
1000 N. West Street, Suite 1200
Wilmington, DE 19801

**VIA ELECTRONIC AND FIRST CLASS MAIL:**

Richard Schepacarter
Office of the United States Trustee
844 King Street - Suite 2207
Lockbox # 35
Wilmington, DE 19801

Donald J. Detweiler
Dennis Meloro
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**

Danny and Debra Sheehan
120 Mulberry Place
Paducah, Kentucky 42001

Samuel E. Rossi
1605-166th Ave NE
Ham Lake, MN 55304

Richard & Bettye Thomes
210 Steeplechase Drive
Irving, Texas 75062

Miriam B. Booth
5364 Lakemont Himrod Road
Dundee, NY 14837-8825

Norman M. Monhait, Esquire
Rosenthal, Monhait & Goddess, PA
Citizens Bank Center, Suite 1401
919 Market Street, PO Box 1070
Wilmington, DE 19899

Craig A. Barbarosh, Esquire
David A. Crichlow, Esquire
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039

Sam Steensen – IRA
801 Oak Street
Guthrie Center, IA 501 15

Janice and Richard Wolf
8 Lawson Drive
Madison, CT 06443

Cristi Jakubik and John Jakubik
2600 Berenson Lane
Austin, TX 78746

Scott & Lourdes Richardson
173 Vine Street
San Carlos, CA 94070

William F. Taylor, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8" Floor
Wilmington, DE 19801

R. Craig Martin, Esquire
EDWARDS ANGELL PALMER & DODGE LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801

Giuseppe Toriello
690 Island Way #802
Clearwater, FL 33767

Robert Osborn
3929 66th Street
Urbandale-Des Moines, Iowa 50322

John G. Harris, Esquire
Brian M. Gottesman, Esquire
Berger Harris, LLC
1201 North Orange Street, 3rd Floor
Wilmington, DE 19801

Karen C. Bifferato, Esquire
N. Christopher Griffths, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

Robert N. Cummings
5441 W. Mohawk Lane
Glendale, AZ 85308-9330

Wayne A. Miller
575 Second Street
Westhope, ND 58793

Peter C. Sandberg, Esquire
Sandberg & Sandburg, LLC
4057 28th Street NW, Suite 300
Rochester, Minnesota 55901

James Davies
Box 392
Ketchum, Indiana 83340

David S. Walls, Esquire
Moore & Van Allen, PLLC
100 North Tyron Street
47" Floor
Charlotte, NC 28202

Monica S. Blacker, Esquire
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201

David & Rosemary Tabbut
777 Hammond Ave SE
Buffalo, NY 55313

Joseph Grey, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

Troy Savenko, Esquire
Gregory Kaplan, PLC
7 East Second Street
P.O. Box 2470
Richmond, VA 23218-2470

Charles J. Brown, III, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

Dale W. and Marilyn R. Hedstrand
5886 N. Kitkery Court
Shoreview, MN 551 10

Hanh Pham
3435 West Danbury Drive, B105
Phoenix, AZ 85053

R. Craig Martin, Esquire
Cynthia Baldwin, Esquire
Edwards Angel1 Palmer & Dodge, LLP
91 North Market Street, Suite 1500
Wilmington, DE 19801

Stephen Anthony Avilla, Esquire
225 West Winton Avenue I Suite L77
Hayward, California 94544

Cheryl Lynn Sherman
HC 1 Box 903
Sonoita, AZ 85637

Neil B. Glassman
Ashley B. Stitzer
Daniel A. O'Brien
Bayard, P.A.
222 Delaware Ave., Suite 900
Wilmington, DE 19899

Gene E. Loverink
1701 Campus Drive #34344
Clive, IA 50325

John G. Rupert
400 Teryl Rd. #4
Naples, FL 34112