ARLYN T VIK
2454 EAST PALM CANYON DRIVE #2C
PALM SPRINGS CA 92264
760 864-7337



MAY 31, 2010

JUSTICE PETER J WALSH
U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
824 MARKET STREET 6TH FLOOR
WILMINGTON, DE 19801-4937

JUSTICE WALSH:

IT HAS BEEN SOME TIME SINCE I HAVE LEARNED OF ANY PROGRESS
BEING MADE IN THE LIQUIDATION OF DBSI ASSETTS TO PAY OFF THE
BOND HOLDERS. (ATTACHED)

PLEASE RESPOND AS SOON AS POSSIBLE. I AM 70 YEARS OLD AND WITH
THE STATE OF THE MARKET ETC. I COULD REALLY USE THE MONEY. IT
HAS BEEN A VERY DIFFICULT SITUATION AS I HAD TOO MUCH TRUST IN
DBSI.

THANK YOU FOR EVERY CONSIDERATION.

SINCERELY,

ARLYN T VIK

No. 320

$100,000

**DBSI GUARANTEED CAPITAL
CORPORATION
10.0% SECURITIZED BOND
DUE 2008**

DBSI Guaranteed Capital Corporation, an Idaho corporation (herein called the "Company"), for value received, hereby promises to pay to

*Arlyn T. Vik*

or registered assigns, the principal sum of ONE HUNDRED THOUSAND DOLLARS

on September 30, 2008, and to pay interest thereon at the rate of 10.0% per annum in lawful money of the United States of America. Interest will be paid monthly in arrears on the fifteenth day of each following month commencing upon issuance of this Bond, until the principal sum hereof has been paid or provision for its payment has been made. The holder of this Bond may elect initially and annually thereafter by separate written instrument to have interest reinvested and compounded monthly with any such reinvested and compounded interest added annually to the principal of this Bond.

The principal of this Bond will be payable at the principal office of the Company (or at whatever other place the Company may designate in writing from time to time) upon the presentation and surrender hereof. The monthly interest payments will be mailed to the registered holder of this Bond at the address last furnished to the Company in writing.

This Bond is registered both as to principal and interest and is transferable only on the Bond Register of the Company by presentation and surrender of this Bond to the Bond Registrar (identified in the Offering Circular) accompanied by an assignment form duly completed and executed by the registered holder hereof or a duly authorized attorney, and by an opinion to the effect that the transfer will not violate any applicable federal or state securities laws. The Bond Registrar may charge a reasonable fee in connection with the Bond Registrar's expenses arising out of the transfer, not to exceed $50.

This Bond is one of a duly authorized issue of Bonds of the Company designated as its 10.0% Securitized Bonds due 2008, limited in aggregate principal amount to $10,000,000, unless expanded at the Company's sole discretion.

Reference is made to the further provisions of this Bond set forth on the reverse side hereof and such further provisions shall for all purposes have the same effect as though fully set forth at this place.

IN WITNESS WHEREOF, the Company has caused this Bond to be signed by its duly authorized officers on September 25, 2002.

DBSI GUARANTEED CAPITAL CORPORATION

President

DBSI GUARANTEED CAPITAL CORPORATION

Secretary