IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

DBSI, Inc., *et al.*[1]

        Debtors.

Chapter 11

Case No. 08-12687 (PJW)

Jointly Administered

Ref. Docket Nos. 5094, 5521

### ORDER STAYING DISCOVERY IN CONNECTION WITH MOTION BY THE CHAPTER 11 TRUSTEE FOR AN ORDER SUBSTANTIVELY CONSOLIDATING THE DEBTORS' CHAPTER 11 ESTATES

This matter having come before the Court upon consideration of the *Motion Of The Official Committee Of Unsecured Creditors To Stay Discovery In Connection With Motion By The Chapter 11 Trustee For An Order Substantively Consolidating The Debtors' Chapter 11 Estates* (the "Motion"); and the objections to the relief set forth in this Order having been resolved in accordance with the provisions set forth herein; and the Court having determined that granting the relief set forth herein is in the best interests of the Debtors' estates, creditors and parties in interest; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor; it is hereby:

ORDERED, that the Motion is partially granted and partially continued as set forth herein; and it is further

ORDERED, that all discovery in connection with the *Motion By The Chapter 11 Trustee For An Order Substantively Consolidating The Debtors' Chapter 11 Estates* [D.I. No. 5094] (the

---

[1] The last four digits of DBSI Inc.'s federal tax identification number are 5037. The mailing address for DBSI Inc. is 12426 West Explorer Drive, Suite 220, Boise, Idaho 83713. Due to the large number of Debtors in these jointly administered cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.kccllc.net/dbsi.

"Consolidation Motion") is stayed effective as of June 28, 2010 and continuing through and including August 17, 2010; and it is further

ORDERED, that the Motion shall be set for continued hearing on August 16, 2010 (the "August 16 Hearing") with respect to any further stay ("Further Stay") of discovery in connection with the Consolidation Motion beyond that which is granted herein; and it is further

ORDERED, that at the August 16 Hearing, the Official Committee of Unsecured Creditors and any party who filed a timely response to the Motion (collectively, the "Parties") may seek or oppose a Further Stay without the need to file any further written response or request in connection therewith; and it is further

ORDERED, that the deadlines set forth in subparagraphs (a), (c) and (d) of the *Amended Order Scheduling Pre-Hearing Matters Under Federal Rules Of Bankruptcy Procedure 7026, 9006, 9013 And 9014 Respecting Motion Of The Chapter 11 Trustee For An Order Substantively Consolidating The Debtors' Chapter 1 Estates* [D.I. No. 5527] (the "Amended Scheduling Order") hereby are tolled and extended for a period of time equal to the number of days between (x) June 28, 2010, and (y) the expiration of the stay of discovery in connection with the Consolidation Motion granted pursuant to this Order and any subsequent Order(s) granting a Further Stay; and it is further

ORDERED, that to the extent necessary to clarify the extended dates referenced in the foregoing paragraph, the Court may enter an order further amending the Amended Scheduling Order upon any expiration of the stay of discovery granted pursuant to this Order and any subsequent Order(s) granting a Further Stay, which order shall be submitted under certification of counsel after being circulated among the Parties; and it is further

ORDERED, that this Court shall maintain jurisdiction to interpret or enforce the terms of this Order.

Dated: Wilmington, Delaware
July 9, 2010

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge