UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DBSI, Inc., et al.,[1] | Case No. 08-12687 (PJW) |
| Debtors. | Jointly Administered |

### FEE EXAMINER'S FINAL REPORT
### REGARDING THE APPLICATION FOR REIMBURSEMENT OF EXPENSES INCURRED BY MEMBERS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD FROM NOVEMBER 10, 2008 THROUGH JANUARY 31, 2009

Stuart Maue (the "**Fee Examiner**") submits this Final Report with respect to the Application for Reimbursement of Expenses Incurred by Members of the Official Committee of Unsecured Creditors for the period from November 10, 2008 through January 31, 2009 (the "Application"), seeking approval of expenses in the amount of $3,253.35.

#### Background

1. As directed by the Court, the Fee Examiner reviewed the Application for compliance with sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the Fee Examiner reviewed the Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

---

[1] The last four digits of DBSI, Inc.'s federal tax identification number are 5037. The mailing address for DBSI, Inc. is 12426 West Explorer Drive, Suite 220, Boise, Idaho 83713. Due to the large number of Debtors in these jointly administered cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.kccllc.net/dbsi.

## Discussion of Findings

2. **Reconciliation of Expenses.** The Fee Examiner compared the total amount of expenses requested in the Application ("**Expenses Requested**") to the expenses actually documented in the electronic and/or hard copy data received from the committee ("**Expenses Computed**"). The Fee Examiner identified no discrepancies between the Expenses Requested and the Expenses Computed.

## Review of Expenses

3. **Itemization of Expenses.** The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the charge, if available." *Local Rule 2016-2(e)(i-ii)*. The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii)*. The Application provided itemized detail and supporting documentation for the expenses requested. The Fee Examiner found no objectionable expense items.

## Conclusion

The Fee Examiner submits this Final Report regarding the Application and the expenses discussed above, recommending reimbursement of expenses in the amount of $3,253.35 for the period from November 10, 2008 through January 31, 2009.

Respectfully submitted,

**STUART MAUE**

By: /s/ John L. Decker

John L. Decker, Esq.
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone: (314) 291-3030
Facsimile: (314) 291-6546
dbsibkr@smmj.com

**Fee Examiner**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 16th day of July, 2010.

Mr. Douglas L. Swenson
President
DBSI Inc.
12426 West Explorer Drive, Suite 220
Boise, ID  83713

Michael R. Nestor, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Richard Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

Donald J. Detweiler, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

Michael H. Goldstein, Esq.
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400 East
Santa Monica, CA  90404

James R. Zazzali, Esq.
Gibbons, P.C.
One Gateway Center
Newark, NJ  07102-5310

_____
John L. Decker, Esq.