IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DBSI, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-12687 (PJW)<br><br>Jointly Administered<br><br>Ref Docket Nos. 5699, 5827, 5831, 5849, 5852 & 5853, 5857 |

## ORDER (I) SCHEDULING HEARING ON CONFIRMATION OF SECOND AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION FILED BY THE CHAPTER 11 TRUSTEE AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND (II) RESOLVING AND FIXING RELATED DISCOVERY ISSUES AND DEADLINES

This matter having come before the Court at a status conference conducted on October 5, 2010 (the "Status Conference") with respect to (i) confirmation of the *Second Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 5699] (the "Plan") filed by the Chapter 11 Trustee and the Official Committee of Unsecured Creditors (together, the "Plan Proponents"), and (ii) certain discovery issues raised in the (1) *Preliminary Response, Summary of Objections and Reservation of Rights of Walt E. Mott ("Mott") and John D. Foster ("Foster") in Respect to the Joint Plan of Liquidation Proposed by the Chapter 11 Trustee and the Official Committee of Unsecured Creditors; Joinder in Objections to the Proposed Plan, and Expedited Motion (a) to Compel Chapter 11 Trustee, Creditors' Committee and Their Respective Professionals to Produce Documents and Provide Adequate Responses to Written Discovery Requests, (b) for Sanctions Against the Chapter 11 Trustee for Refusing to Produce Witness at Deposition and (c) Request for Continuance of Confirmation Hearing to Permit Meaningful Discovery* [Docket No. 5827] ("Preliminary Objection"), and (2) the *Supplement to Motion of Walt E. Mott and John D. Foster to Compel Chapter 11 Trustee, Creditors' Committee and Their Respective Professionals*

*to Comply with Discovery Requests and For a Continuance of the Confirmation Hearing* [Docket No. 5831] (the "Supplemental Discovery Motion," and with the Preliminary Objection, the "Discovery Motions"); the Trustee having filed his objection to the Discovery Motions [Docket No. 5849] ("Discovery Objection") and his *Status Report on Confirmation of Second Amended Joint Chapter 11 Plan of Liquidation Filed by the Chapter 11 Trustee and the Official Committee of Unsecured Creditors* [Docket No. 5853] ("Status Report"); and the Official Committee of Unsecured Creditors having filed its *Statement Regarding Status of Second Amended Joint Chapter 11 Plan of Liquidation Filed by the Chapter 11 Trustee and the Official Committee of Unsecured Creditors* [Docket No. 5852] ("Committee Statement"); and the Court having reviewed the Discovery Motions, the Trustee's Discovery Objection, the Trustee's Status Report and the Committee Statement; and the Court having considered the arguments of counsel at the Status Conference; and upon consideration all of the proceedings before the Court, and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1. The issues relating to discovery demands made by Messrs. Mott and Foster in connection with the Plan confirmation are resolved as follows:

    A. Copies of the responsive, non-privileged portions of the handwritten notebooks maintained by Conrad Myers of Myers and Co. (which are responsive to the informal request served by email on October 4, 2010), shall be produced no later than close of business on Thursday, **October 7, 2010**.

    B. If requested, Conrad Myers shall appear for a re-deposition relating to the newly produced materials at the Newark, N.J. offices of the Trustee's counsel during the week of **October 11, 2010**.

#1568633 v1
109401-67166

2. Foster & Mott shall file and serve their final objection to the Plan, if any, by no later than **October 15, 2010 @ 4:00 p.m.**

3. Foster and Mott shall produce Mr. Seitz for deposition by the Plan Proponents during the first part of the week of **October 18, 2010**.

4. Except as set forth herein, no other discovery with respect to confirmation is permitted without prior leave of Court.

5. The Plan Proponents shall file and serve their memorandum of law in support of confirmation and in response to any unresolved objections, together with any declarations or affidavits they intend to rely upon at the Confirmation Hearing by no later than **October 21, 2010 at 12 noon.**

6. Hearing on Confirmation of the Plan will be held by the Court on **October 26, 2010 at 9:30 a.m.** ("<u>Confirmation Hearing</u>").

Dated: October 6, 2010
Wilmington, DE

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge

#1568633 v1
109401-67166