IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DBSI, INC., et al. | ) | Case No. 08-12687(PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## ORDER

For the reasons set forth in the Court's memorandum opinion of this date, the Motion of Wavetronix LLC for an Order Granting Permission to Bring a Judicial Action Against Conrad Myers in His Official Capacity as Trustee of the DBSI Liquidating Trust with Respect to His Acts and Omissions as the Trustee in Violation of State and Federal Racketeering Laws (Doc. # 7699) is **DENIED.**

Peter J. Walsh
United States Bankruptcy Judge

Dated: August 2, 2012