# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

November 21, 2012

TO: Attorneys identified on Exhibit A attached hereto

Re: DBSI, Inc., et al.
    Case No. 08-12687 (PJW)

Dear Counsel:

    This will confirm my ruling of today that the response time in paragraph 3 of the Order (Doc. # 7864) entered yesterday is extended to December 11, 2012.

Very truly yours,

*/s/ Peter J. Walsh*

Peter J. Walsh

PJW:ipm

EXHIBIT A

Eric Lopez Schnabel
Robert W. Mallard
DORSEY & WHITNEY (DELAWARE) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801

Annette W. Jarvis
DORSEY & WHITNEY LLP
136 South Main Street
Suite 1000
Salt Lake City, Utah 84101

Joseph M. Hepworth
William L. Fillmore
FILLMORE SPENCER LLC
At Jamestown Square
3301 N. University Avenue
Provo, Utah 84604

Blake S. Atkin
ATKIN LAW OFFICES, P.C.
7579 North West Side Highway
Clifton, Idaho 83228
837 South 500 West, Suite 200
Bountiful, Utah 84010

Attorneys for Wavetronix LLC,
David V. Arnold and Michael
Jensen

Natasha M. Songonuga
GIBBONS P.C.
1000 N. West Street
Suite 1200
Wilmington, DE 19801-1058

Karen A. Giannelli
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310

Counsel to Conrad Myers,
Trustee for the DBSI
Liquidating Trust

Nathan A. Schultz
LAW OFFICE OF NATHAN A. SCHULTZ,
P.C.
10621 Craig Road
Traverse City, MI 49686-9221

Counsel for Trust Oversight
Committee for the DBSI
Liquidating Trust