# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

March 7, 2014

Mark B. Conlan
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102

**Re: DBSI, Inc., et al.**
**Case. No. 08-12687**

    Enclosed is a copy of a February 26, 2014 letter and a January 16, 2014 letter from Mr. Carl M. Gaither.

    As you are no doubt aware, these consolidated cases have resulted in over 8,000 docket entries. I have no idea as to what Mr. Gaither's involvement is in these cases so I am unable to respond to his letter. Hopefully someone in your firm can respond to Mr. Gaither.

    Please copy me with your response.

Very truly yours,

Peter J. Walsh

PJW:ipm

Carl M. Gaither (w/o enclosure)

Enc.

RECEIVED
MAR 0 4 2014
JUDGE WALSH

Carl M. Gaither

15316 Abierto Dr.

Rancho Murieta, CA 95683

February 26, 2014

The Honorable Peter J. Walsh, Judge

United States Bankruptcy Court

District of Delaware

824 Market Street, 3rd Floor

Re: Case # 0812687

Dear Judge Walsh,

On January 16, 2014, I sent you a letter pertaining to the case number above. It was received at your office on January the 23rd @ 7:07am. In my letter I requested to be released for the law suit against DBSI and I gave the reasons why.

It has now been over a month and I have not heard from you or from anyone of your staff members.

Enclosed is the original letter without all the other information I sent you. I would appreciate some type of response, even if it's a simple "NO, I cannot help you"!

To make it even easier for you or one of your staff members to respond I'm enclosing my e-mail address.

Respectfully,

*[signature]*

Carl M. Gaither     cgaither@sbcglobal.net

8124

Carl M. Gaither
15316 Abierto Dr.
Rancho Murieta, CA 95683

January 16, 2014

The Honorable Peter J. Walsh, Judge
United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

RE:  Case # 0812687

Dear Judge Walsh,

I am writing to request your consideration to release me from Case #0812687 based on the following facts:

I have been involved in the above named case against DBSI starting back in 2009. At the time of my involvement it was my understanding that my part in this case would be limited to my investment i.e. Signature Place, 3200 Northline Ave. Greensboro, Guilford County, North Carolina.

Also, there would be no expense on my part. Both of these expectations have turned out to be untrue.

I was notified recently that my part of the claim is $96,614.52 in losses and that I am now part of a bigger suit against DBSI. This is not what I wanted. In addition, my losses, as close as I can calculate amounted to approximately $15,000 to $20,000 in loss of income from Signature Place during the bankruptcy proceedings.

This is what I am unable to understand – my inflated losses and an involvement in a case in which I have no interest. The inflated losses have resulted in a report to the IRS that I have earned money from this partial settlement against DBSI . This

late notification caused a total expense to me of $1,041.00 in taxes and to have my taxes redone.

This case is costing me money and I did not lose $96,614.52 and I am now requesting to be removed from this suit.

To my knowledge I have only received one check for $634.23 in earned money from the settlement. I have not cashed this check as my expenses have outweighed this amount and I don't want and never did want, to be a party to this type of case.

I have spoken to the law firm Gibbons, and Karen Giannelli, Debra Clifford and Mark Conlan. They are all part of the litigation and they have all denied my request to remove my name from this litigation.

My last hope is to write to you, to have you waive my rights to this case. I will also like your advice on what I should do with this check as stated above.

I am enclosing a copy of my request and the letter sent back to me by Mr. Donovan, the agent for Conrad Myers, Liquidating Trustee, in this matter. I'm also enclosing a copy of the check, the schedule 3 portion that was reported to the DBSI Bankruptcy Court and a few of the names and places I have contacted.

Respectfully,

*[signature]*

Carl M. Gaither

Birth date: 11-27-1942